UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SIMON EARL, NICHOLAS EARL, AND ANNE EARL,

          Plaintiffs,

-against-

THE COUNTY OF SUFFOLK, SUFFOLK COUNTY POLICE DEPARTMENT, POLICE OFFICER KAREN GRENIA, POLICE OFFICERS JOHN AND JANE DOES 1-10,

          Defendants.

**RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS AND THINGS**

CV14-0750

---

Defendants, the County of Suffolk, Suffolk County Police Department and P.O. Karen Grenia, hereby respond to Plaintiffs' First Request For the Production of Documents and Things.

## GENERAL RESPONSES AND OBJECTIONS

To the extent that plaintiffs' requests, with the exception of requests Nos. 19 & 20, are indentical to those made in *Franqui v. County of Suffolk, et al.*, CV 13-5943 (JS) (WDW), which is consolidated with the instant matter, defendants incorporate by reference their responses to all requests other than requests, Nos. 19 & 20 made in their Response to Plaintiffs' First Request For The Production of Documents and Things dated March 19, 2014 in the *Franqui* matter.

## SPECIFIC RESPONSE

19) To be provided

20) See annexed documents.

Dated: Hauppauge, New York
      May 8, 2014

                                Yours etc.,
                                Dennis M. Brown
                                Suffolk County Attorney
                                Attorney for Defendants
                                The County of Suffolk, Suffolk County Police
                                Department and Police Officer Grania
                                H. Lee Dennison Building
                                100 Veterans Memorial Highway
                                Hauppauge, New York 11788

                      By: _____
                                Arlene S. Zwilling
                                Assistant County Attorney

TO:    The Law Office of Anthony M. Grandinette
         114 Old Country Road, Suite 420
         Mineola, New York 11501
         (516) 248-5317