UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------

JOAQUIN FRANQUI III, Administrator of the Estate
of JACK FRANQUI IV,

                                              Plaintiff,

      -against-

THE COUNTY OF SUFFOLK, SUFFOLK COUNTY
POLICE DEPARTMENT, POLICE OFFICER
KAREN GRENIA, POLICE OFFICERS JOHN AND
JANE DOES 1-10,

                                              Defendants.

SIMON EARL, NICHOLAS EARL, AND ANNE
EARL,

                                              Plaintiffs,

      -against-

THE COUNTY OF SUFFOLK, SUFFOLK COUNTY
POLICE DEPARTMENT, POLICE OFFICER
KAREN GRENIA, POLICE OFFICERS JOHN AND
JANE DOES 1-10,

                                              Defendants.

------------------------------------------------------------------x

**RESPONSE TO
PLAINTIFFS' THIRD DEMAND
FOR PRODUCTION
OF DOCUMENTS & THINGS**

**CV13-5943(JS)(WDW)**

Defendants hereby respond to plaintiffs' Third Demand for Production of Documents and

Things dated July 1, 2014 as follows:

1)     Objection on grounds of overbreadth, irrelevance and burdensomeness.  Without

waiving the forgoing objections, defendants are willing to provide copies of Suffolk County

Police Department Internal Affairs Bureau ("IAB") reports of investigations of prior complaints

of excessive force against defendant Grenia, if any.

2)     Objection on grounds of overbreadth, irrelevance and burdensomeness.

3)     Objection on grounds of overbreadth, irrelevance and burdensomeness.

4)     Objection on grounds of redundancy; previously produced.

5)     To be provided.

6)      Objection on grounds of redundancy; previously produced. If there are any additional materials responsive to this request, same will be provided upon conclusion of the IAB investigation.

7)      Objection on grounds of irrelevance, overbreadth, burdensomeness and harassment.

8)      Objection on grounds of redundancy; previously produced. If there are any additional materials responsive to this request, same will be provided upon conclusion of the homicide Squad investigation

9)      Objection on grounds of redundancy; previously produced.

10)     Objection on grounds of redundancy; previously produced.

11)     Objection on grounds of overbreadth, irrelevance and burdensomeness.

12)     Objection on grounds of redundancy; previously produced.

13)     Objection on grounds of redundancy; previously produced.

14)     Objection on grounds of redundancy; previously produced.

15)     Objection on grounds of redundancy; previously produced. If there are any additional materials responsive to this request, same will be provided upon conclusion of the IAB investigation.

16)     Objection on grounds of redundancy; previously produced.

Dated:  Hauppauge, New York
        August 12, 2014

                                        Yours etc.,
                                        Dennis M. Brown
                                        Suffolk County Attorney
                                        Attorney for Defendants County of Suffolk, Suffolk
                                        County Police Department and Grenia
                                        H. Lee Dennison Building
                                        100 Veterans Memorial Highway
                                        Hauppauge, New York 11788

                          By:     _____
                                        Arlene S. Zwilling
                                        Assistant County Attorney