Items outstanding in Plaintiffs' Second Demand. Defendants did not respond in writing.

**Demand 4.**
Produce a copy of all the calls from the Seventh Precinct retrieved and/or downloaded by Sgt. William Okula referred to on page 4 of the Supplement Report of the in-custody death of Jack Franqui, CC 13-069046, dated February 23, 2013, signed by D/Sgt. John Best.

**Demand 5.**
Produce a copy of the crime scene photos, measurements, and sketches taken by PO Patricia Rowe and PO Richard Howell, at the Seventh Precinct on January 23, 2013, as reported on page 1 of the Supplement Report of the in-custody death of Jack Franqui, CC 13-069046, dated February 23, 2013, signed by D/Sgt. John Best.

**Demand 6.**
Produce a copy of the video recordings from the Seventh Precinct on January 23, 2013 of:

   a. Male cell numbers 1, 2, and 3, between 1300 and 2036 hours,

   b. All other video recordings of male cells in the Seventh Precinct between 1820 and 2036 hours, and

   c. The female cell in which Jennifer Smith was lodged.

**Demand 7.**
Produce a copy of the Prisoner Activity Log of John Burke on January 23, 2013

**Demand 8**.
Produce a copy of the Prisoner Activity Log of Jennifer Smith on January 23, 2013

**Demand 10.**
Produce a copy of all interview notes taken by Detective Alfred Ciccotto of his interview of John Burke on January 23, 2013, as reported on page 4 of the the Supplement Report of the in-custody death of Jack Franqui, CC 13-069046, dated February 23, 2013, signed by D/Sgt. John Best.

**Demand 11.**
Produce a copy of all interview notes taken by Detective Alfred Ciccotto of his interview of Simon Earl, as reported on page 5 of the the Supplement Report of the in-custody death of Jack Franqui, CC 13-069046, dated February 23, 2013, signed by D/Sgt. John Best.

**Demand 12.**
Produce a copy of all interview notes taken by Detective Charles Leser of his interview with Joaquin Franqui, as reported on page 4-5 of the the Supplement Report of the in-custody death of Jack Franqui, CC 13-069046, dated February 23, 2013, signed by D/Sgt. John Best.

**Demand 13.**
Produce a copy of all interview notes taken by Detective Charles Leser of his interview with Jennifer Smith, as reported on page 5 of the the Supplement Report of the in-custody death of Jack Franqui, CC 13-069046, dated February 23, 2013, signed by D/Sgt. John Best.

**Demand 14**
Produce a copy of all notes taken by Detective Ronald Tavares related to this case.

**Demand 15**
Produce a copy of all interview notes taken by Detective Tulio Serrata of his interview of Police Operation Aide Denis Reidway as reported on page 4 of the the Supplement Report of the in-custody death of Jack Franqui, CC 13-069046, dated February 23, 2013, signed by D/Sgt. John Best.

**Demand 16**
Produce a copy of all other notes, memos, and/or reports related to the death of Jack Franqui.

**Demand 17**
Produce a copy of D/Sgt John Best's case folder, CC 13-069046.

**Demand 19**
Produce a copy of the entire Medical Examiner's file on Jack Franqui, including but not limited to all photos, notes, memos, draft reports, and the final report.

**Demand 21**
Produce a copy of all paperwork received from the New York State Department of Corrections related the death of Jack Franqui from January 23, 2013 through today's date.

**Demand 22**
Produce a copy of all paperwork submitted to the United States Department of Justice related the death of Jack Franqui from January 23, 2013 through today's date.

**Demand 23**
Produce a copy of all paperwork received from the United States Department of Justice related the death of Jack Franqui from January 23, 2013 through today's date.