Items outstanding in Plaintiffs' Third Demand, and Defendants' objections thereto:

**Demand 1.**
Produce copies of all complaints filed against PO Karen Grenia.

> **Response 1.**
> Objection on grounds of overbreadth, irrelevance and burdensome. Without waiving the forgoing objections, defendants are willing to provide copies of Suffolk County Police Department Internal Affairs Bureau ("IAB") reports of investigations of prior complaints of excessive force against defendant Grenia, if any.

**Demand 2(b).**
Produce copies of the complete set of the Suffolk County Police Department communications Bureau radio dispatch transmissions for; January 24, 2013 from 7am through 3pm.

> **Response 2.**
> Objection on grounds of overbreadth, irrelevance and burdensome.

**Demand 3(b)**
Produce copies of the Suffolk County Police Department 7th Precinct CAD (computer aided dispatch) reports for; January 24, 2013 from 7am through 3pm.

> **Response 3.**
> Objection on grounds of overbreadth, irrelevance and burdensome.

**Demand 4.**
Produce copies of PO Karen Grenia's memo book entries for;

    a. January 24, 2013, and

    b. April 9, 2013.

> **Response 4.**
> Objections on grounds of redundancy; previously produced.

**Demand 5**.
Produce copies of the memo book entries for each of the 15-20 Suffolk County Police Department officers or employees present at Cordwood Path on January 23, 2013, including but not limited to:

    a. Sgt. Robert S. Strehle;

    b. Sgt. William J. Ginley;

    c. Sgt. William Kerensky;

    d. PO James V. Rios;

    e. PO Nicholas Robbins;

    f. PO Janine Lesiewicz;

**Response 5.**
To be provided.

**Demand 6.**
Produce copies of all other notes, memos, and/or reports by each of the officers referred to or listed in Demand 5 above.

**Response 6.**
Objection on grounds of redundancy; previously produced. If there are any additional materials responsive to this request, same will be provided upon conclusion of the IAB investigation.

**Demand 7.**
Produce copies of PO Karen Grenia's cell phone records for:

    a. January 24, 2013 from 8am through 3pm; and

    b. April 9, 2013 from 12pm through 2:30pm.

**Response 7.**
Objection on grounds of irrelevance, overbreadth, burdensomeness and harassment.

**Demand 8.**
Produce copies of all notes taken by Homicide Bureau detectives during their interview of PO Karen Grenia on January 24, 2013.

**Response 8.**
Objection on grounds of redundancy; previously produced. If there are any additional materials responsive to this request, same will be provided upon conclusion of the homicide Squad investigation.

**Demand 10.**
Produce copies of all documents related to PO Karen Grenia running or checking license plate numbers from vehicles at 6 Cordwood Path, Shoreham, including the results of those inquiries.

**Response 10.**
Objection on grounds of redundancy; previously produced.