Case 2:13-cv-05943-JS-SIL   Document 21-1   Filed 01/01/15   Page 1 of 2 PageID #: 560

ORIGINAL

50-H HEARING

- - - - - - - - - - - - - - - - x

In the Matter of the Estate of

JACK FRANQUI IV,

       Claimant,

   -against-

THE COUNTY OF SUFFOLK, SUFFOLK COUNTY
POLICE DEPARTMENT, POLICE OFFICERS JOHN
AND JANE DOES 1-10,

       Respondents.

- - - - - - - - - - - - - - - - x

              100 Veterans Memorial Highway
              Hauppauge, New York

              August 21, 2013
              3:06 p.m.

     EXAMINATION of JOHN BURKE, a Non-Party Witness in the above-entitled action, held at the above time and place, pursuant to Section 50-H of the General Municipal Law, taken before Nicole Limoncelli, a shorthand reporter and Notary Public within and for the State of New York.



```
 1

 2    A P P E A R A N C E S:

 3       THE LAW OFFICES OF ANTHONY M. GRANDINETTE
                  Attorneys for Claimant and
 4                John Burke
                  114 Old Country Road, Suite 420
 5                Mineola, New York 11501

 6       BY:  ANTHONY M. GRANDINETTE, ESQ.

 7

 8       SUFFOLK COUNTY DEPARTMENT OF LAW
                  Attorneys for Respondents
 9                100 Veterans Memorial Highway
                  Hauppauge, New York 11788
10
         BY:  ARLENE ZWILLING, ESQ.
11

12

13    ALSO PRESENT:

14       Mirel Fisch - The Law Office of Anthony M.
               Grandinette
15

16

17

18

19

20

21

22

23

24

25
```

