ORIGINAL

50-H HEARING

- - - - - - - - - - - - - - - - - - x

In the Matter of the Claim of
THE ESTATE OF JACK FRANQUI, IV,
          Claimant,

          -against-

THE COUNTY OF SUFFOLK, SUFFOLK COUNTY POLICE
DEPARTMENT, POLICE OFFICERS JOHN AND JANE
DOE's 1-10,
          Respondents.

- - - - - - - - - - - - - - - - - - x

                    100 Veterans Memorial Highway
                    Hauppauge, New York

                    September 23, 2013
                    11:17 a.m.

          50-H HEARING of THE ESTATE OF

JACK FRANQUI, IV, the Claimant in the

above-entitled action, by JOAQUIN FRANQUI,

held at the above time and place, pursuant to

Notice, taken before KATHY J. DROSSEL, a

shorthand reporter and Notary Public within

and for the State of New York.

```
1

2     A p p e a r a n c e s:

3        LAW OFFICE OF ANTHONY GRANDINETTE
                 ATTORNEYS for CLAIMANT
4                114 Old Country Road
                 Mineola, New York   11501
5        BY:  BRYAN ZUCKERMAN, ESQ.
                 FILE #:   NONE
6


7

         SUFFOLK COUNTY ATTORNEY'S OFFICE
8                ATTORNEYS for RESPONDENTS
                 THE COUNTY OF SUFFOLK,
9                SUFFOLK COUNTY POLICE DEPARTMENT,
                 POLICE OFFICERS JOHN AND JANE DOE's
10               1-10,
                 100 Veterans Memorial Highway
11               Sixth Floor
                 Hauppauge, New York   11788
12       BY:  ARLENE ZWILLING, ESQ.
                 FILE #:   NONE
13

14

15

16

17

18

19

20

21

22

23

24

25
```



Five Star Reporting, Inc.   90 John Street - Ste. 411   New York, NY 10038   Phone: 631.224.5054   Fax 631.224.3926