

1

50-H HEARING

- - - - - - - - - - - - - - - x

In the Matter of the Claim of

SIMON, NICHOLAS AND ANNE EARL,

      Claimants,

  -against-

THE COUNTY OF SUFFOLK, SUFFOLK COUNTY POLICE DEPARTMENT, POLICE OFFICERS JOHN AND JANE DOES 1-10,

      Respondents.

- - - - - - - - - - - - - - - x

          100 Veterans Memorial Highway
          Hauppauge, New York

          January 24, 2014
          11:30 a.m.

    50-H HEARING of SIMON EARL, the Claimant in the above-entitled action, held at the above time and place, pursuant to Notice, taken before Tracie Shand, a shorthand reporter and Notary Public within and for the State of New York.



```
                                2
 1                     Simon Earl

 2    A p p e a r a n c e s:

 3


 4       LAW OFFICE OF ANTHONY M. GRANDINETTE, PLLC
               Attorneys for Claimant
 5             114 Old Country Road, Suite 420
               Mineola, New York 11501
 6       BY:   BRYAN ZUCKERMAN, ESQ.

 7


 8       DENNIS M. BROWN, SUFFOLK COUNTY ATTORNEY
               Attorneys for Respondent
 9             100 Veterans Memorial Highway,
               6th Floor
10             Hauppauge, New York 11788
         BY:   ARLENE ZWILLING, ASSISTANT COUNTY
11             ATTORNEY

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```