

50-H HEARING

- - - - - - - - - - - - - - - x

In the Matter of the Claim of

SIMON, NICHOLAS AND ANNE EARL,

        Claimants,

    -against-

THE COUNTY OF SUFFOLK, SUFFOLK COUNTY POLICE DEPARTMENT, POLICE OFFICERS JOHN AND JANE DOES 1-10,

        Respondents.

- - - - - - - - - - - - - - - x

              100 Veterans Memorial Highway
              Hauppauge, New York

              January 24, 2014
              4:15 p.m.

    50-H HEARING of NICHOLAS EARL, the Claimant in the above-entitled action, held at the above time and place, pursuant to Notice, taken before Tracie Shand, a shorthand reporter and Notary Public within and for the State of New York.

```
 1                    Nicholas Earl
 2    A p p e a r a n c e s:
 3
 4        LAW OFFICE OF ANTHONY M. GRANDINETTE, PLLC
              Attorneys for Claimant
 5            114 Old Country Road, Suite 420
              Mineola, New York 11501
 6        BY: BRYAN ZUCKERMAN, ESQ.
 7
 8        DENNIS M. BROWN, SUFFOLK COUNTY ATTORNEY
              Attorneys for Respondent
 9            100 Veterans Memorial Highway,
              6th Floor
10            Hauppauge, New York 11788
          BY: ARLENE ZWILLING, ASSISTANT COUNTY
11            ATTORNEY
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```