# COUNTY OF SUFFOLK



**STEVEN BELLONE**
SUFFOLK COUNTY EXECUTIVE

**DENNIS M. BROWN**
COUNTY ATTORNEY

**DEPARTMENT OF LAW**

May 6, 2014

Law Offices of Anthony M. Grandinette
114 Old County Road
Mineola, New York 11501

Re: Earl v. The County of Suffolk, et al.
    Estate of Jack Franqui IV v. The County of Suffolk, et al.

Dear Mr. Grandinette:

In response to plaintiffs' document demands, enclosed please find additional Suffolk County Police Department documents relative to these cases.

Very truly yours,

Dennis M. Brown
County Attorney

By: Arlene S. Zwilling
Assistant County Attorney

ASZ:ced
Encl.

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099

(631) 853-4049
TELECOPIER (631) 853-5169