# COUNTY OF SUFFOLK



**STEVEN BELLONE**
SUFFOLK COUNTY EXECUTIVE

DENNIS M. BROWN
COUNTY ATTORNEY

DEPARTMENT OF LAW

July 77, 2014

Anthony Grandinette, Esq.
Law Offices of Anthony M. Grandinette
114 Old County Road
Mineola, New York  11501

Re:   Earl v. County of Suffolk, et al.
      Estate of Jack Franqui IV v. County of Suffolk, et al.

Dear Mr. Grandinette:

Enclosed please find copies of some additional documents responsive to plaintiffs' document demands, which were recently provided to me by the Police Department.

Very truly yours,

Dennis M. Brown
County Attorney

By:  Arlene S. Zwilling
Assistant County Attorney

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099

(631) 853-4049
TELECOPIER (631) 853-5169