| CC NUMBER | DATE OF REPORT | COMMAND | POLICE DEPARTMENT, COUNTY OF SUFFOLK, N.Y. |
|---|---|---|---|
| 13-069046 | 02/23/2013 | 3310 | |
| PAGE NO. 4 | OF | PAGES 5 | CONTINUATION REPORT |

DISTRIBUTION:

being on the desk and observing the desk officers go to check on a prisoner in the cell block. P.O. CUMMINGS followed the uniformed officers to the cell block area and observed a male prisoner hanging from the cell bars. He reports that SERGEANT O'REILLY assessed the prisoner for a pulse. Afterwards, P.O. CUMMINGS removed the prisoner in cell #3 to cell #9 in the auxiliary cell block.

DETECTIVE TULIO SERRATA #1373 interviewed Police Operation Aide DENISE REIDWAY. POA REIDWAY was working a 4x12 tour of duty on 1/23/13 on the Seventh Precinct desk. She stated that at approximately 1830 hours, she heard activity behind her from the two officers that were on the desk. She said the two officers were JOSEPH SIMEONE and GEORGE OLIVA. She said that SERGEANT KEVIN O'REILLY was the Desk Sergeant. She said some of those officers ran to the cell block area. She later learned that a prisoner had hung himself. She concluded the interview by stating that she was unaware of any problems before the incident. DETECTIVE SERRATA took a one-page sworn written statement from DENISE REIDWAY, which is retained within the undersigned's case folder.

DETECTIVE ALDRED CICCOTTO #1077 interviewed the prisoner that was lodged in Male Cell #3 at the time of this incident. The subject, JOHN BURKE, DOB 12/1/77, of 89 Porter Avenue, Brooklyn, was under arrest for Disseminating Indecent Material to a Minor 1st Degree. JOHN BURKE stated that he arrived at the Seventh Precinct and was placed in cell #3 some time around 3 p.m. on 1/23/13. He said there was another prisoner in cell #1. He was talking to the other prisoner and found out his name was JACK. The guy JACK mentioned how cold it was, so JOHN BURKE threw him a piece of his blanket. JACK said that he just got out of jail a couple of days ago and he was under arrest again; this time for DWI. JACK said that the cops knew him and they were out to get him. He said he couldn't do any more time. JACK said he needed medical assistance and he said that he was going to hang himself. A guard entered the cell area and JACK told him that he needed medical assistance, and that he wanted to speak to a boss. The guard left and he didn't come back. JACK told JOHN BURKE to call his father and he wanted JOHN to memorize his father's phone number of 839-0676. JACK again mentioned to JOHN BURKE that he was going to hang himself. JOHN BURKE saw the prisoner JACK in the reflection of the camera and saw that he was tying a shirt to the cell bars. Two guards came in and took the shirt away from him. Approximately 20 minutes later, he heard a loud bang and JACK said that he hit his head against the wall. He then heard JACK say "That's it." JOHN BURKE could hear JACK taking his pants off and tying them off. He said he could hear him gasping for air. JOHN then yelled for the guard who arrived about five or more minutes later. DETECTIVE ALFRED CICCOTTO # 1077 took a two-page sworn written statement from JOHN BURKE, which has been made part of this case.

The undersigned directed DETECTIVE TAVARES to contact the Information and Technology Section in an attempt to get a record of the phone calls made to the Seventh Precinct Desk. DETECTIVE TAVARES contacted SERGEANT WILLIAM OKULA #136 who downloaded all the calls from the front desk between the hours of 1700-1900 on 1/23/13. SERGEANT OKULA retrieved the conversations from the following phone numbers at the desk: 631-852-8700, 852-8715, 852-6691, and 852-8714/8720. After reviewing the conversation, it was determined that the officers noticed the problem in male cell #1 at 1825 hours. The compact disk is retained within the undersigned's case folder.

DETECTIVE GUIDO CIRENZA #1381 and DETECTIVE CHARLES LESER #951 notified JACK FRANQUI'S father about his death. Notification was made to JOAQUIN FRANQUI at 2145 hours. JOAQUIN was interviewed by DETECTIVE LESER and he stated that his son used marijuana and he was never hospitalized for mental problems. He said he saw a doctor in jail for a 2011 arrest where he took medication for depression. When he got out,

REPORTING OFFICER: BEST, JOHN D/SGT. #0580
PDCS 1083a

SUPERVISOR: FITZPATRICK, JOHN N D/LT. #

53-273..7/91cs