# COUNTY OF SUFFOLK



**STEVEN BELLONE**
SUFFOLK COUNTY EXECUTIVE

DENNIS M. BROWN
COUNTY ATTORNEY

DEPARTMENT OF LAW

June 10, 2014

Anthony Grandinette, Esq.
Law Office of Anthony M. Grandinette
114 Old Country Road
Mineola, New York 11501

Re:   Earl v. The County of Suffolk, et al.
      Estate of Jack Franqui IV v. The County of Suffolk, et al.

Dear Mr. Grandinette:

In response to plaintiffs' discovery demands, enclosed please find two CDs. One contains the photographs taken in connection with the death investigation and the other contains the recordings of the Seventh Precinct phone calls in the relevant time frame.

Please return the duplicate CD of the arrest photos that was sent to your office in error.

Very truly yours,

Dennis M. Brown
County Attorney

By: Arlene S. Zwilling
Assistant County Attorney

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099

(631) 853-4049
TELECOPIER (631) 853-5169