## COUNTY OF SUFFOLK



**STEVEN BELLONE**
SUFFOLK COUNTY EXECUTIVE

DENNIS M. BROWN
COUNTY ATTORNEY

DEPARTMENT OF LAW

August 18, 2014

Anthony M. Grandinette, Esq.
Law Offices of Anthony M. Grandinette
114 Old County Road
Mineola, New York 11501

Re:     Franqui v. County of Suffolk
        Earl v. County of Suffolk
        CV13-5943(JS)(WDW)

Dear Mr. Grandinette:

In response to plaintiffs' discovery request, enclosed please find copies of the following

  a)  Seventh precinct duty rosters for the 3-11 P.M. and 9-7 P.M. tours on January 24, 2014.

  b)  CJ—11A form filed with the New York State Department of Corrections.

  c)  Sketches done by Homicide Squad.

  d)  Crime Scene Unit paperwork.

  e)  CAD report for April 9, 2013 incident involving Simon Earl.

  f)  Recording of IAB interview of Sgt. O'Reilly.

  g)  Recording of IAB interview of P.O. Grenia.

  h)  Recording of IAB interview of P.O Joseph Simeone.

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY       ✦

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099       ✦

(631) 853-4049
TELECOPIER (631) 853-5169

i)  Recording of transmissions by/and to police dispatcher and police vehicles on January 23, 2013.

j)  CAD printout for January 23, 2013.

k)  Recording of police department radio transmission concerning April 9, 2013 stop of Simon Earl.

l)  Recording of P.O. Grenia's transmissions regarding January 24, 2013 incident.

m)  CAD printout of P.O. Grenia's transmissions regarding January 24, 2013 incident.

n)  Table of Contents to SCPD Rule & Procedures in effect on January 23, 2014.

o)  Property receipt for Jack Franqui's January 23, 2013 arrest.

