UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOAQUIN FRANQUI III, Administrator of the Estate of JACK FRANQUI IV,

                        Plaintiff,

-against-

THE COUNTY OF SUFFOLK, SUFFOLK COUNTY POLICE DEPARTMENT, POLICE OFFICER KAREN GRENIA, POLICE OFFICERS JOHN AND JANE DOES 1-10,

                        Defendants.

**DEFENDANTS COUNTY OF SUFFOLK, SCPD AND GRENIAS' INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)(A)**

**CV13-5943**

Pursuant to Fed. R. Civ. P. Rule 26(a)(1)(A), the County of Suffolk, Suffolk County Police Department and Police Officer Karen Grenia make the following initial disclosures:

(i) the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.

1) Karen Grenia
2) Dennis Kozik
3) Odette Hall, M.D.
4) John Best
5) John Fitzpatrick
6) Michael Romanoli
7) Kevin Corrigan
8) William Kerensky
9) Janine Lesiewicz
10) Douglas Libonati
11) Robert Strehle
12) Jamie Rios

1

The address of the above listed persons is c/o Suffolk County Attorney's Office, H. Lee Dennison Building, 100 Veterans Memorial Highway, Hauppauge, New York 11788

ii) a copy or a description by category and location of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

    1) Arrest paperwork under cc# 13-00422405.
    2) Internal Affairs Bureau Report.
    3) Autopsy Report.

iii) a computation of each category of damages claimed by the disclosing party.

    Not applicable.

iv) any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

    The County of Suffolk is self-insured up to $3,000,000.00 and has excess insurance coverage in the aggregate sum of $55,000,000.00.

PLEASE TAKE NOTICE that foregoing disclosure is not intended to be exhaustive of all information arguably required to be disclosed pursuant to Rule 26(a)(1)(A), but is intended merely to present the information presently known to defendants, which Rule 26(a)(1)(A) reasonably may be seen as requiring the disclosure of. Defendants reserve their right to supplement and/or amend this automatic disclosure response upon completion of further

investigation of this claim; production of required automatic disclosure by plaintiffs; or as additional information becomes available to them.

Dated: Hauppauge, New York
March 19, 2014

                         Yours etc.,
                         Dennis M. Brown
                         Suffolk County Attorney
                         Attorney for Defendants
                         The County of Suffolk, Suffolk County
                         Police Department and P.O. Grenia
                         H. Lee Dennison Building
                         100 Veterans Memorial Highway
                         Hauppauge, New York 11788

By: _____
      Arlene S. Zwilling
      Assistant County Attorney

TO: ANTHONY M. GRANDINETTE, ESQ.
     Attorney for Plaintiff
     114 Old Country Road
     Mineola, New York 11501
     (516) 877-2889

Docket No. CV13-5943

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOAQUIN FRANQUI, III as Administrator of the Estate
of JACK FRANQUI, IV,

                        Plaintiffs,
      -against-

THE COUNTY OF SUFFOLK, SUFFOLK COUNTY
POLICE DEPARTMENT, POLICE OFFICER
KAREN GRENIA, POLICE OFFICERS JOHN AND
JANE DOES 1-10,

                        Defendants.

**DEFENDANTS COUNTY OF SUFFOLK, SCPD AND GRENIAS'
INITIAL DISCLOSURES PURSUANT
TO RULE 26(a)(1)(A)**

DENNIS M. BROWN
Suffolk County Attorney
By: Arlene S. Zwilling
Assistant County Attorney
Attorney for Defendants
The County of Suffolk,
Suffolk County Police Department
and P.O. Karen Grenia
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, New York 11788-0099
(631) 853-4049