```
 1
 2                         I N D E X
 3
 4   WITNESS           EXAMINATION BY              PAGE
 5   John Burke        Arlene Zwilling              3
 6
 7
 8
 9                         EXHIBITS
10   RESPONDENTS'          DESCRIPTION             PAGE
11   A                 A two-page handwritten       30
                       statement
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Five Star Reporting, Inc.   90 John Street - Ste. 411   New York, NY 10038   Phone: 631.224.5054   Fax 631.224.3926

