# COUNTY OF SUFFOLK

STEVEN BELLONE
COUNTY EXECUTIVE

EDWARD WEBBER
POLICE COMMISSIONER

## POLICE DEPARTMENT

August 6, 2014

Anthony M. Grandinette
114 Old Country Road
Mineola, NY 11501

Re: Internal Affairs Case #13-42i

Dear Mr. Grandinette,

This office is in receipt of a Summons & Complaint filed by Joaquin Franqui regarding an incident which occurred on January 23, 2013. Your client, John Burke, has been identified as a witness to the events of that date. As the investigator assigned to this case, I am requesting an interview with your client in your presence.

Please contact me at 852-6262 to schedule an appointment at your earliest convenience.

Sincerely,

Peter D. Ervolina
Lieutenant
Internal Affairs Bureau

PDE:km

Certified Mail




**ACCREDITED LAW ENFORCEMENT AGENCY**
Visit us online at: www.suffolkpd.org
Crime Stoppers Confidential Tip Hotline: **1-800-220-TIPS**
Non-Emergencies Requiring Police Response - Dial: **(631) 852-COPS**
**30 Yaphank Avenue, Yaphank, New York 11980 – (631) 852-6000**

# COUNTY OF SUFFOLK



STEVEN BELLONE
COUNTY EXECUTIVE

EDWARD WEBBER
POLICE COMMISSIONER

## POLICE DEPARTMENT

March 5, 2014

Law Office of Anthony M. Grandinette, Esq.
114 Old Country Road
Mineola, N.Y.  11501

Re:  **Internal Affairs Bureau File #14-141i**
**Simon, Nicholas & Ann Earl**

Dear Sir:

This office is in receipt of a Summons & Complaint regarding your above-mentioned clients.

As the investigator assigned to this case, I am requesting an interview with your clients, in your presence and at your convenience.

Please contact me at (631) 852-6262 with your response.

Sincerely,

Peter D. Ervolina
Lieutenant
Internal Affairs Bureau

PDE:nz
cc:  Simon, Nicholas & Ann Earl
Certified Mail