UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SIMON EARL, NICHOLAS EARL, AND ANNE
EARL,

Plaintiffs,

-against-

THE COUNTY OF SUFFOLK, SUFFOLK COUNTY
POLICE DEPARTMENT, POLICE OFFICER
KAREN GRENIA, POLICE OFFICERS JOHN AND
JANE DOES 1-10,

Defendants.

**DEFENDANTS COUNTY
OF SUFFOLK, SCPD AND
GRENIAS' INITIAL
DISCLOSURES
PURSUANT TO RULE
26(a)(1)(A)**

**CV14-0750**

**(JFB)(GRB)**

Pursuant to Fed. R. Civ. P. Rule 26(a)(1)(A), the County of Suffolk, Suffolk County
Police Department and Police Officer Karen Grenia make the following initial disclosures:

(i) the name and, if known, the address and telephone number of each individual likely
to have discoverable information that the disclosing party may use to support its claims or
defenses, unless the use would be solely for impeachment.

1) Karen Grenia
2) Janine Lesiewicz
3) Jamie Rios
4) Alexander Crawford

The address of the above listed persons is c/o Suffolk County Attorney's Office, H. Lee
Dennison Building, 100 Veterans Memorial Highway, Hauppauge, New York 11788.

ii) a copy or a description by category and location of all documents, electronically stored
information, and tangible things that the disclosing party has in its possession, custody, or
control and may use to support its claims or defenses, unless the use would be solely for
impeachment.

1

1) Arrest paperwork under cc# 13-00422405.

2) Internal Affairs Bureau Report.

iii) a computation of each category of damages claimed by the disclosing party.

Not applicable.

iv) any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

The County of Suffolk is self-insured up to $3,000,000.00 and has excess insurance coverage in the aggregate sum of $55,000,000.00.

PLEASE TAKE NOTICE that foregoing disclosure is not intended to be exhaustive of all information arguably required to be disclosed pursuant to Rule 26(a)(1)(A), but is intended merely to present the information presently known to defendants, which Rule 26(a)(1)(A) reasonably may be seen as requiring the disclosure of. Defendants reserve their right to supplement and/or amend this automatic disclosure response upon completion of further investigation of this claim; production of required automatic disclosure by plaintiffs; or as additional information becomes available to them.

Dated: Hauppauge, New York
April 4, 2014

> Yours etc.,
> Dennis M. Brown
> Suffolk County Attorney
> Attorney for Defendants
> The County of Suffolk, Suffolk County
> Police Department and P.O. Grenia
> H. Lee Dennison Building
> 100 Veterans Memorial Highway

2

Hauppauge, New York 11788

By:    _____

Arlene S. Zwilling
Assistant County Attorney

TO: ANTHONY M. GRANDINETTE, ESQ.
Attorney for Plaintiff
114 Old Country Road
Mineola, New York 11501
(516) 877-2889

3

CV14 -0750(JFB)(GRB)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SIMON EARL, NICHOLAS EARL, AND
ANNE EARL,

                                                    Plaintiff(s),

              -against-

THE COUNTY OF SUFFOLK, SUFFOLK
COUNTY POLICE DEPARTMENT, POLICE
OFFICER KAREN GRENIA AND POLICE
OFFICERS JOHN & JANE DOE 1-10,

                                                    Defendant(s).

---

**DEFENDANTS COUNTY OF SUFFOLK, SCPD AND GRENIAS'
INITIAL DISCLOSURES PRUSUANT TO RULE 26(a)(1)(A)**

---

DENNIS M. BROWN
Suffolk County Attorney
By:  Arlene S. Zwilling
Assistant County Attorney
Attorney for Defendants,
County of Suffolk, Suffolk County
Police Department, Police Officer
Karen Grenia
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, New York 11788-0099
(631) 853-5678