Sealed Document – Privileged Email