Case 2:13-cv-05943-JS-SIL   Document 21-26   Filed 01/01/15   Page 1 of 2 PageID #: 651



**Anthony Grandinette <grandinettelaw@gmail.com>**

---

## discovery update continued
1 message

---

**Anthony Grandinette** <grandinettelaw@gmail.com>                    Tue, Jul 29, 2014 at 5:37 PM
To: "Zwilling, Arlene" <arlene.zwilling@suffolkcountyny.gov>

---

Dear Arlene:

   I inadvertently sent my prior e-mail before typing in the names of those police witnesses I intend
to depose who are yet to be formally noticed. Below is the list so you can check on availability:

   1. PO Nicholas Robbins Robbins
   2. Det/Sgt Best;
   3. Sgt. KevinO'Rielly;
   4. PO Joseph Simeone;
   5. PO George Oliva;
   6. PO John Boreshesky;
   7. Det/Sgt John Best;
   8. Det. Ronald Tavarese;
   9. Det. Lesser;
   10. Detective Alfred Cicotto;
   11. PO Martin Cummings;
   12. PO Klammer;
   13. PO David Samartino;
   14. One crime scene rep;
   15. PA Dennis Kozik;
   16. Deputy ME Odette R. Hall;

 Could you please check for us and determine who was responsible for monitoring prisoner
activity in the male holding cell area on the 7-3 shift and the subsequent shift to make sure we
depose the relevant witnesses. I will forward you an interrogatory posing that question in the
immediate future.

Lastly, we have the following noticed depositions which need to be rescheduled:

   1. Lt. Crawford;
   2. PO James Rios;
   3. PO Janine Lesiewicz;

As per our prior discussions concerning electronic searches of the SCPD e-mail and computer
based programs below is my proposed list of search terms:

   1. Jack Franqui
   2. Jack Franqui IV
   3. Franqui

Case 2:13-cv-05943-JS-SIL   Document 21-26   Filed 01/01/15   Page 2 of 2 PageID #: 652

    4. Simon Earl
    5. Earl
    6. 6 Cordwood Path, Shoreham

E-mails would be inter-departmental as well as to/from the New York State Department of Corrections and the Department of Justice.

 Best, Tony

Law Offices Of Anthony M. Grandinette
114 Old Country Road
Mineola, N.Y. 11501

E-Mail; Grandinettelaw@gmail.com
Phone:(516) 877-2889, ext #15
Fax :(516) 294-5348

Practice Green. save a tree. read don't print e-mails

This e-mail may contain priviledged or confidential communications and/or documents which are intended for the use of the named recipient, any disclosure, distribution or use by an unintended recipient is prohibited.