

Mirel Fisch <mirel.grandinettelaw@gmail.com>

# Fwd: Sargent Kevin O'Rielly PO Joseph Simeone
1 message

**Anthony Grandinette** <grandinettelaw@gmail.com>    Thu, Jan 1, 2015 at 5:27 PM
To: Mirel Fisch <Mirel.Grandinettelaw@gmail.com>

———- Forwarded message ———-
From: **Anthony M. LaPinta** <LaPintaEsq@aol.com>
Date: Wed, Nov 26, 2014 at 5:07 PM
Subject: Re: Sargent Kevin O'Rielly PO Joseph Simeone
To: Anthony Grandinette <grandinettelaw@gmail.com>

We don't represent the Sergeant. Never did.

Anthony M. La Pinta, Esq.
Reynolds, Caronia, Gianelli
& La Pinta, P.C.
35 Arkay Drive, Suite 200
Hauppauge, New York  11788
Tel:  631.300.0033
Fax: 631.300.4380
Cell: 516.606.8628
Web: lapintalaw.com
E Mail: LaPintaEsq@aol.com

On Nov 26, 2014, at 4:57 PM, Anthony Grandinette <grandinettelaw@gmail.com> wrote:

> Gentlemen:
>
>     I hope this e-mail finds you both well and somewhat rested following the Thanksgiving holiday. I have enclosed a letter and **Non Party** Notice of Deposition for your respective clients in relation to a civil action pending in the EDNY before Joanna Seybert. I have also annexed a proposed amended complaint, which although not yet formally approved, I anticipate being adopted, and subsequently served upon your clients alleging substantially all of the asserted claims.
>
>     Magistrate Locke has directed me to proceed with discovery prior to the formal decision on Plaintiff's motion to amend the complaint. However, to be completely forthcoming and to give you advance notice of the allegations which my client seeks to assert against yours in the future, I have annexed a copy of the proposed amended complaint and all the exhibits annexed thereto. In this way you can properly prepare and advise your respective client's mindful of plaintiffs' intent to name them as Defendants' in this action and the specific factual allegations asserted against them.

   Please call me at your leisure to discuss this further in person. I can be reached on my cell as well at 516 456-2695.

   Kind regards, Tony

--
**Anthony M. Grandinette**

Law Offices Of Anthony M. Grandinette
114 Old Country Road
Mineola, N.Y. 11501

E-Mail; Grandinettelaw@gmail.com
Phone:(516) 877-2889, ext #15
Fax :(516) 294-5348

Practice Green. save a tree. read don't print e-mails

This e-mail may contain priviledged or confidential communications and/or documents which are intended for the use of the named recipient, any disclosure, distribution or use by an unintended recipient is prohibited.

<Amended Summons and Complaint.pdf>

<Exhibit A - Franqui Notice of Claim.PDF>

<Exhibit B - Earl Notice of Claim.PDF>

<Exhibit C - Pics with Dog.PDF>

<Exhibit D - Autopsy Report.PDF>

<Exhibit E - Parlor pics.PDF>

<Exhibit F - Arrest paperwork.PDF>

<Exhibit G - Prisoner Activity Log.PDF>

<Exhibit H - Burke 50(h).PDF>

<Exhibit I - Burke July 3 2013 aff.PDF>

--
**Anthony M. Grandinette**

Law Offices Of Anthony M. Grandinette
114 Old Country Road
Mineola, N.Y. 11501

E-Mail; Grandinettelaw@gmail.com
Phone:(516) 877-2889, ext #15
Fax :(516) 294-5348

Practice Green. save a tree. read don't print e-mails

This e-mail may contain priviledged or confidential communications and/or documents which are intended for the use of the named recipient, any disclosure, distribution or use by an unintended recipient is prohibited.