1
2
3
4
5      ----------------------------------------------------
6
7
8                      **PO JOSEPH SIMEONE**
9                         **IAB #** █████
10                       **JULY 21, 2014**
11     ----------------------------------------------------
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1  Sgt. O'Reilly requested him to give over
2  the t-shirt, did you guys do anything with
3  the blanket or did you left him keep that
4  little piece of blanket that he had?
5         PO SIMEONE:  I never -- I never
6  gave that a second thought. **(TIME STAMP**
7  **15:31:06)** LT. SPILLANE:  Okay.
8         PO SIMEONE:  That was a little
9  piece of thing that was on the floor.
10        LT. DOHERTY:  In your opinion,
11 could Mr. Franqui have used this strip of
12 blanket in any way to harm himself?
13        PO SIMEONE:  No.  You couldn't
14 even make a headband out of it.  It was a
15 little tiny -- which -- which -- it didn't
16 make any sense to me.  I saw that on the
17 floor, it didn't register.  And then I did
18 have an opportunity to read the -- the
19 complaint and that's when I made that
20 connection.  But at that -- at that time, it
21 didn't even register. **(TIME STAMP 15:31:38)**
22        LT. DOHERTY:  All right. Now at
23 this point Sgt. O'Reilly has retrieved the
24 white t-shirt.  What did he do with the
25 white t-shirt?