UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SIMON EARL, NICHOLAS EARL, AND ANNE
EARL,

                      Plaintiffs,

-against-

THE COUNTY OF SUFFOLK, SUFFOLK COUNTY
POLICE DEPARTMENT, POLICE OFFICER
KAREN GRENIA, POLICE OFFICERS JOHN AND
JANE DOES 1-10,

                      Defendants.

**RULE 68**
**OFFER OF JUDGMENT**

**CV14-0750(JFB)(GRB)**

PLEASE TAKE NOTICE, that pursuant to F.R.C.P. Rule 68, defendants hereby offer to allow judgment to be taken against them in the sum of FIVE THOUSAND and ONE DOLLARS ($5,001.00), which sum shall be inclusive of attorneys' fees and all costs accrued.

PLEASE TAKE FURTHER NOTICE, that this offer is made for the purposes specified in F.R.C.P. Rule 68, and is not to be construed either as an admission that the defendants are liable in this action, or that the plaintiffs have suffered any damages.

Dated: Hauppauge, New York
      April 7, 2014

Very truly yours,
Dennis M. Brown
Suffolk County Attorney
Attorney for Defendants County of Suffolk, Suffolk
County Police Department and Police Officer Karen
Grenia
H. Lee Dennison Building
100 Veterans Memorial Hwy
P.O. Box 6100
Hauppauge, New York 11788

By: _____

      Arlene S. Zwilling
      Assistant County Attorney