

# SUFFOLK COUNTY, NEW YORK
# OFFICE OF THE MEDICAL EXAMINER

## REPORT OF AUTOPSY

**NAME:** JACK FRANQUI IV  
**AUTOPSY PERFORMED BY:** Odette R. Hall, M.D.

**ME#:** 13-00391  
**DATE:** January 24, 2013

### FINAL ANATOMIC DIAGNOSES

I. HANGING WITH LIGATURE MARK
   A. PULMONARY CONGESTION

II. BLUNT IMPACT OF HEAD
   A. CUTANEOUS ABRASIONS
   B. SUBSCAPULAR HEMORRHAGE, PARIETAL, BILATERAL

III. BLUNT IMPACT OF TORSO WITH CUTANEOUS ABRASIONS AND SUBCUTANEOUS HEMORRHAGE, UPPER AND MIDDLE BACK

IV. BLUNT IMPACT OF UPPER EXTREMITIES WITH CUTANEOUS ABRASIONS AND CONTUSION

V. BLUNT IMPACT OF LOWER EXTREMITIES WITH CUTANEOUS ABRASIONS AND CONTUSIONS

VI. DIVERTICULOSIS

**CAUSE OF DEATH:** HANGING

**MANNER OF DEATH:** SUICIDE (HANGED SELF)

*[signature]*  
Odette R. Hall, M.D.  
Deputy Medical Examiner  
Date: 1/30/13

ORH/

I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY.  
*[signature: Virginia Falcone]*

OFFICE OF THE MEDICAL EXAMINER                                    SUFFOLK COUNTY, N.Y.

**JACK FRANQUI IV**                                               CASE 13-00391

I hereby certify that I, Odette R. Hall, M.D., Deputy Medical Examiner, have performed an autopsy on the body identified as Jack Franqui IV on January 24, 2013 at the Suffolk County Medical Examiner's Office commencing at 11:15 a.m.

EXTERNAL EXAMINATION:

**General Appearance:** The body is that of a well-developed, 6' 1", 234 lbs, obese (Body Mass Index: 30.9), White man whose appearance is consistent with the given age of 26 years. The head, torso and extremities are symmetrical without malformation or palpable skeletal trauma. See "INJURIES".

**Postmortem Changes:** There is moderate, symmetrical rigor mortis of the jaw, neck and extremities. Livor mortis is pink-purple and blanching; it is distributed over the neck, upper chest, back, and throughout the upper and lower extremities. The lividity has a lacy and blotchy pattern. The body is cool to the touch.

**Head and Neck:** The head, face and neck are free of conspicuous scars. The scalp hair is straight and brown; it measures up to 1" in length. The facial hair consists of a 1/2", brown mustache and beard. There are bilateral and symmetrical 1-1/2 x 1/2" clusters of pinpoint, yellow-tan papules beneath the eyes. A 1/8", erythematous macule is on the right cheek. The corneas are translucent. The irides are brown. The conjunctivae are free of hemorrhage, petechiae or jaundice. The oral cavity has an atraumatic mucosa and a complete complement of natural teeth in fair to poor repair. The tongue is free of laceration or contusion.

**Torso:** Linear striae are on the axillae and abdomen. A 1", linear and vertical scar, with suture marks, is on the right upper quadrant of the abdomen. A 1/2", irregular scar is on the right lower quadrant of the abdomen. A 7", linear and vertical scar, with suture marks, is on the midline of the abdomen. The chest, buttocks and anus are unremarkable.

**Extremities:** Five, 1/4", linear and oblique scars are on the anterior right forearm. A 1/2", irregular scar is on the anterior right wrist. Five, 1", linear and horizontal scars are on the posterolateral right forearm. A 1" scar, in the shape of a cross, is on the dorsum of the right hand. A 1/2", linear and oblique scar is on the lateral right hand. Three, 1" to 1-1/2", linear and horizontal scars are on the lateral left arm. A 3-1/2", linear and oblique scar is on the anterior left arm. Three, 1/16" to 1/8" erythematous papules are on the anterior right thigh. Two, 1/4", erythematous papules are on the posterior left leg. The interdigital spaces of the feet are flaky and show scant amounts of gray-black residue. All of the digits are present. The fingernails are short with unremarkable texture. The toenails extend up to 1/8" beyond the skin edge and have unremarkable texture.

