# POLICE DEPARTMENT COUNTY OF SUFFOLK, NY
## ACCREDITED LAW ENFORCEMENT AGENCY
## PRISONER ACTIVITY LOG

53-0392:: 09/07     PDCS-2032f

| Field | Value |
|---|---|
| CENTRAL COMPLAINT NUMBER | 13-68103 |
| DATE OF INTERVIEW | 1/23/13 |
| TIME OF INTERVIEW | 12/0 |
| PRECINCT | 7 |
| COMMAND | 7.0 |
| TOUR | 7.3 |
| BLOTTER ENTRY | |

**DISTRIBUTION:** WHITE – CENTRAL RECORDS   YELLOW – PRECINCT FILE   PINK – COMMAND OF DETENTION   GOLDENROD – COURT LIAISON

**CHARGE(S):** 1192 VTL Resisting OGA

**PRISONER'S LAST NAME, FIRST, M.I.:** Franqui, Jack A.

**D.O.B.:** 12/17/86   **SEX:** M ☒ F ☐   **RACE:** (☒) WHITE

**ADDRESS:** 83 Magnolia Drive, Rock Point

**DATE OF ARREST:** 1/23/13   **TIME OF ARREST:** 1146   **PLACE OF ARREST:** IFO 6 Cordwood Path

**PRISONER BAILED?** ☐ YES ☒ NO

**VISIBLE PHYSICAL CONDITION UPON ARRIVAL AT PRECINCT:** Prisoner has scrape across left cheek and appears intoxicated, unsteady, slurred speech

**PRISONER CLAIMS PAIN, INJURY OR ILLNESS:** Prisoner reports scrape occurred in altercation with police, that he's being treated for anti-anxiety but doesn't need medication at this time

**VISIBLE EMOTIONAL CONDITION:**

**IS PRISONER ON MEDICATION?** ☐ YES ☒ NO

**ARE PHOTOS, IN ADDITION TO MUG SHOTS, REQUIRED AS PER R&P CHAP 16.1?** ☐ Y ☐ N   **PHOTOS TAKEN?** ☐ Y ☐ N

**ARRESTING OFFICER:** PO Gievio #5736/7013

**PLATOON COMMANDER OR DESIGNEE PERFORMING INTERVIEW:** John McG Zt/7... C

**PRISONER LODGED:** ☒ YES ☐ NO   **CELL NO.:** 1   **TIME:** 1425   **VISIBLE PHYSICAL CONDITION WHEN LODGED:** Good   **PROPERTY RECEIPT #:** 866284   **LODGING OFFICERS INITIALS/SHIELD:** 5587

## PRISONER ACTIVITY

| TIME | REMARKS/OBSERVATIONS | OFFICER RANK/SHIELD | TIME | REMARKS/OBSERVATIONS | OFFICER RANK/SHIELD |
|---|---|---|---|---|---|
| 1228 | SEARCHED | PO 5587 | 1425 | LODGED | 5587 |
| 1234 | ALCOHOL/DRUG INF REPRT | PO 5736 | 1500 | Lying down | B341 |
| 1236 | REFUSED | PO 5736 | 1530 | Lying down | B341 |
| 1246 | 2ND REFUSAL | PO 5736 | 1600 | Lying down | B341 |
| 1256 | 3RD REFUSAL | PO 5736 | 1630 | Lying Down | B341 |
| 1257 | I SMOKED A BOWL WITH MY FRIEND SIMON. | PO 5736 | 1700 | Sitting | B341 |
| 1300 | I know I should not have been driving, I am on probation already | PO 5736 | 1740 | A' tying his shirt to the cell bars. A's shirt removed, placed with his property | Sgt 1004 |
| 1330 | SITTING | PO 5736 | 1800 | Sitting | Sgt 1004 |
| 1340 | PROPERTY TAKEN #866284 | PO 573 | | | |
| 1420 | PHOTOS/PRINTS | PO 5587 | | | |

CHECK ✓ WHEN FUNCTION COMPLETED

**WARRANTS CHECKED** ☐    **PHOTOS/FINGERPRINTS TAKEN (IF NECESSARY)** ☐

**ARREST PACKAGE REVIEWED & APPROVED** ☐    **COURT INFORMATIONS SIGNED** ☐

**SUPERVISOR REVIEW** _____