1

ORIGINAL

50-H HEARING

- - - - - - - - - - - - - - - - - x

In the Matter of the Estate of

JACK FRANQUI IV,

        Claimant,

        -against-

THE COUNTY OF SUFFOLK, SUFFOLK COUNTY
POLICE DEPARTMENT, POLICE OFFICERS JOHN
AND JANE DOES 1-10,

        Respondents.

- - - - - - - - - - - - - - - - - x

                100 Veterans Memorial Highway
                Hauppauge, New York

                August 21, 2013
                3:06 p.m.

        EXAMINATION of JOHN BURKE, a Non-Party

Witness in the above-entitled action, held at

the above time and place, pursuant to Section

50-H of the General Municipal Law, taken

before Nicole Limoncelli, a shorthand reporter

and Notary Public within and for the State of

New York.



1

2    A P P E A R A N C E S:

3        THE LAW OFFICES OF ANTHONY M. GRANDINETTE
                    Attorneys for Claimant and
4                   John Burke
                    114 Old Country Road, Suite 420
5                   Mineola, New York 11501

6        BY:  ANTHONY M. GRANDINETTE, ESQ.

7


8        SUFFOLK COUNTY DEPARTMENT OF LAW
                    Attorneys for Respondents
9                   100 Veterans Memorial Highway
                    Hauppauge, New York 11788
10
         BY:  ARLENE ZWILLING, ESQ.
11

12

13   ALSO PRESENT:

14       Mirel Fisch - The Law Office of Anthony M.
             Grandinette
15

16

17

18

19

20

21

22

23

24

25



 1

 2    J O H N    B U R K E, the witness herein,

 3    having been first duly sworn by a Notary

 4    Public of the State of New York, was examined

 5    and testified as follows:

 6    EXAMINATION BY

 7    MS. ZWILLING:

 8         Q.   State your name for the record,

 9    please.

10         **A.   John Burke.**

11         Q.   State your address for the record,

12    please.

13         **A.   95A Tuckahoe Road, Eastchester, New**

14    **York.**

15         Q.   Good afternoon, Mr. Burke.

16         **A.   Good afternoon, ma'am.   How are you?**

17         Q.   I'm Arlene Zwilling, Assistant

18    County Attorney.  I'm going to be conducting

19    a 50-H hearing today with respect to a Notice

20    of Claim filed by the family of Jack Franqui.

21    What that means is I'm going to be asking you

22    some questions about the events mentioned in

23    that Notice of Claim which I would like you

24    to answer.

25         **A.   Sure.**



1                    **JOHN BURKE**

2          Q.  If for any reason you don't

3     understand one of my questions, let me know

4     that and I will rephrase the question so that

5     it is clear to you.

6          **A.  Okay.**

7          Q.  There's two things I would ask you

8     to keep in mind before we begin with the

9     questions.  One is:  Even if you think you

10    know what the question is going to be, allow

11    me to finish my question before you begin

12    your answer.  It's the job of the court

13    reporter that you see here to take down

14    everything that's said in the room

15    accurately.  If two people speak at the same

16    time, it makes it very difficult for her to

17    take down everything that's being said

18    accurately.

19          The other thing I would ask you to

20    keep in mind is that when you're responding

21    to question, please speak your answer instead

22    of just nodding your head yes or no?

23          **A.  Okay.**

24          Q.  The reporter can only take down

25    spoken words.  She cannot obviously take down

```
1                    JOHN BURKE
2    nods of the head.
3         A.   Yes.
4         Q.   Now, before we went on the record,
5    Mr. Grandinette indicated that he was
6    appearing for you and that we should send him
7    the transcript of your testimony for him to
8    forward to you.
9         A.   Yes.
10        Q.   That's agreeable to you?
11        A.   Yes.
12        Q.   Just so you know, what we do is:
13   Once the reporter prepares the transcript and
14   gets it to us, we do have the witness review
15   it.  So we will forward it to
16   Mr. Grandinette, he will forward it to you,
17   and you will have an opportunity to review
18   it --
19        A.   Okay.
20        Q.   -- and sign it.
21             How did you learn of this hearing?
22        A.   This -- the deposition?
23        Q.   Yes.
24        A.   I was contacted by Mr. Grandinette.
25        Q.   When did Mr. Grandinette contact
```



1                    JOHN BURKE

2      you?

3           A.   This is a few weeks ago.  After I

4      spoke to the ADA, I believe in the same

5      building, he mentioned a deposition would be

6      next, and now I was contacted by his office

7      saying that today is the date of the

8      deposition.

9           Q.   You mentioned an ADA that you spoke

10     with.  Who is the ADA?

11          A.   I can't think of his name, and also

12     a Detective Lane (phonetic) was present at

13     this meeting.  This was about three weeks ago

14     I would say, probably a little more.  But the

15     ADA, I can't think of his name off the top of

16     my head.

17          Q.   Where did this meeting take place?

18          A.   I believe it was in this building,

19     the Dennison Building.

20               MS. ZWILLING:  Mr. Grandinette,

21          are you --

22               MR. GRANDINETTE:  Sure.  I'll

23          provide that.  By counsel, it was in

24          the DA's office in Hauppauge across

25          the street.

```
 1                    JOHN BURKE
 2               THE WITNESS:  Okay, across the
 3          street.
 4               MR. GRANDINETTE:  I'll provide
 5          you with the names of the Assistant
 6          District Attorney and the detective.
 7          His name was Detective Lane.
 8               MS. ZWILLING:  Is that a
 9          Suffolk County Police Detective or
10          from some other agency?
11               MR. GRANDINETTE:  Suffolk
12          County Detective employed by the
13          Suffolk County DA's office.  To my
14          understanding, he's not a Suffolk
15          County police officer.  He's a County
16          employee retained by the Suffolk
17          County DA's office.
18               MS. ZWILLING:  You don't have
19          the ADA's name offhand?
20               MR. GRANDINETTE:  ADA Todd
21          Pettigrew, P-E-T-T-I-G-R-E-W.
22               MS. ZWILLING:  Thanks.
23               MR. GRANDINETTE:  And it's
24          Directive Richard Lane.
25               MS. ZWILLING:  Can we go off
```



JOHN BURKE

2    the record for a moment?

3          (Whereupon, a discussion was held

4    off the record.)

5    Q.   Now, the meeting that you referred

6    to, was anyone present at the meeting other

7    than you, the ADA and the detective?

8    A.   Yes.   Anthony Grandinette, my

9    counsel, and also a Mr. Bobby Leak

10    (phonetic).

11    Q.   Who is Bobby Leak?

12    A.   He's employed by Mr. Grandinette.

13    Q.   Had you requested this meeting?

14    A.   No.   I received a phone call from

15    Detective Lane about a week before that and

16    he requested that I meet with them.   And then

17    I informed Mr. Grandinette's office and he

18    advised me that it would be good to have

19    counsel during this meeting.

20    Q.   Now, how did Detective Lane contact

21    you?

22    A.   He -- I'm on probation, so he

23    contacted my probation officer who's located

24    in Queens and left a message with her.   Her

25    name is Officer Cantres, C-A-N-T-R-E-S, and

1                        JOHN BURKE

2      she in turn contacted me.

3          Q.  Had you ever had contact with

4      Detective Lane before?

5          A.  Never before, no.

6          Q.  Had you ever heard of his name

7      prior?

8          A.  Never, no.

9          Q.  When were you informed of Detective

10     Lane's contact by your probation officer?

11         A.  I don't know.  The date of the

12     meeting was -- it was about a week before the

13     date I called.  The day my probation officer

14     let me know he called, I called him

15     immediately.  Sometime in mid-July, I don't

16     know the exact date.  But I called him and

17     spoke to him for about five to ten minutes,

18     and he requested that I meet with them,

19     himself and the ADA to go over what happened

20     that day.

21         Q.  Meet with the probation officer?

22         A.  No, meet with -- meet with Detective

23     Lane himself and the ADA Mr. Pettigrew,

24     whatever his -- so then I said okay, no

25     problem.  I let Mr. Grandinette's know --



```
 1                    JOHN BURKE
 2    Grandinette's office know, and then they
 3    advised me that it would be a smart thing to
 4    meet with them, but meet with them with
 5    counsel.
 6        Q.  Did you pay Mr. Grandinette or his
 7    office for going to the meeting with you that
 8    day?
 9        A.   No, I did not.
10        Q.   Have you been asked to pay?
11        A.   No.
12        Q.   Is it your understanding that you
13    need to pay for that service?
14        A.   No, I have not been asked to pay.
15        Q.   When for the first time did you have
16    contact with Mr. Grandinette or someone from
17    his office?
18        A.   That would be back in -- I believe
19    that would be back in April sometime.  When I
20    was released, I called Jack's father who,
21    also goes by the name of Jack, and I told him
22    what had happened and I said do with this
23    information as you will, gave him my
24    information.  And he obtained counsel with
25    Mr. Grandinette and I came in with -- to tell
```

```
 1                    JOHN BURKE
 2     my -- well, what happened, explain what
 3     happened.
 4          Q.  You mentioned you called
 5     Mr. Franqui's father when you were released.
 6     What is the release you're talking about?
 7          A.  When I was released from jail in
 8     Yaphank.
 9          Q.  Do you know when it was that you
10     were release from Yaphank?
11          A.  I was released March 22nd.
12          Q.  How long had you been in Yaphank
13     for?
14          A.  I was there for six weeks.  Prior to
15     that, two weeks in Riverhead.
16          Q.  Now, before you met with Detective
17     Lane a few weeks ago, had you ever spoken
18     directly to him?
19          A.  No, only -- no, before I spoke to
20     him when I got the message, I called him
21     immediately and I spoke to him I'd say for a
22     duration of about ten minutes on the phone.
23          Q.  What did the two of you speak about
24     at that time?
25          A.  He just basically wanted to know,
```



1          JOHN BURKE

2     you know, if I would meet with them and tell

3     my side, you know, what happened that day.

