# Sealed Document – IAB Interview