POLICE DEPARTMENT
COUNTY OF SUFFOLK, N.Y.

1/23/13

I John Burke being duly sworn deposes and says I am 35 years old. I was born on 12/1/77. I live at 89 Porter Ave, Brooklyn.

Today I arrived at the 7th pct. at 2:10 p.m. The detectives put me in a cell some time before 3:00 p.m. I know I was in cell #3. There was a guy in the first cell, and there was an empty cell between us.

I was talking to the guy about how cold it was. He told me his name was Jack. I threw him a piece of my yellow blanket.

The guy said he just got out of jail a couple of days ago and he was arrested for some DWI charge. He was saying that the cops knew him and they were out to get him. He said that he couldn't do any more time.

The guy was yelling that he needed medical assistance. He was telling me that he was going to hang himself.

A guard came in and talked to him. The guy told the guard that he needed medical assistance. He told the guard that he wanted to speak to a boss. The guard left but he didn't come back.

The guy was saying that he was going to hang himself. He was telling me to call his father and made me memorize the phone number, 839-0676. (cont. page 2)

SWORN TO BEFORE ME
JAN. 23, 2013

ALFRED M. CIOSCITTO
NOTARY PUBLIC, STATE [OF NY]
NO. 01CI6314731 [...]
TERM EXPIRES 3/28/15

PDCS-7129

53-0113::9/96pa

1/23/13

POLICE DEPARTMENT
COUNTY OF SUFFOLK, N.Y.

SWORN STATEMENT OF JOHN BURKE                2 OF 2
(cont. from page 1) I could see the guys reflection in the black camera cover. He was tying his shirt to the bar. 2 guards came in and took the guys shirt and the blanket.

About 20 minutes or half hour later, I heard the guy said, "that's it." I heard him taking off his pants and I could hear him tying them off. I heard what sounded like his body hitting the bars. I heard his gasping for air. I started yelling for the guards. The guards came about 5 or 10 minutes later.

B. ~~After~~ Before the guy said, "that's it," I heard a loud bang. The guy said he hit his head against the wall. He said that it hurt.

I have read the above statement consisting of two pages taken by Det. Ciccotto here in the 7TH precinct and I swear it is all true.

SWORN TO BEFORE ME
JAN. 23, 2013

ALFRED M. CICCOTTO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01CI5074751, SUFFOLK COUNTY
TERM EXPIRES 3/24/15

PDCS-7129