History | search | Search



ACON RECORD
■media
oflongisland.com

## Rocky Point man who hung himself had previous run-in with cops

By Erika Karp
write the author

**FOLLOW TIMES BEACON RECORD**



Join us on Facebook!
Add Times Beacon Record Ne
to your social network



Follow us on Twitter!
Get top TBR News headlines
your feed





**Village Beacon Record**

January 31, 2013 | 09:41 AM

A Rocky Point man who gave police no indication he was a threat to himself committed suicide while in custody at the Seventh Precinct in Shirley on Wednesday, Jan. 23, Suffolk County police report.

Officers say they arrested Jack Franqui, 27, shortly before noon that day and charged him with driving while impaired by drugs, resisting arrest and obstruction of governmental administration. Franqui was then transported to the precinct, where he was to be held overnight for arraignment, they report.

Lt. Jack Fitzpatrick, an officer with the Suffolk County Police Homicide Squad who is investigating the case, said Franqui was held there for about five hours when, at approximately 7 pm, officers discovered Franqui had hung himself in is cell. Franqui was pronounced dead at the scene. Fitzpatrick declined to say what Franqui used to hang himself, but said it was not something already found in the cell.

He added that officers had seen Franqui alive a short time before the incident, but declined to say exactly how much time had passed. When asked if Franqui had given police indication he may attempt to harm himself, Fitzpatrick said, "None at all."

Fitzpatrick added that in December 2011, Franqui was arrested after police who were called found Franqui armed with a handgun and "possibly suicidal." Fitzpatrick alleges that in an altercation with police, Franqui fired the gun.

According to court records, Franqui pleaded guilty to charges including intent to cause physically injury to an officer, menacing a police officer, resisting arrest, criminal possession of a weapon in the second degree, among others. Franqui was sentenced to six months in prison and probation for five years. Earlier this month, Franqui was ruled to have violated his probation.

Fitzpatrick said detectives are still investigating Franqui's death.

Franqui's father, also named Jack Franqui, declined to speak in a telephone call. A woman who answered the phone at the Franquis' home said, "He doesn't have



# Newsday

http://www.newsday.com/long-island/suffolk/rocky-point-man-hangs-himself-in-police-custody-1.4503600

# Rocky Point man hangs himself in police custody

January 24, 2013 by TANIA LOPEZ / tania.lopez@newsday.com

A Rocky Point man who killed himself while in police custody Wednesday after being arrested on charges of driving under the influence of drugs showed no signs of being suicidal when he was processed, police said Thursday.

Jack Franqui, 26, was found dead at 7 p.m. in a Seventh Precinct holding cell, where he hanged himself, just over seven hours after his arrest on impaired driving while on drugs, resisting arrest and obstruction, police said.

Lt. Jack Fitzpatrick, commander of the Suffolk police homicide squad, which is investigating the death, said Franqui had been questioned about his mental status and any medications he took and filled out forms used to assess detainees.

"There was no indication he was suicidal," Fitzpatrick said.

However, Fitzpatrick said, about a year ago, Franqui was involved in a call in which he appeared to be "suicidal." Police responded to a report that Franqui had a shotgun, which he did not, but when police arrived, Franqui retrieved a handgun and wrestled with officers before a shot was fired. No one was injured. Fitzpatrick had no additional details.

At the time of his death, Franqui was on probation after pleading guilty last month to a weapons charge.

Franqui's father, also named Jack Franqui, reached by phone last night, was too distraught to talk and declined to comment.



advertisement | advertise on newsday

The state Commission of Correction, which investigates all deaths in police custody, has launched a probe, a spokesman said.

Franqui's arrest on Wednesday came after police received a 911 call of a suspicious vehicle parked in the vicinity of Cordwood Path in Shoreham, Fitzpatrick said. An officer responding to the call told investigators she spotted Franqui sitting alone in the vehicle and smelled the odor of marijuana coming from the car.

She asked Franqui to step out of the vehicle, he said, but instead Franqui opened the driver's side of the Cadillac, revealing a dog. "He has a Doberman in the car and he said 'get her.' She's so alert, she slams the door back closed," Fitzpatrick said.

The officer called for backup and Franqui was arrested after a scuffle, he said.

## OUR TOWNS

# Suicide in a jail cell

BY TANIA LOPEZ
tania.lopez@newsday.com

A Rocky Point man who killed himself while in police custody Wednesday after being arrested on charges of driving under the influence of drugs showed no signs of being suicidal when he was processed, police said yesterday.

Jack Franqui, 26, was found dead at 7 p.m. in a Seventh Precinct holding cell, where he hanged himself, just over seven hours after his arrest on impaired driving while on drugs, resisting arrest and obstruction, police said.

Lt. Jack Fitzpatrick, commander of the Suffolk police homicide squad, which is investigating the death, said Franqui had been questioned about his mental status and any medications he took and filled out forms used to assess detainees.

"There was no indication he was suicidal," Fitzpatrick said.

However, Fitzpatrick said, about a year ago, Franqui was involved in a call in which he appeared to be "suicidal." Police responded to a report that Franqui had a shotgun, which he did not, but when police arrived, Franqui retrieved a handgun and wrestled with officers before a shot was fired. No one was injured. Fitzpatrick had no additional details.

At the time of his death, Franqui was on probation after pleading guilty last month to a weapons charge.

