## Ticket BE1306292

**New York State - Department of Motor Vehicles**
**UNIFORM TRAFFIC TICKET**

- POLICE AGENCY: SCPD
- LAST NAME: EARL
- FIRST NAME: SIMON
- M.I.: N
- LOCAL POLICE CODE: 13-220??
- NUMBER & STREET ADDRESS: 6 Griswood Path
- CITY: Shirley
- STATE: NY
- ZIP CODE: 11786
- I.D. NUMBER: 852233467
- SEX: M
- DATE OF BIRTH: 07-x-x
- STATE: NY
- LICENSE EXPIRES: 07/18/13
- VEH. YR.: 00
- VEH. MAKE: Volvo
- VEH. COLOR: TN
- PLATE #: BND8790
- REG. STATE: NY
- REGISTRATION EXPIRES: 05/17/13

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

- TIME (24hr): 1326
- DATE OF OFFENSE: 04/09/13
- VTL checked
- IN VIOLATION OF: 319/3
- DESCRIPTION / NARRATIVE: Failure to produce ins. ???? (04/??/13)
- PLACE OF OCCURRENCE: N. County Rd W/B + Norman Drive Shirley
- NCIC: 05191
- IN THE: Town
- OF: Brookhaven
- COUNTY OF: Suffolk
- PRECINCT: 7
- COMPLAINANT: Karen ??? PO ??????
- DATE AFFIRMED: 04/09/13
- OFFICER ID: 91731
- OFFICER'S COMMAND: 710
- RETURN BY MAIL BEFORE, OR IN PERSON ON: 06/07/13 at 9:43 M

A plea of guilty to this charge is equivalent to a conviction after trial. If you are convicted, not only will you be liable to a penalty, but in addition your license to drive a motor vehicle, or motorcycle, and your certificate of registration, if any, are subject to suspension and revocation as prescribed by law.

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law. Failure to respond may result in a warrant for your arrest, suspension of your driver license and/or a default judgment against you.

MOTORIST COPY-TSLED
BE1306292
UT-50.4 (4/10)

---

## Ticket BE1306303

**New York State - Department of Motor Vehicles**
**UNIFORM TRAFFIC TICKET**

- POLICE AGENCY: SCPD
- LAST NAME: EARL
- FIRST NAME: SIMON
- M.I.: N
- LOCAL POLICE CODE: 13-220??
- NUMBER & STREET ADDRESS: 6 Griswood Path
- CITY: Shirley
- STATE: NY
- ZIP CODE: 11786
- I.D. NUMBER: 852233467
- SEX: M
- DATE OF BIRTH: 07-x-x
- STATE: NY
- LICENSE EXPIRES: 07/18/13
- VEH. YR.: 00
- VEH. MAKE: Volvo
- VEH. COLOR: TN
- PLATE #: BND8790
- REG. STATE: NY
- REGISTRATION EXPIRES: 05/17/14

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

- TIME (24hr): 1326
- DATE OF OFFENSE: 04/09/13
- VTL checked
- IN VIOLATION OF: 1163
- DESCRIPTION / NARRATIVE: ??? ???
- PLACE OF OCCURRENCE: N. County Rd W/B + Norman Drive Shirley
- NCIC: 05191
- IN THE: Town
- OF: Brookhaven
- COUNTY OF: Suffolk
- PRECINCT: 7
- COMPLAINANT: Karen ??? PO ??????
- DATE AFFIRMED: 04/09/13
- OFFICER ID: 91731
- OFFICER'S COMMAND: 710
- RETURN BY MAIL BEFORE, OR IN PERSON ON: 06/07/13 at 9:43 M

A plea of guilty to this charge is equivalent to a conviction after trial. If you are convicted, not only will you be liable to a penalty, but in addition your license to drive a motor vehicle, or motorcycle, and your certificate of registration, if any, are subject to suspension and revocation as prescribed by law.

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law. Failure to respond may result in a warrant for your arrest, suspension of your driver license and/or a default judgment against you.

