**BE1306303**

New York State - Department of Motor Vehicles
SIMPLIFIED INFORMATION / COMPLAINT
The People of The State of New York VS.

POLICE AGENCY: SCPD

LAST NAME: EARL
FIRST NAME: SIMON
M.I.: N
LOCAL POLICE CODE: 13-220888

NUMBER & STREET ADDRESS: 6 CORDWOOD PATH
APT. NO.:
PHOTO LIC SHOWN: ✓

CITY: SHOREHAM
STATE: NY
ZIP CODE: 11786
OWNER IS OPER: O
L/C CLASS/ID TYPE: D

I.D. NUMBER: 852 335 67
SEX: M
DATE OF BIRTH (MMDDYY): 07 18 85

STATE: NY
LICENSE EXPIRES (MMDDYY): 07 18 13
VEH. TYPE: J
VEH. YR.: 00
VEH. MAKE: Volvo
VEH. COLOR: TN

PLATE #: BND 8790
REG. STATE: NY
REGISTRATION EXPIRES (MMDDYY): 05 12 14

THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

TIME (24hour HHMM): 1326
DATE OF OFFENSE (MMDDYY): 04 09 13
VTL: ●

IN VIOLATION OF: (SECTION AND SUBDIVISION) 1163 b
TRINF: ●

DESCRIPTION / NARRATIVE:
FAIL TO SIGNAL AT LEAST 100' FEET AHEAD (R-TURN)

PLACE OF OCCURRENCE: N. COUNTRY RD W/B + NORMAN DRIVE SHOREHAM
NCIC: 05101

IN THE: Town
OF: BROOKHAVEN
COUNTY OF: SUFFOLK
PRECINCT: 7

COMPLAINANT SIGN AND PRINT NAME/RANK: Karen ____ PO 5736 7C0 3A2 GRENIA

DATE AFFIRMED: 04 09 13
ARREST TYPE: 9
OFFICER ID #: 1735 1
OFFICER'S COMMAND: 0710

COURT OF: SCTPVA
COUNTY OF: SUFFOLK
ADDRESS: H L DENNISON BLDG, 100 VETERANS MEMORIAL HWY, GROUND FL N SIDE
CITY: HAUPPAUGE
STATE: NY
ZIP: 11785

RETURN BY MAIL BEFORE, OR IN PERSON ON: 06/07/13 at 9-430 AM

BE1306303

**STATE OF NEW YORK**
**UNIFIED COURT SYSTEM**
**SUFFOLK COUNTY**
**TRAFFIC AND PARKING VIOLATIONS AGENCY**



H. Lee Dennison Building
100 Veteran's Memorial Highway
Hauppauge, New York 11788

September 29, 2014

Anthony Grandinette
114 Old Country Road
Suite 420
Mineola, NY 11501

Regarding your client:

Simon N. Earl
6 Cordwood Path
Shoreham, NY 11786

Case Number: 130401204
Viol. Date: 04/09/2013

| Ticket Number | Statute/Section | Charge | Disposition | Fine | Admin Fee | SurChg |
|---|---|---|---|---|---|---|
| BE1306292 | VTL 0319 03 | NO SHOW INS CRD | Withdrawn | 0.00 | 0.00 | 0.00 |
| BE1306303 | VTL 1163 0B | TURN SIGNAL VIO | Dismissed | 0.00 | 0.00 | 0.00 |

No Money Due

**MUST BE PAID BEFORE: 09/29/2014     Time: 09:00AM**

**NOTICE: IF FINE IS NOT PAID ON TIME, FINE MAY DOUBLE AFTER 30 DAYS AND TRIPLE AFTER 60 DAYS.**

This Court has imposed the above fine(s)/mandatory surcharge(s). Full Payment must be made prior to the due date. Payments by mail are accepted if received by this court 10 days prior to the due date above. NO PERSONAL CHECKS! ONLY MONEY ORDERS AND CERTIFIED CHECKS ACCEPTED! PLEASE RETURN THIS LETTER WITH YOUR PAYMENT.  MAKE PAYMENT TO **"SCTPVA"** .

**IF PAID PRIOR TO DUE DATE, payments may be made online at:**
www.TPVApayments.com or by phone at:(888)274-0888. (a service fee will apply).

If paying in person, no additional fees for cash, certified check or money order (payable to SCTPVA). Credit and debit cards also accepted (convenience fee of 3.5% will be applied).

If your money is not received by the due date of this letter, the Department of Motor Vehicles in Albany will be ordered to suspend your driver's license.

Sincerely,

Paul J. Margiotta, M.B.A., J.D.
Executive Director
k0a

Physical Address: H. Lee Dennison Building, 100 Veteran's Memorial Highway, Hauppauge, NY 11788 - (631) 853-3800
Mailing Address: SCTPVA, PO Box 9000, Smithtown, NY 11787