**NEW YORK STATE DEPARTMENT OF HEALTH**
**CERTIFICATE OF DEATH**

DOH-1961 (8/2011)

RECORDED DISTRICT: 5151
REGISTER NUMBER: 0514

| Field | Value |
|---|---|
| 1. NAME | Jack Franqui IV |
| 2. SEX | Male |
| 3A. DATE OF DEATH | 01 23 2013 |
| 3B. HOUR | Approx. 6:20 P |
| 4A. PLACE OF DEATH | Other: Jail cell |
| 4C. NAME OF FACILITY | Suffolk County Police Dept. 7th Prct., Shirley |
| 4D. LOCALITY | Town: Brookhaven |
| 4E. COUNTY OF DEATH | Suffolk |
| 5. DATE OF BIRTH | 12 14 1986 |
| 6A. AGE | 26 yrs. |
| 7A. CITY AND STATE OF BIRTH | West Islip, NY |
| 8. SERVED IN U.S. ARMED FORCES | No |
| 9. DECEDENT OF HISPANIC ORIGIN | C. Yes, Puerto Rican |
| 10. DECEDENT'S RACE | A. White/Caucasian |
| 11. DECEDENT'S EDUCATION | 3. High school graduate or GED |
| 12. SOCIAL SECURITY NUMBER | 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 |
| 13. MARITAL STATUS | Never Married |
| 15A. USUAL OCCUPATION | Cook |
| 15B. KIND OF BUSINESS OR INDUSTRY | Food |
| 15C. NAME AND LOCALITY OF COMPANY OR FIRM | American Red Cross |
| 16A. RESIDENCE | New York |
| 16B. County | Suffolk |
| 16C. LOCALITY | Town: Brookhaven |
| 16D. STREET AND NUMBER OF RESIDENCE | 83 Magnolia Dr. Rocky Point |
| 16E. ZIP CODE | 11778 |
| 17. BIRTH NAME OF FATHER | Joaquin Franqui |
| 18. BIRTH NAME OF MOTHER | Phyllis Daily |
| 19A. NAME OF INFORMANT | Joaquin Franqui |
| 19B. MAILING ADDRESS | 83 Magnolia Dr. Rocky Point, NY 11778 |
| 20A. | 2. Cremation |
| 20. DATE | 01 28 2013 |
| 20B. PLACE OF BURIAL, CREMATION | Washington Memorial Park |
| 20C. LOCATION | Mount Sinai, NY |
| 21A. NAME AND ADDRESS OF FUNERAL HOME | Branch Funeral Home 551 Route 25 A Miller Place, NY 11764 |
| 21B. REGISTRATION NUMBER | 00208 |
| 22A. NAME OF FUNERAL DIRECTOR | John H. Vigliante |
| 22C. REGISTRATION NUMBER | 13688 |
| 23B. DATE FILED | 01 28 2013 |
| 24B. DATE ISSUED | 01 27 2013 |
| 25A. CERTIFIER'S NAME | Odette R. Hall, M.D. |
| License No. | 243777 |
| Date | 01 24 2013 |
| Certifier's Title | 2. Medical Examiner / Deputy Medical Examiner |
| Address | Suffolk County Medical Examiner, Suffolk County Office Bldg. |
| 26C. Pronounced Dead | 01 23 2013 at 7:50 PM |
| 27. MANNER OF DEATH | 4. Suicide |
| 28. CASE REFERRED TO CORONER OR MEDICAL EXAMINER | Yes |
| 29A. AUTOPSY | No |
| 29B. FINDINGS USED TO DETERMINE CAUSE OF DEATH | Yes |
| 30. CAUSE OF DEATH — PART I. IMMEDIATE CAUSE (A) | Hanging |
| 31A. IF INJURY, DATE | 01 23 2013 |
| Hour | 6:20 PM |
| 31B. INJURY LOCALITY | Shirley, Suffolk, N.Y. |
| 31C. DESCRIBE HOW INJURY OCCURRED | Hanged Self |
| 31D. PLACE OF INJURY | Jail Cell |
| 31E. INJURY AT WORK | No |
| 32. WAS DECEDENT HOSPITALIZED IN LAST 2 MONTHS | No |

Name of decedent: Jack Franqui
Date of death: 13-00391