# Surrogate's Court of the County of Suffolk

On the Date Written Below LETTERS OF ADMINISTRATION were granted by the Surrogate's Court of Suffolk County, New York as follows:

File #: 2013-3311

Name of Decedent: **Jack Franqui IV**  
Domicile: **County of Suffolk**

Date of Death: 01-23-2013

Type of Letters Issued: **LETTERS OF ADMINISTRATION**

Fiduciary Appointed: **Joaquin Franqui**

**Limitations:**
That as to the cause of action for wrongful death set forth in the petition, the authority of the fiduciary is limited and restricted to prosecution and settlement thereof, and the defense of any claim or actions arising therefrom. Except as provided under EPTL 5-4.6, the fiduciary as well as any attorneys who represents them, are restricted and prohibited from receiving or distributing any money resulting therefrom, without further order of this court.

THESE LETTERS, granted pursuant to a decree entered by the court, authorize and empower the above-named fiduciary or fiduciaries to perform all acts requisite to the proper administration and disposition of the estate/trust of the Decedent in accordance with the decree and the laws of New York State, subject to the limitations and restrictions, if any, as set forth above.

Dated: September 9, 2013

IN TESTIMONY WHEREOF, the seal of the Suffolk County Surrogate's Court has been affixed.

WITNESS, Hon John M Czygier Jr, Judge of the Suffolk County Surrogate's Court

_Michael Cipollino_
_____
Michael Cipollino, Chief Clerk

*These Letters are Not Valid Without the Raised Seal of the Suffolk County Surrogate's Court*

Certificate# 78751

# Surrogate's Court of the State of New York
# Suffolk County

File#: 2013-3311

## Certificate of Appointment of Administrator

IT IS HEREBY CERTIFIED that Letters for the Estate of the Decedent named below have been granted by this Court, and such Letters are unrevoked, are valid and are in full force as of this date.

**Name of Decedent:** Jack Franqui IV

**Date of Death:** January 23, 2013

**Domicile:** County of Suffolk

**Fiduciary Appointed:** Joaquin Franqui

**Letters Issued:** LETTERS OF ADMINISTRATION

**Letters Issued On:** September 9, 2013

**Limitations:**
That as to the cause of action for wrongful death set forth in the petition, the authority of the fiduciary is limited and restricted to prosecution and settlement thereof, and the defense of any claim or actions arising therefrom. Except as provided under EPTL 5-4.6, the fiduciary as well as any attorneys who represents them, are restricted and prohibited from receiving or distributing any money resulting therefrom, without further order of this court.

THESE LETTERS, granted pursuant to a decree entered by the court, authorize and empower the above-named fiduciary or fiduciaries to perform all acts requisite to the proper administration and disposition of the estate/trust of the Decedent in accordance with the decree and the laws of New York State, subject to the limitations and restrictions, if any, as set forth above.

and such Letters are unrevoked and in full force as of this date.

Dated: September 9, 2013
Riverhead, New York

IN TESTIMONY WHEREOF, the seal of the Suffolk County Surrogate's Court has been affixed.

WITNESS, Honorable John M Czygier Jr, Judge of the Suffolk County Surrogate's Court.

*Michael Cipollino*

Michael Cipollino, Chief Clerk
Suffolk County Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the Suffolk County Surrogate's Court*