

# The Branch
## FUNERAL HOME

551 Route 25A Miller Place, NY 11764
631-744-9700

The Branch Funeral Home
is owned and operated by
The Vigilante Family

## ITEMIZATION OF FUNERAL SERVICES AND MERCHANDISE SELECTED

Number: 13003M+3
Date: January 24, 2013
Name of Deceased: Jack Franqui, IV
Date of Death: January 23, 2013    Place of Death: Shirley

The following are the charges for the services, merchandise and livery you have selected. You will not be charged for any item you do not choose unless it is necessary because of other selections you have made. Any such charges are explained below.

I. **FUNERAL HOME CHARGES**
(Indicate N/A for items of service and/or merchandise that are not provided.)

A. Alternative Services
  1. Direct Cremation ... N/A
  2. Direct Burial ... N/A

B. Transfer of remains to funeral establishment including personnel, equipment and vehicle ... $585.00

C. Preparation of Remains
  1. Embalming (including use of preparation room) If you select a funeral for which this firm requires embalming, such as a funeral with viewing, you may have to pay for embalming. You do not have to pay for embalming if you do not approve if you select arrangements such as direct cremation or direct burial. If we charge for embalming, we will explain why below. ... $1,095.00
  2. Other Preparation (including use of preparation room but excluding embalming)
     a. Topical Disinfection ... N/A
     b. Custodial Care ... N/A
     c. Dressing/Casketing ... $275.00
     d. Cosmetology ... $95.00
     e. Restoration ... N/A
     f. _____ ... N/A

D. Arrangements
Basic arrangements: including funeral director, other staff, equipment and facilities to respond to initial request for service, the arrangement conference, securing of necessary authorizations and coordination of service plans with parties involved in the final disposition of the deceased. ... $1,890.00

E. Supervision (funeral director and staff)
  1. Supervision for visitation ... $375.00
  2. Supervision for funeral service ... $475.00
  3. Supervision for graveside service ... N/A
  4. _____ ... N/A

F. Use of the facilities
  1. Use of the facilities for visitation ... $1,510.00
  2. Use of facilities for funeral service ... N/A
  3. _____ ... N/A

G. Livery
  1. a. Hearse or ... $495.00
     b. Alternative vehicle ... N/A
  2. Flower vehicle (Specify Type _____ ) ... N/A
  3. Limousine(s) (Specify number: ___ @ ___ /limousine) ... N/A
  4. Passenger car(s) (Specify number: ___ @ ___ /limousine) ... N/A

H. Merchandise
  1. Casket or alternative container ... $1,200.00
     a. Supplier: Milso
     b. Model name or number: _____
     c. Material: Oak
     d. Interior: Crepe
  2. Outer Interment Receptacle ... N/A
     a. Supplier: _____
     b. Model name or number: _____
     c. Material: _____

I. Additional Merchandise & Services Selected (Describe and show price)
  1. Memorial Cards ... N/A
  2. Acknowledgement Cards ... $295.00
  3. Memorial Package ... N/A
  4. Urn ... N/A
  5. Flowers ... $375.00
  6. Video Tribute ... $150.00
  7. Clothing ... $150.00
  8. _____ ... N/A
  9. _____ ... N/A
  10. _____ ... N/A

J. Limited Services
  1. Forwarding remains to _____ ... N/A
  2. Receiving remains from _____ ... N/A

**TOTAL FUNERAL HOME CHARGES** ... $8,965.00

II. **CASH ADVANCES**
These are estimated charges for items to be paid to others. We will charge you no more for these items than is actually paid the third parties. (Describe and show estimated charges.)

1. Cemetery/Crematory Charges ... $543.00
2. Clergy Honoraria ... $250.00
3. Death Certificate Transcripts ... $30.00
4. Gratuities ... N/A
5. ME Cremation Clearance ... N/A
6. Monument Permit Fee ... N/A
7. Monument Foundation ... N/A
8. _____ ... N/A
9. _____ ... N/A
10. _____ ... N/A
11. _____ ... N/A
12. _____ ... N/A

**ESTIMATED TOTAL OF CASH ADVANCES** ... N/A

III. **SUMMARY OF CHARGES**
1. Funeral Home Charges ... $8,965.00
2. Cash Advances ... $823.00

**TOTAL FUNERAL CHARGES**

IV. **EXPLANATION OF CHARGES**
Explain charges for embalming and for any items that are not required by law but may be necessary because of cemetery requirements, crematory requirements or other selections made.

_____

Signature of Licensed Funeral Director   Date: January 24, 2013
John H. Vigilante
Printed or Typed Name of Funeral Director

**ACKNOWLEDGEMENT OF RECEIPT**
I have received this itemization of funeral servicesand merchandise selected.

Signature _____   Date: January 24, 2013

**PUBLIC NOTICE**
The New York State Department of Health is responsible for licensing and regulating New York State funeral directing under Public Health Law. You may contact the department at:
Bureau of Funeral Directing, New York State Department of Health
Hedley Park, 6th Floor, 433 River Street, Troy, New York 12180

**EXCLUSION OF WARRANTY.** The only warranties, express or implied, granted in connection with the goods sold with this funeral service are the express written warranties, if any, extended by the manufacturers thereof. No other warranties and **no warranties of merchantability or fitness for a particular purpose** are extended by the

---

## STATEMENT OF FUNERAL GOODS AND SERVICES SELECTED

INVOICE TO: Joaquin Franqui
83 Magnolia Dr.
Rocky Point, NY 11778

The undersigned hereby authorizes the above funeral establishment or its representatives to obtain custody of the remains of Jack Franqui, IV
Initial and state your relation to the deceased [✓] embalm [ ] not to embalm the remains of Jack Franqui, IV
Initial and state your relation to the deceased JF father

"Charges are for those items that are used. If we are required by law to use any items, we will explain the reasons in writing below."

**TOTAL FUNERAL CHARGES** ... $9,788.00

Date: January 24, 2013
The foregoing statement has been read by (to) me and I hereby acknowledge receipt of a copy of same and agree to pay the above funeral account and for such additional services and materials as are ordered by me, on or before January 24, 2013. In the event that this account is not paid in accordance with the terms of this agreement, the undersigned hereby agrees to pay any and all costs and attorney's fees incurred in connection with the collection of this account.
Prior to the discussion of these funeral arrangements, I was presented with a copy of this funeral firm's "General Price List" for which I hereby acknowledge receipt, and have had an opportunity to review the firm's Casket Price List and Outer Interment Receptacle Price List.
The liability hereby assumed is in addition to the liability imposed by law upon the estate and others, and shall not constitute a release thereof.

TERMS: This account becomes due January 28, 2013. If bill remains unpaid beyond January 28, 2013 a late charge of 1.5 % per month (annual rate 18 %) may be added to the unpaid portion of the balance due.

Signature _____
Relation to Deceased _____

By _____
Print Name of Licensed Funeral Director

Signature _____
Relation to Deceased father

**AUTHORIZATION INITIAL**

[ ] ADDITIONS OR ALTERATIONS OF SERVICES AND MERCHANDISE SELECTED. The following changes represent items of service and/or merchandise ordered or altered subsequent to the original funeral agreement.

$ _____
$ $2,013.00

Total Adjustments to Funeral Charges ... $2,013.00

**ADJUSTED TOTAL** ... $7,775.00

CREDIT ... $0.00

**BALANCE DUE** ... $7,775.00