# DOCUMENTS PRODUCED IN ADDITION TO
# FORMAL DISCOVERY RESPONSES

a) photographs taken by the SCPD in connection with Franqui's January 23, 2013 arrest (exhibit A).

b) photographs taken by the SCPD in the course of the investigation into Franqui's passing (exhibit A).

c) SCPD documents reflecting calls for police assistance on Cordwood Path from April 7, 2011 to May 21, 2014 (exhibit B).

d) Suffolk County Medical Examiner's file regarding Franqui's passing (exhibit C & E).

e) recording of SCPD radio transmissions relating to the January 23, 2013 incident at Cordwood Path (exhibit E).

f) computer aided dispatch ("CAD") report listing police car computer transmissions in connection with the January 23, 2013 incident at Cordwood Path (exhibits D & E).

g) Officer Grenia's memo book page for January 23, 2013 (exhibit E).

h) Seventh precinct duty rosters for the 3 PM-11 PM and 9 AM-7 PM tours of duty on January 24, 2013 (exhibit F).[1]

i) sketches done by Homicide Squad (exhibit F).

j) Crime Scene Unit documents concerning Franqui's death (exhibit F).

k) form filed by SCPD with New York State Commission on Corrections (exhibit F).

l) CAD report for April 9, 2013 incident involving plaintiff Earl (exhibit F).

m) audio recording of the Internal Affairs Bureau ("IAB") interview of Sgt. O'Reilly (exhibit F).

n) audio recording of the IAB interview of Officer Grenia (exhibit F).

o) audio recording of IAB interview of Officer Simeone (exhibit F).

p) recording of SCPD radio transmissions relating to the January 23, 2013 incident on Cordwood Path (exhibit F)

---

[1] The duty rosters produced were for January 23, 2013. The reference in exhibit E to January 24, 2013 is a typographical error.

q) CAD report listing police car computer transmissions in connection with the January 23, 2013 incident on Cordwood Path. (exhibit F) [2]

r) recording of SCPD radio transmissions regarding April 9, 2013 traffic stop of plaintiff Earl (exhibit F).

s) CAD report for January 24, 2013 (exhibit F).

t) Table of Contents for SCPD Rules & Procedures in effect on January 23, 2014 (exhibit F).

u) property receipt for Franqui's property dated January 23, 2014 arrest (exhibit F).

v) sketches done by Homicide Bureau (exhibit F).[3]

w) Crime Scene Unit documents (exhibit G).[4]

x) Officer Grenia's memo book page for January 24, 2013 (exhibit H).

y) memo book pages for January 23, 2013 for the following officers:

   1) Ginley
   2) Kerensky
   3) Rios
   4) Robbins
   5) Bishop
   6) Lescieweicz (exhibit H)

z) Officer Grenia's personnel file (exhibit H).

aa) Seventh precinct security camera records (exhibit I).

bb) memo book page for officer Rios (exhibit J)[5]

---

[2] Items o and p were second productions of items e and f. We re-produced these items because plaintiffs claimed that we had not previously produced them.

[3] This was a second production of the Homicide Squad sketches and Crime Scene Unit documents (items i and j) made because plaintiffs claimed that we had not previously produced the sketches.

[4] As stated in Exhibit G, we produced all of the Homicide Bureau sketches and Crime Scene Unit paperwork which the SCPD provided us in response to plaintiffs' request for all such paperwork.

cc) documents from Commercial Instrumentation Services, Inc. regarding the Seventh Precinct Heating System (exhibit J).

dd) additional Rules & Procedures requested by plaintiffs (exhibit K and L).

ee) Prisoner Activity Log for John Burke (exhibit M).

ff) recording of Seventh Precinct and SCPD North radio transmissions for January 24, 2013 (exhibit M).

---

[5] This was the second production of Officer Rios' memo book page, re-produced because plaintiffs claimed that it had not been previously produced.