# COUNTY OF SUFFOLK



**STEVEN BELLONE**
SUFFOLK COUNTY EXECUTIVE

**DENNIS M. BROWN**
COUNTY ATTORNEY

**DEPARTMENT OF LAW**

May 21, 2014

Law Office of Anthony M. Grandinette
114 Old Country Road
Mineola, New York 11501

Re:    Earl v. The County of Suffolk, et al.
       Estate of Jack Franqui IV v. The County of Suffolk, et al.

Dear Mr. Grandinette:

In response to plaintiffs' discovery demands, enclosed please find two CD's containing copies of the SCPD photographs taken in connection with Jack Franqui's arrest and the investigation into his death.

Very truly yours,

Dennis M. Brown
County Attorney


By:  Arlene S. Zwilling
Assistant County Attorney


ASZ:ced
Encl.

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099

(631) 853-4049
TELECOPIER (631) 853-5169