# COUNTY OF SUFFOLK



**STEVEN BELLONE**
SUFFOLK COUNTY EXECUTIVE

**DENNIS M. BROWN**
COUNTY ATTORNEY

**DEPARTMENT OF LAW**

May 21, 2014

Law Office of Anthony M. Grandinette
114 Old Country Road
Mineola, New York 11501

Re:   Earl v. The County of Suffolk, et al.
      Estate of Jack Franqui IV v. The County of Suffolk, et al.

Dear Mr. Grandinette:

In response to plaintiffs' discovery request, enclosed please find copies of Suffolk County Police Department documents in connection with calls for police assistance on Cordwood Path, Shoreham, New York in the period July 7, 2011 to date.

Very truly yours,

Dennis M. Brown
County Attorney

By:   Arlene S. Zwilling
      Assistant County Attorney

ASZ:ced
Encl.

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099

(631) 853-4049
TELECOPIER (631) 853-5169