# COUNTY OF SUFFOLK



**STEVEN BELLONE**
SUFFOLK COUNTY EXECUTIVE

DENNIS M. BROWN
COUNTY ATTORNEY

DEPARTMENT OF LAW

August 18, 2014

Anthony M. Grandinette, Esq.
Law Offices of Anthony M. Grandinette
114 Old County Road
Mineola, New York 11501

Re:   Franqui v. County of Suffolk
      Earl v. County of Suffolk
      CV13-5943(JS)(WDW)

Dear Mr. Grandinette:

Pursuant to our telephone conversation of August 15, 2014, I have requested that the Police Department provide me with the items plaintiffs demand for production to your office.

However, I am constrained to point out that as in the past, plaintiffs have re-requested items which have previously been produced. Among the items again requested by plaintiffs although previously produced are:

   a) the Suffolk County Medical Examiner's file, which was sent to you under cover of my letter of June 16, 2014.

   b) Officer Grenia's memobook page for January 23, 2013, which you had marked as an exhibit at her deposition.

   c) CAD report for the January 23, 2013 incident, which was sent to you under cover of letter dated May 2, 2014.

   d) recordings of police department radio transmissions relating to the incident of January 23, 2013.

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099

(631) 853-4049
TELECOPIER (631) 853-5169

We will forward copies of the items not previously provided upon our receipt of same from the Police Department.

Very truly yours,

Dennis M. Brown
Suffolk County Attorney


by Arlene S. Zwilling
    Assistant County Attorney