Very truly yours,

Dennis M. Brown
Suffolk County Attorney

by Arlene S. Zwilling
   Assistant County Attorney



**POLICE DEPARTMENT**
**COUNTY OF SUFFOLK N.Y.**
**DUTY CHART PDCS-2004f** RMc
PAGE 1 OF 2

| TOUR | PCT | DAY | DATE | SQUAD |
|------|-----|-----|------|-------|
| 3X11 | 07 | WEDNESDAY | 01/23/2013 | 2 |

| PRINTED | APPROVED BY OIC |
|---------|-----------------|
| 10/01 16:04 | CASTELLI,PAUL  JR SGT 0913 |

| OFFICER/SQUAD | | | POST | RADIO S/N | ON DUTY | OFF DUTY | OT CD | OT HRS | OVERTIME CC# OR COMMENTS | LEAVE CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | **OFFICER/SQUAD** / **CODE** |
| LT | | | 741 | | | | | | | PO MANNETTA,JAMES A  2C1  401 |
| | | | | | | | | | | LT COSGROVE,PETER F J  2  202 |
| SGT OREILLY,KEVIN E | 2 | CDFA | 734 | NONE | 1500 | 0300 | 19 | 6 | 13-69046 DEATH INV | PO FIERRO,DENISE M  2B2  303 |
| SGT OLSEN,KEITH G | 2 | BCD | 735 | 0739 | 1500 | 2300 | | | | LT KENNEALLY,THOMAS M  2  102 |
| SGT LEOTTA,FRANK A | 2 | BCD | 736 | 0741 | 1500 | 2300 | | | | SGT GINLEY,WILLIAM J  3  503 |
| SGT MAHAN,PATRICK J | 2 | BCD | 737 | 0786 | 1500 | 2300 | | | | PO KENNEDY,THOMAS L  2  202 |
| | | | | | | | | | | PO CAREY,SCOTT T  2D1  102 |
| PO OLIVA,GEORGE | 2B1 | | DESK | NONE | 1500 | 0155 | 19 | 4.50 | 13-069046Death Inv | PO WALTERS,KEITH J  2D1  406 |
| PO SIMEONE,JOSEPH | 2A1 | C | DESK | NONE | 1500 | 0155 | 18 | 4.50 | 13-69046 | |
| | | | | | | | | | | |
| POA REIDWAY,DENISE A | A | | DESK | NONE | 1600 | 0000 | | | | |
| PO YOVINO,SALVATORE | 2D2 | | 701 | 0701 | 1500 | 2300 | | | | |
| PO SAMARTINO,JAMES | 2A1 | T | 702 | 0702 | 1500 | 2300 | | | | |
| PO MICKOLIGER,TRACY | 2B2 | CDT | 703 | 0703 | 1500 | 2300 | | | | |
| PO CATALDO,SUSAN M | 2D1 | CDF | 704 | 0704 | 1500 | 2300 | | | | |
| PO WAHL,WILLIAM E | 2C2 | | 705 | 0776 | 1500 | 2300 | | | | |
| PO VASEY,CRAIG B | 2B1 | ABCDF | 706 | 0740 | 1500 | 2300 | | | | |
| PO JACOBELLIS,SHAUN | 2B1 | CDF | 707 | 0775 | 1500 | 2300 | | | | |
| PO KMIOTEK,ROBERT S | 2C2 | | 708 | 0752 | 1500 | 2300 | | | | |
| PO ERVOLINA,CAROLINE | 2C1 | BCDA | 709 | 0743 | 1500 | 2300 | | | | |
| PO TROTTI,MICHAEL J | 2D1 | T | 710 | 0759 | 1500 | 2300 | | | | |
| PO PRIEST,JOHN R | 2D1 | | 711 | 0718 | 1500 | 2300 | | | | |
| PO SKIDMORE,JAMES E | 2A2 | BCD | 712 | 0751 | 1500 | 2300 | | | | |
| PO CIACCIO,RICHARD A | 2A2 | | 713 | 0709 | 1500 | 2300 | | | | |
| PO TEDESCO,ROBERT | 2A2 | BCDI | 714 | 0748 | 1500 | 2300 | | | | |
| PO RAIA,DANNY M | 2C1 | BCDI | 715 | 0754 | 1500 | 2300 | | | | |
| | | | | | | | | | | |
| PO NEUMANN,NANCY J | 2D2 | B | 725 | 0745 | 1500 | 2300 | | | | |

**LEGEND**

**OVERTIME:**

Enter the appropriate number of hours in the OT_HRS Column generated by staffing requirements.

2 = 2 Hrs. O.T. due to staffing requirements
4 = 4 Hrs. O.T. due to staffing requirements
6 = 6 Hrs. O.T. due to staffing requirements
8 = 8 Hrs. O.T. due to staffing requirements

**TRAINING:**

Place appropriate letter after officer's name to indicate the following specialty.

F = Field Force Trained
T = Field Training Officer
B = Both
D = Defibrillator Trained
C = CPR Trained