**Genitalia:** The external genitalia are atraumatic and that of a circumcised adult man. The testes are descended.

I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY.
*[signature]*

2

| OFFICE OF THE MEDICAL EXAMINER | SUFFOLK COUNTY, N.Y. |
|---|---|
| JACK FRANQUI IV | CASE 13-00391 |

**Tattoos and Adornments:** A monochromatic tattoo of the words "DEATH BEFORE DISHONOR" and a polychromatic tattoo of a marijuana leaf caricature are on the mid upper back and right upper back, respectively.

CLOTHING:

The body is received wearing white socks and green, brown and black deer print camouflage underwear. The clothing is labeled with the case formation and submitted to the Crime Laboratory.

THERAPEUTIC PROCEDURES:

The body is free of therapeutic procedures or devices.

INJURIES:

There are findings consistent with hanging; and blunt impact injuries of the head, torso and extremities. The descriptions and directions are stated with reference to the standard anatomical planes with the body measured in the horizontal position. The order of description makes no implied reference to the sequence of occurrence.

FINDINGS CONSISTENT WITH HANGING

A ligature mark composed of a flat, near-circumferential pattern of discontinuous, irregular, dry, orange-brown abrasions; and blanching is around the neck. The ligature mark is centered 3/4" below the laryngeal prominence where it measures 1-3/4" in width; 1/2" below the right external auditory canal where it measures 3/4" in width; and 1-3/4" below the left external auditory canal where it measures 1" in width. The ends of the ligature mark terminate at the lateral corners of the posterior hairline. A 4" void is in the ligature mark at this point. The ends of the ligature mark are centered 1-1/2" below the external occipital protuberance.

A 1 x 1/2", blanched abrasion is at the superior aspect of the neck, below the right jaw line.

On subsequent internal examination, the paratracheal soft tissues and strap muscles are free of hemorrhage. A 1/2 x 1/4" area of hemorrhage is in the left semispinalis capitis muscle. The cervical vertebrae, hyoid bone, thyroid cartilage and tracheal cartilages are free of fractures.

Accompanying the body is a cut pair of blue jeans. The right leg of the jeans is intact. The left leg is cut off below the seat. An additional cut extends vertically through the seat of the jeans, and above the left back pocket. The jeans are labeled with the case information and submitted to the Crime Laboratory.



I HEREBY CERTIFY THAT THIS IS
A TRUE AND CORRECT COPY.

3

OFFICE OF THE MEDICAL EXAMINER                                   SUFFOLK COUNTY, N.Y.

**JACK FRANQUI IV**                                                         CASE 13-00391

BLUNT IMPACT INJURIES

**Head:** A 4 x 1-1/4" abrasion, with adherent clotted blood, is on the right cheek. Six, 1/8" abrasions are on the helix of the left ear.

On subsequent internal examination, there is a 1" left parietal subscapular hemorrhage; and two, 1" and 1-1/2" right parietal subscapular hemorrhages. The skull has no fractures. There is no epidural, subdural or subarachnoid hemorrhage. The brain is free of edema, signs of herniation, laceration, contusion or hemorrhage.

**Torso:** A 2 x 1-1/2" cluster of linear abrasions is on the right upper back. The chest, abdomen, buttocks and anus are free of trauma.

On subsequent internal examination, there is a 1 x 1/2" subcutaneous hemorrhage of the mid upper back; and a 1 x 1/2" subcutaneous hemorrhage in the left upper back. The clavicles, sternum, ribs, vertebrae and pelvis are free of fracture. The thoracic, peritoneal, retroperitoneal and pelvic viscera are free of trauma.

**Upper Extremities:** A 1/4", blue contusion is on the posterior right forearm. A 1/2", blue contusion is on the anterior left arm. Five, 1/8", pale, red and scabbed abrasions are on the posterior left arm, elbow and forearm. The upper extremities are free of palpable fractures.

**Lower Extremities:** A 1/2" red-brown contusion is on the medial right foot. A 5", curvilinear, red contusion is on the posterior right thigh. A 2", yellow to red-brown contusion is on the posterior right leg. Nine, 1/16" to 1-1/2" abrasions are on the left knee. A 1-1/2", faint blue contusion; and a 1/8" abrasion are on the medial left leg. Three, 1", faint blue contusions are on the posteromedial left leg. A 1/2", yellow-orange contusion is on the lateral left thigh. A 1/16" abrasion is on the medial left foot. The lower extremities are free of palpable fractures.

These injuries, having been described, will not be repeated.