4     He said he wanted to get to the truth about

5     what happened, and like I said, I said okay,

6     no problem.  And that was about it.  It

7     wasn't really, you know -- he didn't go into

8     details what happened that day on the phone.

9     It was just basically I want to meet you,

10    we'll come in and meet you and so on and so

11    forth.  I said okay, no problem, I'll be

12    willing to help in any way I can.

13          And then I advised Mr. Grandinette,

14    his office that they got in touch with me,

15    and then he said okay, it would be better if

16    you had some representation while you meet

17    them, so...  So then we met obviously across

18    the street, I thought it was this building,

19    but across the street the following week.

20    Q.   Now, when you had that first

21    conversation with Detective Lane, did you

22    discuss the incident at all that day?

23    A.   No, I mean, obviously it was

24    discussed in, you know -- but it wasn't

25    discussed in detail.  It was just, you know,



```
 1                      JOHN BURKE
 2    obviously this is a tragic event, what
 3    happened.  And he basically said just come
 4    in, tell the truth, tell what happened that
 5    day, that's all we need you to do.  And
 6    that's what I did.
 7         Q.  Now --
 8         A.  That was -- the only time I spoke to
 9    him was the day I returned his call.
10         Q.  When for the first time did you
11    actually have direct contact with
12    Mr. Grandinette, either in person or by phone
13    or --
14         A.  First time I had contact with him
15    was I believe when Jack Franqui, Sr. obtained
16    his counsel.  I believe he left me a voice
17    mail saying that he wanted to talk to me,
18    which I didn't get back to.  But the first
19    time I had any contact with him was that
20    first time I had met him, which I believe was
21    some time in April.
22         Q.  Of this year?
23         A.  Yes.
24         Q.  How many times before today have you
25    met with Mr. Grandinette?
```



```
 1                    JOHN BURKE
 2        A.   I met with him that day and then I
 3   met with him a few weeks ago when we had the
 4   meeting with the ADA.
 5        Q.   Did he give you any papers to sign?
 6        A.   No, he did not.
 7        Q.   Did he take any written statements
 8   from you?
 9        A.   Yes, he did, the initial meeting.
10        Q.   How many statements were taken?
11        A.   I don't know how many pages it was,
12   but it was two pages, two and a half pages,
13   two pages.  I just told him what happened
14   that day, what transpired, and he wrote it
15   down as I spoke.
16        Q.   Did you sign it?
17        A.   I do not believe I did.  I don't
18   think I did, no.
19        Q.   Did you get a copy --
20        A.   I could be wrong, but I don't think
21   I did.
22        Q.   Did you get a copy of it?
23        A.   I've seen it since, but I did not
24   get a copy.  I mean, I know exactly what
25   happened.  It's in my head.  I know what I
```



```
 1                    JOHN BURKE
 2      said.
 3                MR. GRANDINETTE:  I'll be more
 4           than happy to mail you a copy.  I
 5           don't have a copy of the statement.
 6                MS. ZWILLING:  That's fine.
 7           You can mail it to us.
 8      Q.   Were any of your discussions tape
 9      recorded as far as you know?
10      A.   No, they were not.
11      Q.   What about when you met with
12      Detective Lane and the ADA, did they take any
13      statements or writings from you?
14      A.   I don't believe I saw them writing.
15      What they were basically asking me was
16      questions that I gave on my original
17      statement, which I believe you have before
18      you, to the detectives that evening of the
19      incident.  So I know they were just asking me
20      questions, but I don't recall -- I don't --
21      they didn't write -- they weren't writing
22      anything down.
23      Q.   Did they have you sign anything?
24      A.   They did not.
25      Q.   Did they tape record any
```

```
 1                    JOHN BURKE
 2    conversations you had with them to your
 3    knowledge?
 4        A.   To my knowledge, no.
 5        Q.   Now, has Mr. Grandinette or his
 6    office ever represented you in connection
 7    with anything other than this matter?
 8        A.   No, ma'am.
 9        Q.   When and where were you born?
10        A.   I was born December 1st, 1977 in
11    Stamford, Connecticut.
12        Q.   How long have you lived at your
13    present address for?
14        A.   Only a few months.  It's temporary.
15        Q.   When you call it temporary, is it
16    your intention to return to a somewhat
17    permanent residence?
18        A.   No.  I am currently without
19    permanent residence, so I am just kind of
20    staying with somebody.  And before that, I
21    was staying in a men's shelter, to be honest
22    with you, in Manhattan.  My apartment was
23    lost.
24        Q.   Who is it that you're saying with
25    now?
```



```
 1                   JOHN BURKE
 2      A.   It's an uncle and aunt.
 3      Q.   From how long have you lived in the
 4  State of New York for?
 5      A.   I moved to the State of New York in
 6  1989 from Massachusetts.  I was about
 7  11 years old.
 8      Q.   How long have you lived on Long
 9  Island for?
10      A.   I lived in East Meadow from '89 till
11  about 2001.  And then I lived -- I got an
12  apartment in Suffolk County, actually
13  Lindenhurst for about six months.  Then from
14  there I moved to -- I moved to the Yonkers
15  area to a different apartment.
16      Q.   Now, you mentioned a probation
17  officer.  Are you currently still on
18  probation?
19      A.   Yes, ma'am.
20      Q.   How long is your probation?
21      A.   Five years.
22      Q.   How far into the five years are you
23  now?
24      A.   I'm in my first year.
25      Q.   For what charge are you on
```



```
 1                    JOHN BURKE
 2    probation?
 3         A.   Well, my legal counsel told me to
 4    take the Fifth Amendment on that.  I'd rather
 5    not discuss that.
 6              MS. ZWILLING:  On the charge
 7         that he was convicted of?  I'm not
 8         going to ask him the particulars of
 9         it.  I just want to know what the
10         conviction was.
11              MR. GRANDINETTE:  His defense
12         attorney requested that.
13              I don't see a problem with you
14         stating the nature of the charge
15         itself, but then you can invoke the
16         Fifth, but I don't want to --
17              MS. ZWILLING:  I have no
18         intention of asking him about the
19         particulars of the charge.  I just
20         want to know what the conviction was
21         for.
22              MR. GRANDINETTE:  You want us
23         to just supply that to you?
24              MS. ZWILLING:  Yes, but if he
25         could just tell me what charge he
```

```
 1                    JOHN BURKE
 2          pled guilty to or got convicted of,
 3          I'm going to move on from there.
 4          That's the only information I need.
 5       A.   It's endangering the welfare of a
 6    minor, a child.   That was...
 7       Q.   Did you plead guilty or were you
 8    convicted by the court?
 9       A.   I took a plea.
10       Q.   In what court?
11       A.   This was in Suffolk County Court.
12       Q.   Do you know which court?
13       A.   It was Judge Barbara Kahn
14    (phonetic).   I guess it would be criminal
15    court.
16       Q.   In Riverhead or Central Islip?
17       A.   This was in Riverhead.
18       Q.   Do you know when it was that you
19    gave the guilty plea?
20       A.   It was about 11 days before my
21    release date, so that would make it March --
22    I think like March 11th.
23       Q.   You're referring to your release
24    date from Yaphank?
25       A.   That was -- yeah, my release date
```

```
 1                      JOHN BURKE
 2      was March 22nd and I did my plea about
 3      ten days before that.  But I remember because
 4      the lawyer said I had ten days to go to
 5      complete my 60 days, so that must have been
 6      about March 12th or March 11th.
 7           Q.  Since you seem to have the dates at
 8      your fingertips, if you can trace out for me
 9      how you came -- when and where you came into
10      custody and where you were until you were
11      released from Yaphank.
12           A.  I was arrested on January 23rd by
13      Suffolk County detectives.
14           Q.  Where were you arrested?
15           A.  I was in Brooklyn, New York.
16           Q.  Okay.
17           A.  From there I was escorted to the 7th
18      Precinct in Shirley.  Then later on that
19      night after the incident I was escorted to
20      another precinct.  I'm not sure which one.
21           Q.  Do you know where it was?
22           A.  Somewhere in Suffolk, 20 minutes
23      away, but I'm not sure what precinct.  Then
24      from there I went to Riverhead.
25           Q.  When you say went to Riverhead,
```



```
 1                    JOHN BURKE
 2   you're talking about the jail?
 3         A.  Yes.
 4         Q.  Okay.
 5         A.  I was there for about two weeks.
 6   Then from there I was transferred to Yaphank
 7   and I was there for six weeks.
 8         Q.  Now, what were the charges for which
 9   you were arrested?  I don't need to know the
10   particulars.  I just want to know what you
11   were charged with at that time.
12         A.  Well, I mentioned the charge.
13         Q.  That was the same charge?
14         A.  Yes.
15         Q.  You were continuously in custody
16   from the time you were arrested until you
17   were released from Yaphank?
18         A.  Yes, ma'am.
19         Q.  Now, were you charged with any
20   parole violation in connection --
21         A.  No.
22         Q.  So you were being held purely on the
23   arrest charges?
24         A.  Yeah, yeah.
25         Q.  Are there any other criminal charges
```

```
 1                    JOHN BURKE
 2   pending against you at this time?
 3        A.   No.
 4        Q.   Are there any open probation
 5   violations against you?
 6        A.   No.
 7        Q.   Do you happen to know how it worked
 8   out that you got a probation officer in
 9   Queens instead of on Long Island?
10        A.   Because I don't reside on Long
11   Island and I reside -- when I got out, I was
12   staying in Queens.  So the judge, Judge Kahn
13   transferred my case to Queens.
14        Q.   What was your address in Queens that
15   you were staying at at that time?
16        A.   I believe it was 34-10 South Conduit
17   Avenue, Jamaica, Queens.
18        Q.   When was the last time you were
19   staying there?
20        A.   About -- I'd say about five weeks
21   ago.
22        Q.   Was us your current marital status?
23        A.   I'm single.
24        Q.   Have you ever been married?
25        A.   No, I have not.
```

```
 1                    JOHN BURKE
 2      Q.   Do you have any children?
 3      A.   No, I do not.
 4      Q.   How far did you go in school?
 5      A.   High school graduate.
 6      Q.   From where?
 7      A.   East Meadow High School, class of
 8   '96.  And a little bit of community college,
 9   Nassau Community.
10      Q.   Have you ever been convicted of
11   anything other than the charge that you just
12   mentioned?
13      A.   I had a misdemeanor DWI about
14   ten years ago in 2003.
15      Q.   Anything else?
16      A.   That's it.
17      Q.   Have you ever met Jack Franqui, Sr.
18   face to face?
19      A.   Yes, I have.
20      Q.   On how many occasions?
21      A.   I'd say about four.
22      Q.   What are the circumstances under
23   which you met him?
24      A.   Well, I met him the first time when
25   he picked me up to go to see Mr. Grandinette
```

1                     JOHN BURKE

2      for that initial meeting.  I've seen him --

3      he was -- I met him when I was here for

4      meeting the ADA a few weeks ago.  And then

5      one time he actually drove me out to court

6      for my case.