Franqui's father, also named Jack Franqui, reached by phone last night, was too distraught to talk and declined to comment.

The state Commission of Correction, which investigates all deaths in police custody, has launched a probe, a spokesman said.

Franqui's arrest on Wednesday came after police received a 911 call of a suspicious vehicle parked in the vicinity of Cordwood Path in Shoreham, Fitzpatrick said. An officer responding to the call told investigators she spotted Franqui sitting alone in the vehicle and smelled the odor of marijuana coming from the car.

She asked Franqui to step out of the vehicle, he said, but instead Franqui opened the driver's side of the Cadillac, revealing a dog. "He has a Doberman in the car and he said 'get her.' She's so alert, she slams the door back closed," Fitzpatrick said.

The officer called for backup and Franqui was arrested after a scuffle, he said.

## CRIME & courts

### ROCKVILLE CENTRE

**Pedestrian, 84, fatally struck**

An 84-year-old man walking across Merrick Road in Rockville Centre in a crosswalk yesterday was struck and killed by a tractor trailer, Nassau County police said.

Police said the victim, Juan Galdos of Rockville Centre, was pronounced dead at the scene.

The accident occurred about 11:45 a.m., and police closed Merrick Road in both directions between Cumberland Street and North Long Beach Road for nearly four hours to investigate.

Detectives said the victim was crossing Merrick Road from north to south in a marked crosswalk at Oceanside Road when he was hit by a 2003 Peterbilt tractor trailer driven by a 59-year-old man.

The tractor trailer was eastbound in the right lane of Merrick Road at Oceanside Road when it struck Galdos, police said. Detectives said there appears to be no criminality.            — GARY DYMSKI

### KINGS PARK

**GET THE LATEST AT**
newsday.com/crime

USE OUR INTERACTIVE CRIME MAP

GET CRIME ALERTS FROM YOUR COMMUNITY

Responding to an unrelated call in the Kings Plaza parking lot, 66 Indian Head Rd., Fourth Precinct Officer Thomas Spica spotted the man at 12:06 a.m., passed out in the driver's seat of a vehicle with its engine running, police said. The man had a hypodermic needle in his lap, police said.

Officers Douglas Nassisi, Patricia Davis and Kenneth Kaufold also responded, and a dose of intranasal Narcan was administered, as well as rescue breathing, police said.

Another dose of Narcan was administered when Kings Park Rescue members arrived and took the man to St. Catherine of Siena Medical Center in Smithtown. There, a third dose was administered...



Ahead
that fits your life

...sonalized
...perience that's flexible, practical and affordable.
...een, where you are and where you want to go.

...or to connect your past experience to your future
...ign a degree program and identify work and life
...you college credit so you can finish sooner.

the next term.

visit www.esc.edu

STATE UNIVERSITY OF NEW YORK
EMPIRE STATE COLLEGE
...e • Riverhead
...aten Island

Day!

...al
...er

February 17th

...age
...sized
...ill
...ay
...ens/



Editor Rich Arleo rich.arleo@patch.com     Like 1k   Patch Newsletter   Nearby   Join   Sign In



# MillerPlace-RockyPointPatch  24°

| Home | News | Events | Directory | Pics & Clips | Commute | Real Estate | More Stuff |

Police & Fire

## Cops: Man Who Hanged Himself in Custody Didn't Seem Suicidal

Investigation remains ongoing into Wednesday evening suicide at Seventh Precinct.

By Joseph Pinciaro   Email the author   January 25, 2013

Recommend 5   Tweet 1   Email   Print   14 Comments

Related Topics: Seventh Precinct, Suffolk County Police, and Suicide



Police said on Friday that a Rocky Point man who hanged himself in police custody less than 48 hours earlier had not shown prior signs of suicide during his arrest and processing, but on the contrary, appeared at ease with police officers after previously resisting arrest in a Shoreham neighborhood.

"After the altercation, the officers' entire interaction with him was calm," said Lt. Jack Fitzpatrick commander of the Suffolk Police homicide squad, which is conducting an investigation into the death.

Fitzpatrick noted that the Rocky Point man, 27-year-old Jack Franqui, had previous run-ins with the law.

In December of 2011, Suffolk Police were called to Franqui's home at the time after reports of a man waving a shotgun outside, Fitzpatrick said. Upon police arrival, Franqui did not have a shotgun, but later reportedly pulled a handgun on police, resulting in a wrestling match that ended up with a gunshot furing into the cieling of the home.

He was later evaluated at Mather Hospital, and at the time of Wednesday's incident, did not have a license to drive.

According to Fitzpatrick, on Wednesday, police received a report of a suspicious vehicle on Cordwood Path in Shoreham, an area that has seen a few burglaries recently.

The responding officer smelled marijuana in the car upon approaching and after asking Franqui to get out, he reportedly told a Doberman Pinscher in the car to 'get her,' referring to the female cop.

She slammed the door before the dog could get out, Fitzpatrick said, and after a brief scuffle, Franqui was brought to Seventh Precinct headquarters in Shirley, where he was later lodged in a cell alone.

While video cameras monitor holding cells, Fitzpatrick was unsure how a prisoner was able to have the time to fashion a noose and hang himself.

"That's part of the investigation," he said.

Email me updates about this story.   Enter your email address   Keep me posted

Recommend 5   Tweet 1   Email   Print