MOTORIST COPY-TSLED
BE1306303
UT-50.4 (4/10)

| | |
|---|---|
| **PLEAD BY MAIL (NOT TO BE USED FOR MISDEMEANORS)** | **TO PLEAD BY MAIL (NOT TO BE USED FOR MISDEMEANORS)** |

- If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.
- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
- Mail this form to the Court noted on the front of this ticket by **First Class Mail** or by **Registered or Certified Mail, Return Receipt Requested.**
- **DO NOT** use this form for misdemeanors or for a third or subsequent speeding violation in an 18 month period. Instead, you must appear in person in the Court noted on the front of this ticket.
- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

### SECTION A - PLEA OF GUILTY

To the Court listed on the other side of this ticket:

I, _____ (Print Name),

residing at _____,

have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed on the other side of this ticket, and I waive arraignment in open court and the aid of an attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of and a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional) _____

All statements are made under penalty of perjury:

Date _____ Signed _____

### SECTION B - PLEA OF NOT GUILTY

**NOTICE:** YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET.

DO YOU REQUEST A SUPPORTING DEPOSITION?   ●YES   ○NO

Signature _[signed]_  Date _____

Street Address _____

City _____ State _____ Zip Code _____

**NOTE:** Mail to the court specified on the reverse by Registered or Certified Mail, Return Receipt Requested, or by First Class Mail, within 48 hours. The Court shall advise the violator by First Class Mail of the trial date.

**APPLICANT UNDER 18 YEARS OF AGE MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN**

Name of Parent or Guardian _____

Address _____

City _____ State _____ Zip Code _____

FAILURE TO ANSWER THIS TICKET WILL RESULT IN THE SUSPENSION OF YOUR LICENSE AND A DEFAULT JUDGMENT AGAINST YOU.

UT-50.4 (4/10)



| POLICE DEPARTMENT, COUNTY OF SUFFOLK, NY<br>ACCREDITED LAW ENFORCEMENT AGENCY<br>SUPPORTING DEPOSITION<br>PDCS-1082d | SUMMONS #<br>BE1306303 | DOCKET # | DATE OF REPORT<br>04/20/13 |
|---|---|---|---|

INSTRUCTIONS: Prepare in triplicate. Forward original and 1st copy to requesting court. Court Liaison to send 1st copy to defendant or his attorney and then file affidavit of Proof of Service to the court. 2nd copy to be retained by officer (Original & 1st copy must have original signatures.)

**TO SUPPORT SIMPLIFIED {TRAFFIC, PARKS, ENVIRONMENTAL CONSERVATION} INFORMATION**
(CROSS OUT THOSE THAT DO NOT APPLY)

STATE OF NEW YORK  )
                   ) SS
COUNTY OF SUFFOLK  )

☑ SUFFOLK COUNTY ___SCTPVA___ DISTRICT COURT
☐ POLICE JUSTICE COURT, TOWN/VILLAGE OF _____

THE PEOPLE OF THE STATE OF NEW YORK
AGAINST
EARL, SIMON _____ DEFENDANT

I, ___KAREN GRENIA___ rank, __PO__ shield __5736__ a police officer of the County of Suffolk, N.Y., pursuant to an order of the Court to file a supporting deposition with the Court, and to have a copy served on the defendant or his attorney, state: That I am a police officer and the complainant in the captioned proceeding, and further allege the following to provide reasonable cause to believe that the defendant committed the offense(s) of __1163B - FAILURE TO SIGNAL AT LEAST 100 FEET AHEAD__.

The violation was committed by the defendant on the __9TH__ day of __APRIL__ 20 __13__ at __1326__ hours at the location of __NORTH COUNTRY ROAD W/B AND NORMAN DRIVE SHOREHAM__

in the Town / Village of __BROOKHAVEN__ Suffolk County, New York.

The defendant (proceed with particulars) __DID OPERATE A 2000 VOLVO, NY REGISTRATION BND 8790 IN A__

WESTBOUND DIRECTION ON NORTH COUNTRY ROAD, A PUBLIC HIGHWAY, AND DID FAIL TO SIGNAL AT LEAST 100 FEET AHEAD TO MAKE A RIGHT TURN TO HEAD NORTH ON NORMAN DRIVE AS OBSERVED BY YOUR DEPONENT.

The above statement is based upon either personal knowledge and/or information and belief.
A copy of this deposition is being separately served on the defendant, or his attorney.

**False statements made herein are punishable as a Class "A" misdemeanor pursuant to Section 210.45 of the N.Y.S. Penal Law.**

_Karen Grenia_
SIGNATURE

__5736__     __Po__     __710__
SHIELD        RANK       COMMAND