Signature of O.I.C. of following tour upon completion

CASTELLI,PAUL   JR SGT 0913          3

*53-0175..12/95*

**POLICE DEPARTMENT**
**COUNTY OF SUFFOLK N.Y.**
**DUTY CHART PDCS-2004f** RMc
PAGE 1 OF 2

| TOUR | PCT | DAY | DATE | SQUAD |
|------|-----|-----|------|-------|
| 9X7 | 07 | THURSDAY | 01/24/2013 | 4 |

| PRINTED | APPROVED BY OIC |
|---------|-----------------|
| 10/01 16:04 | ULLRICH,RICHARD A LT |

## AMENDED

| OFFICER/SQUAD | | | POST | RADIO S/N | ON DUTY | OFF DUTY | OT CD | OT HRS | OVERTIME CC# OR COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| LT ULLRICH,RICHARD A | 4 | | 741 | 0741 | 2100 | 0700 | | | |
| | | | | | | | | | |
| SGT CASTELLI,PAUL  J | 4 | | 734 | | 2100 | 0700 | | | |
| SGT PIOTROWSKI,MARK C | 5 | | 735 | 0735 | 2100 | 0700 | | | triday #1 |
| SGT CERATO,JOHN M | 4 | CDF | 736 | 0739 | 2100 | 0700 | | | |
| SGT BERAN,SEAN R | 4 | F | 737 | 0786 | 2100 | 0700 | | | |
| | | | | | | | | | |
| PO KRAMER,KIM M | 4 | CDT | DESK | | 2100 | 0700 | | | |
| PO OCCHINO,NICHOLAS | 4 | BC | DESK | | 2100 | 0700 | | | MEU 0700 |
| | | | | | | | | | |
| PO BENNETT,ROBERT A | 4 | BCD | 701 | 0701 | 2100 | 0700 | | | |
| PO GRANSHAW,EDWARD L | 4 | CDF | 702 | 0702 | 2100 | 0700 | | | |
| PO MILESKI,WILLIAM H | 4 | CD | 703 | 0703 | 2100 | 0700 | | | |
| PO BARONE,JASON P | 4 | CDF | 704 | 0752 | 2100 | 0700 | | | |
| PO ALFIERI,MICHAEL R | 1C2 | CDF | 705 | 0776 | 2300 | 0700 | 01 | 13.5 | |
| PO REILLY,KEITH W | 4 | CDF | 706 | 0740 | 2100 | 0850 | 19 | 3.0 | 13-69679 house fir |
| PO FISHER,THOMAS J | 5 | | 707 | 0775 | 2300 | 0700 | 01 | 13.5 | |
| PO OCONNOR,DENIS J | 4 | CDF | 708 | 0752 | 2100 | 0900 | 19 | 3.0 | 13-69679 house fir |
| PO DEFEO,CHRISTOPHER | 4 | CDF | 710 | 0997 | 2100 | 0730 | 19 | .75 | 13-69732 aided cas |
| PO VICINANZA,TIMOTHY | 4 | CDFI | 711 | 0718 | 2100 | 0700 | | | refusal/0945 |
| PO JENSEN,SCOTT A | 4 | CDF | 712 | 0751 | 2100 | 0845 | 19 | 3.0 | 13-69679 house fir |
| PO SANCHEZ,CHRISTOPH | 4 | CDF | 713 | 0709 | 2100 | 0700 | | | |
| PO NUNBERG,NEIL C | 4 | CDF | 714 | 0748 | 2100 | 0754 | 19 | 1.5 | 13-69746 stolen ca |
| PO RIVIELLO,JOSEPH J | 4 | CDF | 715 | 0754 | 2100 | 0700 | | | |

### LEAVE CODES

| OFFICER/SQUAD | | CODE |
|---|---|---|
| SGT BJELOBRK,MATTHEW D | 4 | 205 |
| *PO CLINE,JEFFREY J | 4 | 300 |
| PO GALVIN,GREGORY J | 4 | 303 |
| *PO HAMMEL,GLENN C | 4 | 303 |
| PO MENNELLA,CHRISTOPH | 4 | 303 |
| PO MORTENSON,STEVEN H | 4 | 303 |
| PO BYRNES,GEORGE R | 4 | 404 |
| PO SANTAMARIA,DONALD | 4 | 406 |

### LEGEND

**OVERTIME:**

Enter the appropriate number of hours in the OT_HRS Column generated by staffing requirements:

2 = 2 Hrs. O.T. due to staffing requirements
4 = 4 Hrs. O.T. due to staffing requirements
6 = 6 Hrs. O.T. due to staffing requirements
8 = 8 Hrs. O.T. due to staffing requirements

**TRAINING:**

Place appropriate letter after officer's name to indicate the following specialty.

F = Field Force Trained
T = Field Training Officer
B = Both
D = Defibrillator Trained
C = CPR Trained

Signature of O.I.C. of following tour upon complettion

DOYLE,JOHN J SGT 1212        3

*53-0175..12/95*



**POLICE DEPARTMENT COUNTY OF SUFFOLK, NEW YORK**

*ACCREDITED LAW ENFORCEMENT AGENCY*

**EVENT DETAIL REPORT**

INFORMATION FOR CC: 2013-0220888



| Phone | Nature | Priority | Sector | | CCNumber |
|---|---|---|---|---|---|
| | TSTOP | 6 | 703 | | 2013-0220888 |

| | | |
|---|---|---|
| *Location* | 77 N COUNTRY RD ESHORE | |
| *Cross Street* | NORMAN DR | *ECO* $703 - GRENIA,KAREN |
| *Complainant* | | *PSD* $703 - GRENIA,KAREN |
| *Complainant Addr* | | *Disp* 27-TSTOP |
| *Remarks* | | |

| Date Received | Time Received | Time Dispatched | Time Closed |
|---|---|---|---|
| 04/09/2013 | 13:26:29 | 13:26:29 | 14:22:02 |