INTERNAL EXAMINATION:

**Habitus:** The subcutaneous adipose tissue at the umbilicus measures 4 cm in thickness.

**Body Cavities:** The organs are in their normal situs. The pleural cavities are free of excess fluid. The left pleural cavity shows focal posterior adhesions. The right pleural cavity is free of adhesions. The peritoneal cavity is free of excess fluid. There are adhesions of the anterior cavity, centered at the liver. The pericardial sac is free of excess fluid and adhesions. Each of the body cavities is free of erythema or exudates.

**Head and Central Nervous System:** The brain weighs 1475 gm. The cerebral hemispheres are symmetrical with the usual developmental patterns of sulci and gyri. The leptomeninges are thin and translucent. The intracranial vessels are free of aneurysms and atherosclerosis. The cranial

I HEREBY CERTIFY THAT THIS IS
A TRUE AND CORRECT COPY.

4

| OFFICE OF THE MEDICAL EXAMINER | SUFFOLK COUNTY, N.Y. |
|---|---|
| JACK FRANQUI IV | CASE 13-00391 |

nerves are normally distributed. The brainstem and cerebellum have the usual patterns on cut surface. The cortex, white matter and deep nuclei are free of hemorrhage, and mass or cavitary lesions. The ventricles and cerebral aqueduct are patent and unremarkable in size and configuration.

**Neck:** The upper airway is patent and has a smooth, intact mucosa.

**Cardiovascular System:** The heart weighs 400 gm. There is a normal distribution of right dominant coronary arteries that are free of atherosclerosis. There are no recent thrombi. The myocardium is homogeneous and red-brown without focal areas of pallor, hemorrhage, softening or fibrosis. The thicknesses of the myocardium are as follows: left ventricle- 1.4 cm, right ventricle- 0.2-0.4 cm and interventricular septum- 1.5 cm. The endocardial surfaces are smooth. The cardiac valves and chordae tendineae are thin and pliable. The interatrial and interventricular septae are intact. The aorta is free of atherosclerosis. The vena cavae and pulmonary arteries are free of thrombi or emboli. The celiac, mesenteric and renal arteries are free of atherosclerosis or stenoses.

**Respiratory System:** The trachea and mainstem bronchi are patent. The trachea has a slightly erythematous and slightly granular mucosa. The bronchi have intact, smooth mucosae. The right lung weighs 850 gm; the left lung weighs 700 gm. Each lung shows normal lobation. The parenchyma is dark red and minimally crepitant; it is free of masses, hemorrhages, consolidations, obstructions, destructive emphysema, or frothy or sanguinous fluid. The pulmonary arteries and intrapulmonary branches are free of atherosclerosis.

**Liver, Gallbladder and Pancreas:** The liver weighs 2350 gm. The capsule is intact. The parenchyma is red-brown with slight, fine variegations. The gallbladder contains approximately 30 ml of bile and is free of stones. The pancreas is pink-beige and firm with an unremarkable lobular pattern.

**Hematopoietic System:** The spleen weighs 230 gm. The capsule is intact. The parenchyma is firm and uniform in color. The white pulp is prominent. The cervical and carinal lymph nodes are enlarged. The bone marrow is red-brown and uniform.

**Genitourinary System:** The kidneys each weigh 175 gm. Each has a nonadherent capsule; and smooth, dark red cortical surface. The corticomedullary junctions are well-defined on cut sections. The ureters maintain uniform caliber into the bladder which has a non-erythematous and smooth mucosa. There is approximately 50 ml of urine. The prostate is not enlarged.

**Endocrine System:** The pituitary, thyroid and adrenals are unremarkable in color, size and consistency; they are free of mass or cystic lesions.

**Gastrointestinal System:** The esophagus and gastroesophageal junction are patent and have smooth, intact mucosal surfaces. The stomach contains approximately 100 ml of beige, viscid fluid. The gastric mucosa and that of the intestines show the usual patterns of mucosal folding


I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY

OFFICE OF THE MEDICAL EXAMINER  SUFFOLK COUNTY, N.Y.

**JACK FRANQUI IV**  CASE 13-00391

and are free of masses, ulcerations, perforations or exudates. A few diverticuli are in the distal colon. The vermiform appendix is present.

**Musculoskeletal System:** The musculature is unremarkable with normal distribution and development.

HISTOPATHOLOGY:

Sections are submitted for microscopic analysis; a separate report will be issued.

TOXICOLOGY:

Specimens are submitted for toxicologic analysis; a separate report will be issued.

ORH/
DRAFT: 1/24/2013
FINAL: 1/30/2013

I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY.

6