7          Q.  That was for your own court

8      appearance?

9          A.  Yeah.  I was stuck for a ride and I

10     had to go out there, and I called him and he

11     was nice enough to drive me there and drive

12     me back, dropped me off at the train.

13         Q.  Have you met any other members of

14     the family?

15         A.  No, I have not.

16         Q.  Have you ever met Earl Simon

17     (phonetic) or Simon Earl (phonetic) or

18     someone with a similar name?

19         A.  My initial time at Mr. Grandinette's

20     office, I believe he was in the office.  He

21     walked by me, but there was no pleasantries

22     exchanged or anything.  I did not speak to

23     him.

24         Q.  Do you know anything about him?

25         A.  I know he was there when Jack was



1                    JOHN BURKE

2     arrested.  I know a little bit of the details

3     about that situation.

4          Q.  How did you learn that?

5          A.  I learned that through discussion

6     with Jack Franqui, Sr.  He mentioned that to

7     me.

8          Q.  Was there --

9          A.  During -- well, I'm getting ahead of

10    myself, but during my conversation with Jack,

11    Jr. he mentioned for me to tell his father to

12    talk to Simon because Simon was there and he

13    knew what happened.  So I knew of him from

14    Jack, Jr.

15         Q.  Did Jack, Jr. ever tell you anything

16    about the events leading to his arrest?

17         A.  He mentioned to me that he was

18    arrested for an expired inspection and, you

19    know, he was very upset.  And he was saying

20    how -- how am I in jail for an expired

21    extension -- inspection, excuse me.  That he

22    was telling me a few times to, you know, tell

23    my dad to talk to Simon, Simon was there,

24    Simon knows what happened, you know.  He

25    mentioned that to me a few times, make sure

```
 1                     JOHN BURKE
 2    to tell my dad to talk to Simon.  So that's
 3    when I first heard the name of Simon.  I did
 4    not know his last name.
 5            So what was the initial question
 6    again?  I'm sorry.
 7            MS. ZWILLING:  Do you want to
 8         read back the question?
 9            (Whereupon, the record was read by
10         the reporter.)
11    A.   Yeah.  Well, again, yeah.  He was
12    mentioning the expired inspection and then he
13    was going on about how the cops mistreated
14    him, how he was sore, and he kept on
15    mentioning how a female officer -- not by
16    name, just a female officer at the scene of
17    the arrest planted something on him, like
18    weed or something.  And he was saying that
19    the cops were out for him, they were out for
20    me, they were out to get him.
21            I had no -- I never met him before
22    until that day, so I had no idea what he was
23    talking about or what he was referring to,
24    that the cops were out to get him and all
25    that.  I mean, I do now know currently,
```

```
 1                    JOHN BURKE
 2      presently about his previous run-in, but
 3      that's what he was talking about, what led to
 4      his arrest, that they were out to get him,
 5      that he had an expired inspection sticker,
 6      the charges were bogus, they were just out to
 7      get him and that they mistreated him during
 8      the time of the arrest physically.
 9          Q.   Now, you he mentioned the name
10      Simon.  Were there any other names he
11      mentioned?
12          A.   No other names, no.  He mentioned
13      Simon, and he was talking about his dog, how
14      his dog was -- they -- the dog ran away or
15      something like that.  He was very upset about
16      that.  But as far as any names goes, Simon
17      was the only name he mentioned during the
18      arrest.  Then the other person he spoke about
19      was his father.
20          Q.   Did he give you any details about
21      how he said the police mistreated him?
22          A.   He basically said they roughed him
23      up, that they roughed him up during the
24      arrest.  Again, he kept on talking about how
25      they were out to get him.  They were out to
```

```
 1                    JOHN BURKE
 2    get me, I shouldn't be here for an expired,
 3    you know, inspection sticker, how am I in
 4    jail for an inspection sticker, you know,
 5    being expired.  And he was just mentioning
 6    how like during the arrest they kind of got
 7    physical with him and they roughed him up and
 8    they were out to get him, and this was during
 9    the process of him yelling out for medical
10    attention which I'm sure you'll ask me about.
11    But that's what he mentioned about the
12    arrest.
13         Q.  Can you --
14         A.  He --
15         Q.  I'm sorry.
16         A.  Go ahead.
17         Q.  You used the term roughed up.  Did
18    he say they beat him, they hit him, they
19    kicked him?  Did he give you any details of
20    that nature?
21         A.  He said they -- he mentioned that
22    they roughed him up and that his -- he was
23    sore on his -- so, I mean...  But I hear
24    someone say they got roughed up, obviously
25    it's physically.  I mean, punching him or,
```



```
 1                    JOHN BURKE
 2   you know, just being rough with him.
 3        Q.  Well, did he tell you exactly what
 4   he meant by that?
 5        A.  He said basically like they just
 6   roughed me up, they roughed me up, I'm
 7   hurting now, I'm sore.  Whether he said now
 8   or not if he -- if they punched him or not, I
 9   don't recall if he said that.  But he just
10   said that they roughed him up, they
11   mistreated him.
12        Q.  Now, did he give you the name of the
13   woman officer who he said planted something
14   on him?
15        A.  No, he did not.  He just said a
16   female officer.  He did not give a name.
17        Q.  Did he say what it was she planted
18   on him?
19        A.  He said it was marijuana, and he
20   also said that she -- being that he was on
21   probation, that she asked him when was the
22   last time you smoked marijuana.  Now, this is
23   January 23rd and he said he answered
24   January 9th.  So then she said -- in response
25   to that she said oh, good, it will still be
```

```
 1                    JOHN BURKE
 2      in your system then, you know, this way
 3      you'll get violated or, you know, but he
 4      mentioned that.  He was saying he had nothing
 5      on him and that she planted something in his
 6      right pocket.
 7           Q.   This is what he told you?
 8           A.   This is what he told me.  He said
 9      that over and over again.
10           Q.   Did you ever talk to Simon or any
11      members of his family?
12           A.   No, I have not.
13                MS. ZWILLING:  Can you mark
14           that, please?
15                (Whereupon, a two-page handwritten
16           statement was marked as Respondents'
17           Exhibit A, for identification, as of
18           this date.)
19           Q.   How did you get to this office
20      today?
21           A.   I was picked up by Mr. Bobby Leak
22      who I previously mentioned who is employed by
23      Mr. Grandinette.
24           Q.   Where did he pick you up from?
25           A.   He picked me up from that address I
```

```
 1                    JOHN BURKE

 2   gave you.

 3      Q.   I'm sorry.  Which address?

 4      A.   95A Tuckahoe Avenue.

 5      Q.   Can you just take a look at this

 6   document that's been marked as Exhibit A?

 7      A.   Okay (perusing).

 8           MR. GRANDINETTE:  Do you happen

 9      to have an extra copy of that?

10           MS. ZWILLING:  I'll make you

11      one.

12      A.   Yes, this is my statement.

13      Q.   When you call it your statement, do

14   you know where you were when you gave this

15   statement?

16      A.   I was in the 7th Precinct in Shirley

17   where the incident occurred.

18      Q.   Do you know where in the 7th

19   Precinct you were?

20      A.   I was out of the cell.  They

21   transferred -- after this happened, they

22   transferred me to another cell across the

23   hallway.  I believe it was the women's side

24   of the holding cells.  And then two

25   detectives came and they put me into the
```

1                    JOHN BURKE

2    interrogation room.

3         Q.  Do you know who you gave the

4    statement to?

5         A.  I do not know their names.  I just

6    know -- physically I can describe them, but I

7    do not know their names.  I can't really tell

8    by the signature at the bottom (perusing).

9         Q.  If you look at the second page,

10   there seems to be a notary public stamp in

11   the name of Alfred Sitcoto (phonetic).

12        A.  Notary public (perusing).  Okay.

13        Q.  Do you see that?

14        A.  I do.

15        Q.  Do you know if Mr. Sitcoto was one

16   of the detectives that was present?

17        A.  I see a signature here, so I do

18   not -- I did not get their names, no.

19        Q.  There were two detectives?

20        A.  There were two detectives.

21        Q.  They were both in plain clothes?

22        A.  Yes, they were in suits.

23        Q.  Did they identify themselves to you

24   at that --

25        A.  Yeah, they had detectives -- they



1                    JOHN BURKE

2    had their badges and, you know, they said

3    they were here to ask me questions about what

4    happened.

5        Q.   You just don't recall their names?

6        A.   I just don't recall their names.

7        Q.   Did you speak with both of them?

8        A.   Yes, they were both present.  One

9    directive did the questioning and who -- the

10   detective who did the questioning also wrote

11   the statement as I was talking.  The other

12   detective just sat there, you know, he wasn't

13   involved, but they were both present.