*Primary Officer*   5736  - GRENIA,KAREN

| Unit | Date Received | Time Received | Comments | Status | Location |
|---|---|---|---|---|---|
| 703 | 04/09/2013 | 13:26:29 | | Dispatched | 77 N COUNTRY RD ESHORE |
| 703 | 04/09/2013 | 13:26:30 | | Arrived | 77 N COUNTRY RD ESHORE |
| 703 | 04/09/2013 | 13:26:30 | Unit [703] Inf Issue Qry 19758361:+ ++++++++ +1401 NSUF RALL ORI/.NY 05101A1 .LIC/BND 8790 .LIT/PC | Unit Equipment Updated | |
| 703 | 04/09/2013 | 13:32:11 | Unit [703] Inf Issue Qry 19758492:+ ++++++++ +1401 NSUF DALL .CID/ 852233567 | Unit Equipment Updated | |
| 704 | 04/09/2013 | 13:38:05 | | Dispatched | 77 N COUNTRY RD ESHORE |
| C75 | 04/09/2013 | 13:38:48 | | Dispatched | 77 N COUNTRY RD ESHORE |




**POLICE DEPARTMENT COUNTY OF SUFFOLK, NEW YORK**

*ACCREDITED LAW ENFORCEMENT AGENCY*

**EVENT DETAIL REPORT**

INFORMATION FOR CC: 2013-0220888

| | | | | | |
|---|---|---|---|---|---|
| C75 | 04/09/2013 | 13:38:56 | | Enroute | 77 N COUNTRY RD ESHORE |
| 704 | 04/09/2013 | 13:44:07 | | Enroute | 77 N COUNTRY RD ESHORE |
| 704 | 04/09/2013 | 14:09:59 | Preempt | Unit Equipment Updated | |
| 704 | 04/09/2013 | 14:09:59 | CAD AUTOMATIC PREEMPT | Available on MDT | |
| C75 | 04/09/2013 | 14:12:02 | Status change via I/Tracker Auto Arrive/Enroute | Arrived | 77 N COUNTRY RD ESHORE |
| 703 | 04/09/2013 | 14:18:19 | Unit [703] Inf Issue Qry 19759119:+++++++++ +1401 NSUF DLIC ORI/.NY 05101A1 .NAM/EARL , SIMON .DOB/ 07181985 .SEX/M | Unit Equipment Updated | |
| 703 | 04/09/2013 | 14:18:19 | Unit [703] Inf Issue Qry 19759120:+++++++++ +1401 NSUF WINQ ORI/.NY 05101A1 .NAM/EARL , SIMON .SEX/M.DOB/07181985 .MIS/1163, 306B | Unit Equipment Updated | |



**POLICE DEPARTMENT COUNTY OF SUFFOLK, NEW YORK**

*ACCREDITED LAW ENFORCEMENT AGENCY*

**EVENT DETAIL REPORT**

INFORMATION FOR CC: 2013-0220888



| 703 | 04/09/2013 | 14:18:20 | Unit [703] Inf Issue Qry 19759121:< requestdata ><transtype >NAME</tra nstype><req uestor>4005 4</requesto r><databas es><db>IAP RO</db><d b>WAR</db ></database s><searchfi elds><perso n><lname> EARL</lna me><fname >S | Unit Equipment Updated |
| C75 | 04/09/2013 | 14:21:37 | . | Available on MDT |
| 703 | 04/09/2013 | 14:22:02 | | Available on MDT |