14       Q.   Did you review the statement before

15   you signed it?

16       A.   I believe I did very quickly

17   (perusing).  I believe so.  Yeah, I did.  He

18   read it back to me and I signed it.  You

19   know, this happened very shortly after

20   this -- this occurred, so my mind was of

21   kind, you know...  I just saw someone commit

22   suicide in front of me, so I was a little,

23   you know...  But I remember he did read it

24   back to me and I signed it.

25       Q.   Would you mind spending a moment to



```
 1                    JOHN BURKE
 2     read it now?  Because I'm going to want to
 3     ask you about its completeness and accuracy.
 4          A.   Do you want me to read it out loud
 5     or?
 6          Q.   Read it to yourself.
 7          A.   (Witness perusing.)  Yeah, I know.
 8     I know exactly what happened here, so...
 9          Q.   Is the statement that's marked as
10     Exhibit A accurate to the best of your
11     recollection?
12          A.   There's some timings here that I
13     think are not exactly correct, but as far as
14     the location of where he was and where I was
15     and what happened as far as what was said
16     between us is correct.
17          Q.   Do you want to point out to me what
18     in the statement you feel is not correct?
19          A.   It says today I arrived at the 7th
20     Precinct at 2:10 p.m. I was arrested at noon
21     that day and I believe I was there a little
22     before 2:10.  And there's a part where it
23     says about 20 minutes later he hung himself
24     after they cut down -- after they cut down
25     the shirt.  So that was --
```



```
 1                        JOHN BURKE
 2        Q.   Where in the statement are you now?
 3        A.   On the second page.
 4        Q.   If you could just point me to --
 5        A.   Second paragraph.
 6        Q.   Okay.
 7        A.   About 20 minutes later or a
 8   half-hour later I heard this guy say that's
 9   it.  I believe that was -- I think that
10   was -- that was a longer time before between
11   them cutting down his T-shirt and walking out
12   than actually -- then he hung himself.  I'd
13   say it was closer to about an hour.
14        Q.   Let me make sure I understand this
15   correctly.
16        A.   Forty-five minutes to an hour.
17        Q.   You are saying that you think it was
18   closer to an hour between when the T-shirt
19   was cut down and Mr. Franqui hung himself?
20        A.   Yeah, yeah.  It wasn't 20 minutes.
21        Q.   Did you notice that when you signed
22   the statement?
23        A.   I did not.  I didn't -- I noticed
24   this.  I did mentioned this when I was
25   meeting with the ADA.  So it's on record that
```

```
 1                    JOHN BURKE
 2    I did mention that, this -- the time dispute
 3    as well.
 4        Q.  Do you know what time you actually
 5    arrived at the 7th Precinct?
 6        A.  Well, I was arrested on noon
 7    exactly.  I'd say I got there around -- I
 8    mean, the time wouldn't be too far off, but
 9    I'd say I got there around 1:30 to 2:00.
10        Q.  Were you wearing a watch that day?
11        A.  I was.
12        Q.  Now, you were in a cell at some
13    point?
14        A.  I was brought directly to the
15    rear -- to the rear of the precinct where all
16    the cells were.
17        Q.  Were you put in the cell as soon as
18    you got there?
19        A.  Yeah, when I got there and the
20    detective who brought me there, his name was
21    Detective Forestill (phonetic), he put me in
22    the rear.  I was in cell three, Jack was in
23    cell one.  And he had to go testify at some
24    court hearing for some other case.  So he
25    said oh, I'll have you sign your confession,
```

1                     JOHN BURKE

2    you know, when I come back later on.  That

3    wasn't until the evening that he returned

4    when everything had already taken place.

5       Q.  Now, when you were put in the cell,

6    were you still wearing your watch in the

7    cell?

8       A.  I believe they took that off of me.

9    They did take it off of me.

10      Q.  Did you have a cell phone or

11   anything else on you --

12      A.  No.

13      Q.  -- at that point that you could use

14   to tell time?

15      A.  No, no.  They confiscated

16   everything.

17      Q.  Was there a clock that you could see

18   in the area so you would know what time it

19   was?

20      A.  No, there was not.

21      Q.  So would it be fair to say that when

22   you speak about times, these are estimates?

23      A.  These are -- these are estimates,

24   yes.  But there was a video.  There is a tape

25   of this, so that will show the correct time

```
 1              JOHN BURKE
 2   that lapsed between the events that happened
 3   that day.
 4      Q.  I understand what you're saying.
 5   I'm just inquiring whether you had anything
 6   to check the time against.
 7      A.  I did not, no.
 8      Q.  Now, you mentioned a video.  Have
 9   you seen this video?
10      A.  I have not.
11      Q.  How did you learn of this video?
12      A.  Well, there were cameras looking
13   into each cell.  Again, I was in cell three,
14   Jack was in cell one.  There are cameras that
15   were directly across the hall looking into
16   each cell.  They had a reflective mirror I'd
17   say about a foot wide.  And I know because
18   when -- at one point Jack tied his T-shirt
19   to -- he took his T-shirt off and tied up his
20   T-shirt to the bars of the cell to make a
21   noose and he had it up there very quickly,
22   and the cop came running in and cut it down,
23   you know.  So they saw him on the camera
24   doing this and they just cut it down and told
25   him to -- excuse my language, to cut the
```



1                    **JOHN BURKE**

2     **shit, you know, and just walked out.**

3          Q.   You mentioned that you had been

4     brought into the precinct by a Detective

5     Forestill who left?

6          **A.   Yes.**

7          Q.   Did you ever have further contact

8     with him?

9          **A.   Later on that evening when he**

10    **returned.**

11         Q.   What was your contact with him that

12    evening?

13         A.   Basically he came back after all

14    **this transpired and he had me sign my**

15    **confession at that time.  And then from there**

16    **they transferred me -- he drove me personally**

17    **in his car, I was in the passenger seat in**

18    **cuffs, and he took me to another precinct**

19    **that night.  I don't know which precinct it**

20    **was, but he took me to another precinct where**

21    **I spent the night in.**

22         Q.   You mentioned you signed a

23    confession.  Was this a confession to the

24    crime you had been charged with?

25         **A.   This was the crime that I was**

```
 1                    JOHN BURKE
 2    arrested for, yeah.
 3         Q.   Did you sign it voluntarily?
 4         A.   I signed it voluntarily, you know.
 5    Again, I had -- I don't even really know what
 6    I signed because I was still numb from what I
 7    just went through.
 8         Q.   Now, you mentioned some sort of
 9    reflective mirror?
10         A.   Yes.   Over each camera that was
11    looking into the -- each camera -- again,
12    each cell had a camera across the hall in the
13    corner there looking into each cell and a --
14    there was a reflective mirrored plate that
15    was over each camera.   I'd say it was about a
16    foot wide.
17         Q.   So there was one camera for each
18    cell?
19         A.   For each cell.
20         Q.   How many cells were there?
21         A.   From my recollection, there was six.
22         Q.   The reflective mirrors that you
23    mentioned, were they mounted directly above
24    the camera?
25         A.   No, they were directly like over --
```



```
 1                   JOHN BURKE
 2    over the cameras.  It was like -- like a
 3    shield, you know, but it was over the camera
 4    itself.
 5        Q.  Were you able to tell what the
 6    purpose of the reflecting mirrors were?
 7        A.  I don't know what the purpose of
 8    that was.
 9        Q.  Was this like the kind of mirrors
10    that are sometimes used so you can see around
11    a corner or are you referring to --
12        A.  No, I can see -- I can see the
13    camera behind it, but I was just -- but you
14    could see.  Like it was so wide, just at the
15    angle that it was, you could see the
16    reflection.  So I could see into Jack's cell
17    from that reflection.
18        Q.  From the --
19        A.  From the mirror that was -- from the
20    mirrored camera that was facing into my cell
21    I could see into -- the cell was here, here's
22    cell three and cell one was here and then
23    cell two between us (indicating).  And then I
24    could see because it was so wide, the mirror,
25    you know, I could see like right into his
```



```
 1                    JOHN BURKE
 2   cell and he could see into mine.
 3        Q.  If you looked at the mirror from in
 4   your cell, were you able to see all of the
 5   inside of his cell or just part of it?
 6        A.  I was able to see the entire -- the
 7   entire front of his cell and into it a little
 8   bit.  And, I mean, I basically saw him
 9   hanging there in that reflection when this --
10   when it happened.
11             MR. GRANDINETTE:  If I may,
12        you're using the word mirror.  Is it
13        a mirror or is a reflective glass
14        cover?
15             THE WITNESS:  No, it's like a
16        Plexiglas cover I should say.
17        A.  Yeah, maybe I'm using the wrong term
18   mirror there, but it was bright enough and
19   shiny enough though where I could see a
20   reflection.  It was kind of like almost
21   slightly mirrored, but like -- what can I
22   say?  Like if you see sunglasses that get a
23   little dark during the sun but you can still
24   see through, like it --
25        Q.  Did it have some sort of reflective
```

1               JOHN BURKE

2    coating on it?

3        A.  Yeah.  I would say, yeah, yeah.  But

4    you could still see through it.  It wasn't --

5    it wasn't like one of those two-way mirrors

6    you would see in an interrogation room or

7    something like that where you couldn't see

8    through.  It was just like dark.  It was like

9    slightly tinted dark, dark enough where you

10   could still see the camera behind it and you

11   could still see the reflection, you know, of

12   whatever angle it was facing.  It just

13   happened to be I could see right into Jack's

14   cell from -- from -- again, I was in cell

15   three, he was in cell one, so it was like the

16   perfect position.  If I was in any cells

17   further down, I wouldn't have been -- I

18   wouldn't have been able to see.

19       Q.  Were you able to see into any of the

20   other cells from your cell?