**POLICE DEPARTMENT COUNTY OF SUFFOLK, NEW YORK**

*ACCREDITED LAW ENFORCEMENT AGENCY*

**EVENT DETAIL REPORT**

INFORMATION FOR CC: 2013-0068103



| Phone | Nature | Priority | Sector | | CCNumber |
|---|---|---|---|---|---|
| 631-921-8581 | 34 | 5 | 703 | | 2013-0068103 |

| | | |
|---|---|---|
| Location | ESHORE | |
| Cross Street | CORDWOOD PATH | ECO ECO-33 - VATTER, KATHARINA |
| Complainant | MICHAEL DAGGET | PSD PSD-07 - CANOSA, VINCENT |
| Complainant Addr | 38 SOUNDVBIEW DR ESHORE | Disp 38 |

| Remarks | 01/23/2013 11:11:01 '72 RUSTED BEIGE ELDORADO DRIVING IN AREA-DROPS OFF SOMEONE THEN COMES BACK TO |
|---|---|
| | 01/23/2013 11:11:01 PICK HIM UP |
| | 01/23/2013 11:11:14 LP#GCA9737 |
| | 01/23/2013 11:17:30 6 CORDWOOD AT GUN POINT WITH SUBJECT AND ANOTHER |
| | 01/23/2013 11:21:51 SUBJECT IN VEH WITH DOG CAN'T GET TO HIM |
| | 01/23/2013 11:25:07 TRYING |
| | 01/23/2013 11:26:59 736 10-37 NO FURTHER |
| | 01/23/2013 11:50:04 735 ORDERED THE DOG WARDEN |

| Date Received | Time Received | Time Dispatched | Time Closed |
|---|---|---|---|
| 01/23/2013 | 11:11:01 | 11:12:53 | 14:50:19 |

| Primary Officer | 5736 - GRENIA, KAREN |
|---|---|

| Unit | Date Received | Time Received | Comments | Status | Location |
|---|---|---|---|---|---|
| 703 | 01/23/2013 | 11:12:53 | | Dispatched | CORDWOOD PATH/SOUTHGATE ESHORE |
| 703 | 01/23/2013 | 11:13:02 | | Enroute | CORDWOOD PATH/SOUTHGATE ESHORE |
| 705 | 01/23/2013 | 11:13:44 | | Dispatched | CORDWOOD PATH/SOUTHGATE ESHORE |
| 705 | 01/23/2013 | 11:13:54 | | Enroute | CORDWOOD PATH/SOUTHGATE ESHORE |
| 703 | 01/23/2013 | 11:15:02 | | Arrived | CORDWOOD PATH/SOUTHGATE ESHORE |
| 704 | 01/23/2013 | 11:16:37 | | Dispatched | CORDWOOD PATH/SOUTHGATE ESHORE |
| 701 | 01/23/2013 | 11:16:39 | | Dispatched | CORDWOOD PATH/SOUTHGATE ESHORE |
| 704 | 01/23/2013 | 11:16:44 | | Enroute | CORDWOOD PATH/SOUTHGATE ESHORE |
| 701 | 01/23/2013 | 11:16:55 | | Enroute | CORDWOOD PATH/SOUTHGATE ESHORE |