21       A.  I can see into cell one and I

22   believe I could see into cell two.

23       Q.  Were you able to see if there were

24   any people in that cell?

25       A.  Yeah.  There was no one in that

1          JOHN BURKE

2    cell, because when I first came in, I saw

3    Jack and then cell two was empty because I

4    looked, and then I was in cell three. And

5    then there was, you know -- there was no one

6    else in four, five or six.

7         Q.   Were there ever any other prisoners

8    in any of the cells the entire time you were

9    there?

10        A.   No, there was not.

11        Q.   Just you and Jack?

12        A.   Just me and Jack.

13        Q.   Other than the two times that you've

14   mentioned, is there anything else in your

15   statement that's inaccurate?

16        A.   There was one part when I remember

17   reading (perusing).  There's a part where I

18   said -- on the second page about five lines

19   up where it says I heard a loud bang, the guy

20   said he hit his head against the wall, he

21   said that it hurt.  That came before he said

22   that's it, because he did that when he put

23   his T-shirt up and tied it into a noose,

24   which, again, they'll show all of this on the

25   tape, the cop came in, he cut it down and



1                    JOHN BURKE

2      said, you know, cut it out.

3              I think he thought that they were

4      looking at him, so he wanted -- he was

5      screaming for medical attention this whole

6      time that I was in there with him, you know.

7      Originally a cop did come in and say, you

8      know, what are you yelling about, you know.

9      He said -- he was polite and courteous.  He

10     said listen, I need medical attention, I need

11     medical attention, you know, and the officer

12     said well -- the officer's response was well,

13     if we bring you to a hospital, we're just

14     going to bring you right back, kind of like

15     what's the point, you know.  And he asked can

16     I speak, you know -- please speak to your

17     sergeant, you know.  And the cop said, okay,

18     I'll get my sergeant.  And then he walked out

19     and he never came back with a sergeant.

20             So the next -- during this whole

21     process, Jack is screaming at the top of his

22     lungs I need medical attention, I need

23     medical attention, I'll be leaving here in a

24     body bag, you know, if you don't get me

25     medical attention.  And he's screaming this

1              JOHN BURKE

2      at the top of his lungs several times, you

3      know.  And I know that they could hear us

4      because I could hear them chitchatting

5      outside, you know, the police officers

6      talking to each other.  So I mean, if I could

7      hear them talking a regular tone of voice, I

8      knew they heard him screaming his lungs out.

9              And so during the whole process of

10     me talking to him, he just kept on yelling

11     that out, I need medical attention, I'll be

12     leaving here in a body bag.  And when I say

13     yelling, I mean he was howling, you know.

14     And so...

15             But going back to your initial

16     question, yeah, the part where he said --

17     where he bangs his head against the wall, he

18     did that after the officer cut his shirt down

19     because I believe that he thought they could

20     see him and he wanted to get some attention.

21     So he hit his head against the wall, he put

22     his head down the toilet, you know.  And they

23     left him there shirtless because they take

24     his shirt away, they took the piece of the

25     blanket that I gave him away and they walked

1                    JOHN BURKE

2      out after the T-shirt incident.

3             And that day -- that week was frigid

4      in January, it was about 30 degrees out.  And

5      the back of that cell there was no heat.  I

6      mean, it felt like it was 25 degrees.  And

7      the word I used was inhumane because it was

8      inhumane how cold it was there.  So then he

9      was sitting there upset and shirtless and

10     just freezing.  I mean, you could see your

11     own breath, that's how cold it was.  You

12     know?

13            But, again, back to -- let me get

14     off track here, back to your original

15     question, yeah, that part is a little

16     reversed, so...

17     Q.  So what would be the proper order?

18     A.   The proper order would be after

19     he -- after he cut down the shirt, the

20     officer that came in and the two guards that

21     came in -- I'm sorry, the first time was one,

22     one officer and then he just was -- said

23     okay.  They came in -- because they came in

24     with the purpose knowing to cut down his

25     shirt, so they obviously saw what he was

```
 1              JOHN BURKE
 2    doing.  You know?  They were like what are
 3    you doing, stop doing stupid shit was exactly
 4    what he said.  And he cut it down with a
 5    knife and just walked out.  They walked out.
 6    It was only one officer who spoke though.
 7              So then a little -- a few minutes
 8    after that he said -- I heard like a loud
 9    bang and he hit his head against the wall.
10    He told me -- I said what was that.  He said
11    I just hit my head against the wall, I know
12    it hurt.  He said -- then he said he was wet,
13    so he said he put his head down the toilet.
14    I think he thought they were watching, maybe
15    they would -- if they saw him do this, he
16    would get some medical attention.  But in the
17    meantime, he was screaming at the top of his
18    lungs he needed medical -- I can't stress
19    enough how persistent he was in yelling for
20    help, you know, and saying like I'll leave
21    here in a body bag if you don't get me
22    medical attention.
23              In my opinion, once they saw what he
24    did with the shirt, they should have done
25    something then, you know.  To leave him like
```

```
 1                    JOHN BURKE
 2    that in that state, that environment that we
 3    were in, how cold it was with no shirt, you
 4    know, I just felt it wasn't right, but...
 5         Q.   If we could just get back on track.
 6         A.   Yeah, sure, sure.
 7         Q.   If you can give me the right order,
 8    we'll get to the entire story.
 9         A.   Yeah, okay.  Yeah, he was tying his
10    shirt and then -- and then after that was
11    when he hit his head against the wall when
12    they took his shirt away.  He hit his head
13    against the wall, put his head down the
14    toilet.  And then it was a while after that
15    when I heard him say that's it, and he took
16    his jeans and he hanged himself --
17         Q.   Okay.
18         A.   -- which, again, the tape will all
19    prove.
20         Q.   Now, when you arrived in the cell
21    area, Jack was already in a cell?
22         A.   Jack was already in cell one when I
23    was brought back to cell three, yes.
24         Q.   You never met him or talked to him
25    before that day?
```



1                    JOHN BURKE

2         A.   Never met him in my life, no.

3         Q.   You were put directly into cell

4    three?

5         A.   Yes.

6         Q.   What were you wearing when you were

7    put in the cell?

8         A.   They made me take my sweater off,

9    made me take my shoes off, my belt.  So I was

10   wearing jeans, socks and a T-shirt.  And,

11   again, it was freezing that day, so I had

12   like -- like a -- there was a Styrofoam

13   yellow blanket they put in there.  I was

14   sitting there, just covered up right away

15   because it was just that cold in there.  And

16   then I ripped it up and gave him a piece

17   because he had nothing.

18        Q.   So cells one, two and three were in

19   order next to each other --

20        A.   Yeah.

21        Q.   -- on the same wall?

22        A.   If you walked in, one, two, three,

23   four, five, six were all on one side on the

24   right.

25        Q.   So it's a single wall of cells?



1          JOHN BURKE

2      **A.   Yes.**

3      Q.   Is there some sort of catwalk

4  outside of the cellblock?

5      **A.   Yes.**

6      Q.   Now, was there any way you could see

7  out of the cell area?

8      **A.   See out of the cell area?**

9      Q.   Yes.

10     **A.   Yeah, I mean, there were bars, so I**

11  **could see out.**

12     Q.   I'm not talking about out of your

13  cell, but out of the cell area entirely.

14     **A.   Yeah, you could see someone, you**

15  **know.   To the right I could see the door**

16  **coming in through that catwalk area, you**

17  **know.   The metal door, I could see that.   I**

18  **could even see like Jack's hands like when**

19  **they were around the bars or something like**

20  **that.   But I could see inside the cell**

21  **through the reflection on the covering plate.**

22     Q.   Right.   But could you see anything

23  outside of the cell area other than the door

24  you mentioned?

25     **A.   I could see the bars from the cells**

```
 1                     JOHN BURKE
 2     next to me, saw the entire catwalk, you know,
 3     the entire walkway, again, the door and the
 4     camera.
 5          Q.  Where was the door that you're
 6     referring to?
 7          A.  The door was to our left.  So I'm
 8     standing here in the cell, there's a catwalk,
 9     the door was to the left (indicating).
10          Q.  If you're standing facing the bars,
11     the catwalk --
12          A.  If I'm standing facing the bars, the
13     door was on the left.
14          Q.  If you're standing facing the bars,
15     which way was cell number one?
16          A.  Cell number one was to my left.
17          Q.  Now, was this door open?
18          A.  No.
19          Q.  Do you know what was on the other
20     side of the door?
21          A.  That's the area where we put -- or
22     where my shoes were and my sweater and my
23     belt.  And then when I was walked in there, I
24     saw another pile of clothes which was Jack's
25     stuff because he and I were the only two back
```



1                        JOHN BURKE

2     there.

3          Q.   Now, at some point after you were

4     put in the cell, you and Jack started

5     talking?

6          A.   Yeah, pretty much immediately, you

7     know.

8          Q.   Who started the conversation?

9          A.   Jack did.

10         Q.   Do you recall what he said to start

11    the conversation?

12         A.   He said what's up, man.  I remember

13    him kind of making a joke.  He's like -- he's

14    like I'm sorry you got arrested for whatever

15    you got arrested for, but he's like I'm kind

16    of glad you did though because now I have

17    some company, you know.  And then he was --

18    then he started talking about how, you know,

19    they arrested me, they put me here because I

20    have an expired inspection sticker and

21    they're out to get me.