Printed: 9/4/2014 8:50:07 AM



**POLICE DEPARTMENT COUNTY OF SUFFOLK, NEW YORK**

*ACCREDITED LAW ENFORCEMENT AGENCY*

**EVENT DETAIL REPORT**

INFORMATION FOR CC: 2013-0068103



| 736 | 01/23/2013 | 11:17:12 | | Dispatched | CORDWOOD PATH/SOUTHGATE ESHORE |
|-----|-----------|----------|---|-----------|-------------------------------|
| 736 | 01/23/2013 | 11:17:19 | | Enroute | CORDWOOD PATH/SOUTHGATE ESHORE |
| 702 | 01/23/2013 | 11:18:28 | | Dispatched | CORDWOOD PATH/SOUTHGATE ESHORE |
| 702 | 01/23/2013 | 11:18:32 | | Arrived | CORDWOOD PATH/SOUTHGATE ESHORE |
| 701 | 01/23/2013 | 11:19:28 | | Arrived | CORDWOOD PATH/SOUTHGATE ESHORE |
| 737 | 01/23/2013 | 11:21:18 | | Dispatched | CORDWOOD PATH/SOUTHGATE ESHORE |
| 737 | 01/23/2013 | 11:21:27 | | Enroute | CORDWOOD PATH/SOUTHGATE ESHORE |
| 773 | 01/23/2013 | 11:23:08 | | Dispatched | CORDWOOD PATH/SOUTHGATE ESHORE |
| 773 | 01/23/2013 | 11:23:09 | | Enroute | CORDWOOD PATH/SOUTHGATE ESHORE |
| 736 | 01/23/2013 | 11:23:56 | | Arrived | CORDWOOD PATH/SOUTHGATE ESHORE |
| 735 | 01/23/2013 | 11:24:03 | | Dispatched | CORDWOOD PATH/SOUTHGATE ESHORE |
| 735 | 01/23/2013 | 11:24:11 | | Arrived | CORDWOOD PATH/SOUTHGATE ESHORE |
| 704 | 01/23/2013 | 11:25:40 | | Arrived | CORDWOOD PATH/SOUTHGATE ESHORE |
| 737 | 01/23/2013 | 11:28:30 | Status change via I/Tracker Auto Arrive/Enroute | Arrived | CORDWOOD PATH/SOUTHGATE ESHORE |
| 735 | 01/23/2013 | 11:33:41 | | Arrived | CORDWOOD PATH/SOUTHGATE ESHORE |
| 735 | 01/23/2013 | 11:38:31 | | Available on MDT | |
| 737 | 01/23/2013 | 11:39:25 | | Available on MDT | |
| 704 | 01/23/2013 | 11:41:09 | | Available on MDT | |



**POLICE DEPARTMENT COUNTY OF SUFFOLK, NEW YORK**

*ACCREDITED LAW ENFORCEMENT AGENCY*

**EVENT DETAIL REPORT**

INFORMATION FOR CC: 2013-0068103



| 703 | 01/23/2013 | 11:41:58 | Unit [703] Inf Issue Qry 18517294:+ ++++++++ +1401 NSUF RALL ORI/.NY 05101A1 .LIC/GCA 9733 .LIT/PC | Unit Equipment Updated | |
|-----|-----------|----------|------|------|------|
| 703 | 01/23/2013 | 11:46:51 | | Transport | 10-32 |
| 705 | 01/23/2013 | 11:56:24 | Status change via I/Tracker Auto Arrive/Enro ute | Arrived | CORDWOOD PATH/SOUTHGATE ESHORE |
| 705 | 01/23/2013 | 11:56:30 | | Change Location | FOLLOWING 703 TO PCT |
| 705 | 01/23/2013 | 11:56:31 | | Enroute | FOLLOWING 703 TO PCT |
| 736 | 01/23/2013 | 11:58:58 | Preempt | Unit Equipment Updated | |
| 736 | 01/23/2013 | 11:58:58 | CAD AUTOMATI C PREEMPT | Available on MDT | |
| 701 | 01/23/2013 | 11:59:28 | Preempt | Unit Equipment Updated | |
| 701 | 01/23/2013 | 11:59:28 | CAD AUTOMATI C PREEMPT | Available on MDT | |
| 702 | 01/23/2013 | 12:04:10 | | Available on MDT | |
| 703 | 01/23/2013 | 12:06:51 | | | 10-32 |
| 703 | 01/23/2013 | 12:07:13 | | Transport Arrived | 10-32 |
| 773 | 01/23/2013 | 12:54:38 | | Available | |
| 705 | 01/23/2013 | 14:00:56 | | Available on MDT | |
| 703 | 01/23/2013 | 14:25:00 | AVL SIGNAL QUALITY POOR | Unit Equipment Updated | 10-32 |
| 703 | 01/23/2013 | 14:28:23 | AVL SIGNAL QUALITY NONE | Unit Equipment Updated | 10-32 |



**POLICE DEPARTMENT COUNTY OF SUFFOLK, NEW YORK**

*ACCREDITED LAW ENFORCEMENT AGENCY*

**EVENT DETAIL REPORT**

INFORMATION FOR CC: 2013-0068103



| 703 | 01/23/2013 | 14:46:23 | AVL SIGNAL QUALITY POOR | Unit Equipment Updated | 10-32 |
| 703 | 01/23/2013 | 14:46:25 | AVL SIGNAL QUALITY HIGH | Unit Equipment Updated | 10-32 |
| 703 | 01/23/2013 | 14:50:19 | | Available on MDT | |

Printed: 9/4/2014 8:50:07 AM