22              And then he kept on going on about

23    how this female officer planted something in

24    his pocket and how they're out to get him

25    and, you know, they have like a, you know --

```
 1                  JOHN BURKE

 2    they have a mission to get him, you know.

 3    They're out to get me, they're out to get me,

 4    I wasn't doing anything wrong, I just had an

 5    expired inspection sticker, they planted this

 6    on me, you know, they're out to get me.  Of

 7    course, I'm just sitting there.  I just get

 8    in, so I'm just listening at this point.  And

 9    they chased away his dog, he was upset about

10    that.  And, you know, he was just going on

11    about that.  And then he started, you know --

12    he started -- he kept on -- he kept on

13    referring -- he repeated himself a lot and he

14    kept on referring, you know -- referring to

15    the fact that he was, you know -- he was

16    doing nothing wrong, he had an expired

17    inspection, why am I sitting in jail for an

18    inspection.  He's like I can't go back and do

19    more time.  And then he started like yelling

20    for -- I medical attention, I need medical

21    attention.  He was yelling.

22         Q.   Let's --

23         A.   Yeah.

24         Q.   We're going to cover all of this.

25         A.   That's where the conversation went,
```



```
 1                      JOHN BURKE
 2    yeah.
 3         Q.  I just wanted to know how the
 4    consideration started.
 5         A.  Yeah, yeah.
 6         Q.  Now, were you able to see his face
 7    at any point?
 8         A.  Through the -- through the
 9    reflection and then also when I walked in.
10         Q.  Now, at any point during your
11    conversation, did he sound like he might have
12    had some alcohol or drugs in his system?
13         A.  He didn't sound like that at all.
14    He was very courteous, very polite.
15         Q.  How was his mood?
16         A.  He was upset.  He was, you know,
17    scared, upset.  I mean, I found out after the
18    fact that he was on probation and, you know,
19    what was going on.  But at certain times
20    during the conversation he broke down crying.
21    And when the first officer walked in when he
22    was yelling and screaming and yelling and
23    screaming and the guy walked in and said
24    what's going on, what are you yelling and
25    screaming about or, you know, what are you
```

1          JOHN BURKE

2     going on about, you know, he kind of had an

3     attitude towards him, you know.

4          He, too, was very polite with the

5     officer.  Sir, please, I need medical

6     attention, I need medical attention, I, you

7     know -- please, please help me, you know.

8     And that's when the officer replied well, if

9     we take you to a hospital, we'll just, you

10    know -- we'll just end up bring you back

11    right here.

12         Q.  You mentioned that at some point

13    during your conversation he was crying.  Was

14    there anything in particular that seemed to

15    cause him to cry?

16         A.  He was crying because he -- the two

17    things I remember is, one, because of his

18    dog.  He was upset that they chased his dog

19    away, he was very upset about that.  And two

20    was because he kept on saying like he can't

21    do any more time, how he just did this time.

22    And then he's like I can't, you know -- tell

23    my father I can't do this time, I can't do

24    it.

25         And then eventually he started



```
 1              JOHN BURKE
 2   talking about hanging up, you know, I'm going
 3   to hang up.  And then he started mentioning
 4   his father's phone number and, you know, he
 5   asked me to remember that number, please call
 6   my father.  And I don't want to go too far
 7   ahead because I'm answering your questions.
 8        Q.  When he told you those things, did
 9   you believe -- did it seem to you that he was
10   serious about hurting himself?
11        A.  You know, at the point I just, you
12   know, I got my own things going right there,
13   so I'm just listening.  And at the point I
14   think, you know, alright, this guy's upset,
15   you know, he just got arrested or whatever,
16   you know, he's not happy about it obviously.
17   And, you know, I didn't know, maybe he's
18   serious, maybe he's not, maybe he's just, you
19   know, talking out of frustration.  I don't
20   think anything.  Just calm down, you know,
21   see what happens, you know.  And, again, I
22   was just arrested, so I was like I got my own
23   problems.  You know what I mean?
24        Q.  Did his hanging himself take you by
25   surprise?
```

1                    JOHN BURKE

2          A.   Of course.  Because, I mean, he was

3     talking about it and he made it sound like he

4     was going to do it and in the back of my mind

5     I'm thinking -- I'm thinking alright, he

6     won't do it, you know.  And, you know, after

7     the T-shirt incident I thought they would get

8     him some care or do something, you know, once

9     he showed signs that he was, you know, making

10    a noose out of a shirt.

11         So it -- when he did do it, of

12    course it was shocking.  I mean, you witness

13    something like that, it's not like an

14    everyday thing.  So yeah, I was shocked.  But

15    again, he was pleading out for help for hours

16    and hours and hours, you know, so what, you

17    know -- it could have been avoided.

18         Q.   How long did Jack talk about the

19    circumstances of his arrest for?

20         A.   I couldn't give you specifics on

21    that, but he talked about it more in the

22    beginning, I guess, when we first started

23    talking, but he kept on going on about it.

24    And, you know, during the conversation like

25    intermittently he would tell me oh, they

1                    JOHN BURKE

2     can't, you know -- how can they have me in

3     jail for this, they're out to get me, the

4     same things over and over again.  Then he

5     would say I need medical attention.  He would

6     just yell.  So he kept on like breaking up

7     the conversation with just yelling, you know.

8          Q.  Did you ask anyone at any point to

9     get him medical attention?

10         A.  I did not, no.  I didn't get

11    involved, to be honest with you.  When the

12    cop first came and said what are you going on

13    about, and he was pleading his case, you

14    know, and the cop said okay, I'll go get the

15    sergeant, because that's what Jack asked, I

16    figured okay, they'll do whatever they got to

17    do here, you know.

18         Q.  How long were you in the cell before

19    an officer came back in to check on what was

20    taking place?

21              MR. GRANDINETTE:  Is that

22         question from initially when he

23         first --

24              MS. ZWILLING:  Yes, from when

25         he gets into the cell, yes.

```
 1                    JOHN BURKE
 2        A.   When I first got in the cell, I'd
 3   say maybe half an hour, close to that.
 4        Q.   Do you know who the officer was?
 5        A.   I can describe him physically.  But
 6   it could be half an hour, an hour.  Again,
 7   you know, I didn't have a watch or anything.
 8        Q.   I understand.
 9        A.   Again, the tape with show it all.
10   But I could describe him, but I don't know
11   his name.
12        Q.   Sure, sure.  If you could describe
13   him, that would be great.
14        A.   He was kind of -- in uniform, kind
15   of heavyset or barrel-chested, short haircut
16   or maybe balding.  I can see him from my cell
17   because I can see from the angle when he
18   walked in.  He kind of said what are you
19   going on about.  He's talking to Jack, and
20   Jack is asking him politely for medical
21   attention, this, that and the other.  At one
22   point Jack said let me talk to your sergeant,
23   please.  And the officer said okay, I'll get
24   him.  And then he left and never came back.
25        Q.   Had Jack up to that point told you
```



```
 1                      JOHN BURKE
 2    what it was he wanted medical attention for?
 3         A.   Well, he said that, again, he was
 4    roughed up.  And he just kept on saying --
 5    like he was screaming to them if you don't
 6    get me medical attention, I'm going to leave
 7    here in a body bag.  I mean, he screamed
 8    that.  Again, I can't emphasize, he screamed
 9    that several, several times.
10         Q.   Who did he say that to?
11         A.   He was just yelling out for the cops
12    to hear him.
13         Q.   When the officer came in --
14         A.   Yeah.
15         Q.   -- to check that first time, what
16    exactly did Jack say to him in terms of
17    requesting medical care?
18         A.   He said I need -- I need medical
19    attention, something to the effect that he
20    was sore and they roughed him up.  Again, he
21    wasn't -- when the officer was, he was
22    speaking -- he wasn't yelling and screaming.
23    He was very courteous and, you know,
24    respectful.  Please, sir, I need medical
25    attention, I need it, you've got to bring me
```

```
 1                    JOHN BURKE
 2     to the hospital, I need medical attention, I
 3     need medical attention.  And the officer just
 4     replied, you know, if we bring you to the
 5     hospital, we'll just end up bringing you back
 6     here, you know, sarcastically.  So then Jack
 7     said please, let me speak to your sergeant,
 8     you know.  And that's when the officer --
 9     yeah.
10          Q.  Just talking about that
11     conversation, did Jack ask for any
12     psychiatric care at that time?
13          A.  No.
14          Q.  Did he ever ask for psychiatric
15     care?
16          A.  He was just screaming I need medical
17     attention.
18          Q.  So he didn't ask for psychiatric
19     care in particular?
20          A.  Not that I can recall, no.
21          Q.  During that conversation when the
22     officer first came in, did Jack say anything
23     that you interpreted as a threat to harm
24     himself or kill himself?
25          A.  Well, he said, you know, I need
```



```
 1                    JOHN BURKE
 2     medical attention, I need medical attention
 3     and I'm going to be leaving here in a body
 4     bag, so I mean...
 5         Q.  He said that when the first officer
 6     came in?
 7         A.  I believe he did, but not screaming
 8     that time because the cop was right there in
 9     front of him.  But, again, they heard him
10     saying this because he was screaming it so
11     many times.
12         Q.  After that officer left, did you
13     have a further conversation with --
14         A.  Yeah, I talked to him.
15         Q.  Had he started to calm down at that
16     point?
17         A.  He was -- yeah, he was.  Like when
18     he talked to me, it was just in a normal
19     tone.  He wasn't, you know, screaming or
20     yelling at me.  And he apologized to me for
21     yelling.  He said I'm sorry for yelling and
22     screaming, making all this mess, but, you
23     know, this isn't right, what's going on with
24     me.
25              And then -- and then he kept on
```



1        JOHN BURKE

2    telling me his father's phone number, and he

3    said 839-0676, you know.  And he was telling

4    me -- then like five minutes would go by and

5    he'd ask me what's that number.  And I'd

6    repeat, da, da, da, ba, ba, ba, you know.  So

7    I -- he's like alright, good.  He's like

8    please call my dad and tell him that I love

9    him and tell him what happened here, you

10   know.

11            And at this time I'm thinking

12   alright, he's just talking, you know, he's

13   full of hot air, you know, he's not really

14   going to do anything.  And he kept on going

15   on, what's the number, ba, ba, ba.  And then

16   intermittently he would start yelling and

17   screaming again, I need medical attention,

18   I'll be leaving here in a body bag if you

19   don't get me medical attention.

20        Q.  Was it your impression that he was

21   just threatening at that time and would not

22   carry it out?

23            MR. GRANDINETTE:  I'm going to

24        object, but -- as an opinion.

25            But answer the question.

Five Star Reporting, Inc.  90 John Street - Ste. 411  New York, NY 10038  Phone: 631.224.5054  Fax 631.224.3926

```
 1                    JOHN BURKE

 2        A.   Yeah, I don't know, to be honest

 3   with you.  I mean, the fact that he gave me

 4   his father's number and all that, it had me

 5   concerned, you know.  And especially when

 6   that T-shirt incident happened, what happened

 7   afterwards, I was very concerned then.  And

 8   then when they saw that on the tape and they

 9   came in and they cut it down, I figured okay,

10   they'll do something now.

11        Q.   Let's just back up a bit so we can

12   proceed with the chronology.

13        A.   Yeah, sure.

14        Q.   You mentioned the officer came in,

15   they had a conversation.  He said he would

16   get the sergeant and then he left.

17        A.   Then he left.

18        Q.   How long passed until a police

19   officer returned to the cell area?

20        A.   It was after -- it was when he was

21   tying his T-shirt to the bars was the next

22   time the cop came, two cops came in.

23        Q.   The officer that came in the first

24   time, was he one of those two officers?

25        A.   I believe he was, but I could be
```

```
1               JOHN BURKE
2    wrong on that.  I mean, obviously the other
3    guy wasn't, but it was either the same kind
4    of guy with the same build.  Again, I don't
5    know any names or anything.  I just saw them,
6    they come in, they say you're doing stupid
7    stuff, cut the S, and then cut down the
8    shirt.  And, again, as they were they -- he
9    was still pleading his case to get medical
10   attention.
11        Q.  What was he saying at that time?
12        A.  He was like I need to go to the
13   hospital, I need to get medical attention, I
14   need to, you know -- I need go to the
15   hospital, I need medical attention, please,
16   sir, please, officers, please, you know, let
17   me talk to your sergeant.  And they basically
18   were in and out very quickly.  They just cut
19   the shirt down, yeah, whatever, and they
20   walked out.  So they didn't really engage in
21   conversation with him that second time.
22        Q.  What did he do or say after they cut
23   the shirt down and left?
24        A.  Well, they left and then it was
25   after that that he was still screaming and
```



```
 1                    JOHN BURKE
 2    yelling, still making sure I knew his
 3    father's number.  And then he started to
 4    apologize to me -- well, then he -- I heard a
 5    loud thump and he hit his head against the
 6    wall.
 7            And then I heard like water and then
 8    he's like oh, man, I'm all wet.  And, you
 9    know, again, he's freezing.  By this time
10    he's shirtless left in the cell, and I can't
11    stress enough how cold it was back there.  It
12    was inhumane cold back there.  There was no
13    heat.  And he said oh, I dumped my head in
14    the toilet, you know.
15            So I think he was trying to get
16    attention, you know, seeing they saw him on
17    the camera with his shirt, maybe they'll see
18    him doing this trying to hurt himself and,
19    you know, doing this and they'll come back
20    and they'll finally bring him to the hospital
21    or bring him -- get him the medical attention
22    that he wanted.
23        Q.  So after -- I'm sorry.  Did you hear
24    him bang his head?
25        A.  I just heard a loud -- like a, you
```



```
 1                    JOHN BURKE
 2   know, like a -- like loud (indicating).
 3       Q.  Were you able to see him banging his
 4   head?
 5       A.  I didn't see him, but I could -- you
 6   know that thump.  And I said what are you
 7   doing and he said oh, I just banged my head
 8   against the wall, it hurts, man.  I said what
 9   are you crazy, what are you nuts.  And it was
10   hard, too.  I mean, he banged his head hard.
11   Then after that, like I heard swirling of
12   water and then he said I'm all wet.  I'm like
13   what are you doing.  He's like I just put my
14   head in the toilet.
15            So I think he was just trying to get
16   attention, you know.  I think he said -- I
17   think he figured like once they saw him with
18   the shirt they would see him would do this,
19   and, again to repeat myself, that he would
20   get the attention that he wanted.
21       Q.  What do you recall the next thing
22   happening after he told that when he had put
23   his head in the toilet?
24       A.  He was cold because he was there
25   shirtless.  He was shivering.  He started
```

```
 1                    JOHN BURKE
 2    talking again about his dog and about his
 3    dad.  At one point he told me -- he's like
 4    listen, please, tell my dad you can have my
 5    boat, you know.  I guess he had a boat.  So
 6    he's like, you know, tell my dad I gave you
 7    the boat, you can go, you know, you can go
 8    fishing, it's a 12-foot boat or whatever, you
 9    know.
10              And he was talking, you know, I was
11    trying to tell hey, calm down, calm down,
12    take it easy, maybe they'll let you go
13    tomorrow, you know, just take it easy.  I
14    thought I was going to be getting through to
15    him.  And he was cold and he was cold.  And I
16    was like hey, man, I think they put the heat
17    on or something like that, just saying that
18    to kind of, you know, get him to -- then he
19    started talking about his dog and he started
20    sobbing again and crying, very upset.
21              And then it got quiet, you know, for
22    a while.  And eventually I heard him say
23    that's it.  And then I heard like the
24    ruffling of clothes, and I knew all he had at
25    that point was his jeans.  They took his
```

1        JOHN BURKE

2    shirt, he had no blanket.  And I hear him

3    like tying it up and stuff like that, you

4    know.  Him saying that's it were like the

5    last words he said.  So then I hear -- if you

6    want me to go on?

7        Q.  Please.

8        A.  Yeah.  Then I hear like a -- tying

9    it up and stuff like that.  I figure -- I

10   figure -- I can see the reflection in the

11   mirror and I can figure alright, he's got his

12   jeans, he's doing the same thing with the

13   jeans that he was doing with the shirt.  So I

14   figured okay, they'll probably come running

15   in here, you know.  So I kind of stayed, you

16   know -- I was like Jack, Jack, you know, but

17   I kind of stayed quiet.

18        The next thing I know I hear like

19   this -- I don't know how to describe this --

20   this like noise against the metal bars.  It

21   was like this hollow ringing.  And I could

22   see in the mirror and I could see like his

23   back facing the bars because he tied it

24   against the bars.  And I heard like gasping

25   for air and stuff like that, shaking, I

```
 1                    JOHN BURKE
 2     heard, you know, that gasping.  I was
 3     thinking oh, my God, this guy is really doing
 4     this.  And I'm screaming Jack, Jack, Jack,
 5     you know, like cut this out, what are you
 6     kidding me, cut this out.  Got no response.
 7            And then I still hear the gasping
 8     for air and eventually it just went quiet.
 9     And I just -- I'm looking at -- I could see
10     what he was doing, and I'm screaming guard,
11     guard, guard.  I'm looking at my camera and
12     I'm pointing like to my left saying, you
13     know, this guy just -- is hurting himself.  I
14     was hoping that maybe he was just acting or
15     whatever and I was hoping they'd come running
16     in any second since they saw that thing with
17     the T-shirt.
18            I'm like okay, they'll be here any
19     second, they'll save him.  And the next thing
20     I know he was hanging there for what seemed
21     like five to ten minutes.
22       Q.   How --
23       A.   And --
24       Q.   I'm sorry.
25       A.   Go ahead.
```

1          **JOHN BURKE**

2          Q.   How long a time do you estimate

3     passed between when you first heard him tying

4     the jeans to the bars until you heard what

5     sounded like the noises of the hanging?

6          A.   I would say he was very quick about

7     it.   Once he made up his mind that was it,

8     you know.   He was -- the minute -- once he

9     was done tying those jeans, he did what he

10    had to do.   So it wasn't very -- it wasn't

11    delayed, you know.   He didn't have the jeans

12    hanging there for a while, for half an hour

13    or 20 minutes.   It was like right away.

14         Q.   How long a period of time do you

15    believe passed between when you heard the

16    gasping and when the officers came in?

17         A.   I'd say it was about -- definitely

18    over five minutes because I remember

19    screaming and screaming and screaming

20    guards -- now I'm screaming, guards, guards,

21    you know.   And, again, I'm looking at the

22    camera as I'm screaming and I'm like pointing

23    this way, you know, towards Jack's cell which

24    would be towards the left (indicating).   And

25    I'm screaming, you know, and I'm pointing and

1                    JOHN BURKE

2    going this guy, you know, and nothing,

3    nothing.  It got to the point where I just

4    gave up and I was just standing there just in

5    shock.  Like I could hear his bones cracking

6    and stuff, you know.

7              Even before that, you know, he

8    apologized to me.  He said, John, listen, I'm

9    going use the bathroom because I know -- he's

10   like I've heard that when people hang

11   themselves they, you know, shit themselves

12   and urinate and lose control of their, you

13   know, facilities.  And he's like, you know,

14   I'm going to use the bathroom to try to empty

15   myself out or whatever, you know, before I do

16   this.  I'm like come on man, just take it

17   easy, you know, relax, see what happens

18   tomorrow.  And then he went ahead and he did

19   it.

20             And, again, he was just hanging

21   there for what seems definitely five to

22   ten minutes.  It was an eternity, as you can

23   imagine.  And then I'm screaming and yelling.

24   I eventually just gave up because no one was

25   coming.  You'll see on the recording, you

```
 1                    JOHN BURKE
 2     know, how it all went down.
 3              And then finally I hear boots
 4     running and, you know, boots running.  I can
 5     tell, okay, finally they saw what's going on.
 6     Now -- I'm like what's the point now, you
 7     know, I'm thinking to myself.  And before
 8     they opened the door -- because there's no
 9     window on the door.  It's a steel door.
10     Before they opened the door I heard one cop
11     say to the other you have a knife, and they
12     were coming -- they knew what they were
13     walking in on, you know.
14              They weren't just coming to do some
15     random check.  They obviously finally looked
16     at the camera, saw this guy hanging there and
17     they hauled ass down the hallway, you know,
18     down to get into the area, you know.  So they
19     come bursting in and open up the cell and cut
20     him down.  And I hear one say to the other
21     check for a pulse.  And then I hear no pulse,
22     he's dead.
23          Q.  Were you ever able to observe any
24     physical injuries on Jack?
25          A.  That I was not able to do, no, just
```



```
 1                    JOHN BURKE
 2    his -- telling me that he was roughed up and
 3    that he was sore and he was roughed up, he
 4    was mistreated and then, again, him banging
 5    his head against the wall and him putting his
 6    head down the toilet, which he did.  And,
 7    again, I sound like a broken record, but the
 8    tape will reveal that.
 9         Q.  I'm just asking if you personally
10    saw physical injuries on him.
11         A.  But I -- no, I did not.  Personally
12    I did not, you know.  I mean, I saw him
13    hanging there.
14         Q.  Right.  I just want to know if you
15    saw bruises or cuts or bumps.
16         A.  No, I wasn't in a position to see
17    that, no.
18         Q.  What were you able to see the
19    officers do after they came in?
20         A.  Well, they came in -- again, I'm
21    standing there in shock.  So, you know, they
22    came in and they opened up the cell and --
23         Q.  How many came in?
24         A.  Two.
25         Q.  Had you seen those officers before?
```



```
 1                    JOHN BURKE

 2        A.   You know, this was -- I would say

 3    this was about 5:00 or so, so I mean, it

 4    was -- it might have been a different shift.

 5    And again, you got to understand, I'm in a

 6    state of shock right now, so I'm kind of --

 7    don't really -- it could have been one of the

 8    same guys who came in earlier, but I can't be

 9    100 percent sure about that.

10        Q.   Okay.

11        A.   But the two came in and then

12    eventually everybody came in, and one plain

13    clothes officer was -- I don't know if he was

14    off duty or just got off duty.  He was

15    standing like outside my cell just like

16    looking in shock.  And then eventually they

17    got me, and as I walked out, they had like a

18    sheet above, you know -- above the cell so I

19    couldn't see Jack's body or anything.

20        Q.   How long after the officers entered

21    were you taken out of the area?

22        A.   I'd say about five minutes.  At

23    first I don't think they even really paid

24    attention to me, you know.  They were too

25    busy doing what they were doing with him.
```



1                    **JOHN BURKE**

2          Q.   What exactly were they doing with

3     him?

4          **A.   Well, I mean, they were checking his**

5     **pulse and they were shocked that this**

6     **happened.   And there was no -- there was no**

7     **pulse and I just heard no pulse.   And they**

8     **were just quiet basically.**

9          Q.   Was anyone trying to render first

10    aid at that time?

11         **A.   No, I didn't -- I don't believe so,**

12    **because when I was walked out a few minutes**

13    **later, they had a sheet covered up in the**

14    **front of the cell so I couldn't see him.   But**

15    **I didn't hear any first aid or CPR.   It was**

16    **just there was no pulse.   They didn't try to**

17    **render first aid.**

18         Q.   Where were you taken initially when

19    you were taken out of that area?

20         **A.   They brought me to what I believe**

21    **was the women's holding cell area which was**

22    **basically like across the hall, you know,**

23    **outside that door.**

24         Q.   On the other side of the door?

25         **A.   Yeah.**



78

```
 1                        JOHN BURKE
 2        Q.   So you couldn't see --
 3        A.   No, I couldn't see, yeah.
 4        Q.   Could you hear anything?
 5        A.   Just, you know, like shit or, you
 6   know, damn it.  You know what I mean?  That
 7   kind of deal, you know.  I think the cops
 8   were in shock, too.  Like they couldn't
 9   believe he was actually -- that he actually
10   did this.  You know?  So that was it.
11             And then I was placed over in that
12   cell.  I couldn't tell you how long I was
13   there because, again, I'm just numb at what I
14   just saw.  And the next thing I know I was
15   being questioned by two homicide detectives.
16        Q.   Are those the detectives --
17        A.   The detectives I gave the statement
18   to, yes.
19        Q.   Did you see anyone remove Jack from
20   the precinct?
21        A.   No, I did not see that.
22        Q.   Did you see --
23        A.   I couldn't see from -- even from
24   where I was in the cell, I couldn't see from
25   that --
```

```
 1                    JOHN BURKE
 2        Q.  I take it there were no windows or
 3   anything in there?
 4        A.  No, no.  So I don't know, you know.
 5   Obviously the detectives came and were taking
 6   photos or whatever they had to do or whatever
 7   protocol is.
 8        Q.  You did not see that, did you?
 9        A.  I didn't see that.  They just came
10   and they checked out the scene and then they
11   came to talk to me.
12        Q.  Did you remain -- you were
13   transferred to another precinct?
14        A.  I was transferred to another
15   precinct.  I couldn't tell you which one it
16   was.  So obviously I guess they wanted --
17   after I gave my statement, they put me back
18   in the cell or whatever.  Not too long after
19   that, the original Detective Forestill who
20   brought me there came back, you know, and
21   that's when he had me sign my confession.
22   And then basically he then drove me to
23   another precinct, but I couldn't tell you
24   which one it was, and I spent the night
25   there.
```

```
1                   JOHN BURKE
2        Q.  Did you ask to be taken out of that
3   precinct?
4        A.  I didn't ask to be taken, no.  They
5   just -- I guess they thought this was good to
6   have me taken out of there.
7        Q.  Did you object to being taken?
8        A.  No, I didn't say anything.
9        Q.  Would it be fair to say you wanted
10  to get out of there?
11       A.  Again, at that point I was numb, so
12  I -- it didn't really matter different.  I
13  knew what happened, he was dead, so, you
14  know.  I guess they thought it best just to
15  transfer me to another -- I guess they were
16  doing their crime scene that entire night
17  anyway, so I'm sure it was a probably a few
18  hours before they even removed the body, you
19  know, or however that works.
20       Q.  Other than the meeting you had with
21  Detective Lane and the ADA last week, have
22  you spoken with anyone from the police
23  department about this matter?
24       A.  Between when I was interviewed that
25  evening by the detectives and then I was
```

1                    JOHN BURKE

2       transferred to the other precinct, the

3       following morning I was in Riverhead, then

4       Yaphank, no one questioned me, any -- nobody

5       questioned me about this until when I got

6       out.  I called Jack's father the day I got

7       out, told him what had happened, because I

8       went online and I saw how they just reported

9       that he hung himself, there was no signs of

10      trouble or no warning signs, and I was

11      angered by that.  I said how could they do

12      this?

13              So I called -- I was going to call

14      his dad regardless just because I promised

15      his son I would call him, and just to do the

16      right thing I called his dad.  I said this is

17      what really happened, because I remembered

18      that number, you know.  I didn't want to call

19      while I was locked up.

20              So I had told him what had happened

21      and the reports in the news were false.  And

22      I said you do with this information as you

23      will, here's my name, here's my number, you

24      know.  If you're going take action I will be

25      there to support you because your son seemed

1                     JOHN BURKE

2      like a nice guy, I got to know him for a

3      couple hours.   And I just felt like what

4      happened wasn't right.   You know?

5          Q.   You mentioned that you saw false

6      reports in the news.   Where were these false

7      reports?

8          A.   I saw them on the Internet.   I went

9      to Google because I figured something like

10     this would be reported, and I typed in -- I

11     think I typed in like 7th Precinct suicide,

12     Suffolk County and I -- sure enough, I got

13     results.

14         Q.   Were these articles on Newsday or

15     some other --

16         A.   I think one of them might have been.

17     Yeah, I think one of them was Newsday, and I

18     couldn't recall the other ones, but the -- I

19     think they might have been -- they could have

20     been all Newsday, but basically each one

21     basically said that he gave no signs of

22     suicide and he gave no warning signs and, you

23     know, everything was calm and smooth.

24             I think -- one thing I read,

25     Detective Fitzpatrick (phonetic) I think it

1        JOHN BURKE

2    might have been or Cop Fitzpatrick even said

3    like oh, yeah, he was fine, he was calm,

4    there was no problem, you know, there was no

5    signs of this at all, you know.  And when I

6    read that I was like, you know, that's

7    ridiculous, that's not the case.  You know,

8    at that time I had no idea what the parents

9    knew or what his father knew or whatever, I

10   just picked up the phone and I called, you

11   know.  For two months I sat on that phone

12   call, you know, because I didn't want to make

13   that call while I was, you know, locked up.

14            And I called his father and told

15   him, you know, listen, this is what happened,

16   your son was yelling for help for hours and

17   demonstrating signs that he was going to hurt

18   himself, you know.  And I told his father

19   what happened on the phone and I just said do

20   with this as you must, you know, as you want

21   to, I'm just letting you know.  And then he,

22   you know, took some legal action which I

23   don't blame him.

24            MS. ZWILLING:  Mr. Grandinette,

25        has anyone -- have you been in touch

```
 1                    JOHN BURKE
 2        with anyone from Internal Affairs
 3        about this?
 4              MR. GRANDINETTE:  No.
 5              MS. ZWILLING:  Have they asked
 6        for interviews or anything like that?
 7              MR. GRANDINETTE:  Is this off
 8        the record?
 9              MS. ZWILLING:  We can have it
10        off the record, sure.
11              (Whereupon, a discussion was held
12        off the record.)
13              MS. ZWILLING:  Thank you for
14        coming in.  I have no further
15        questions.
16              THE WITNESS:  Thank you.
17              (Time noted:  4:23 p.m.)
18
19
20
21
22
23
24
25
```

