UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOAQUIN FRANQUI III, administrator of THE ESTATE
OF JACK FRANQUI IV, SIMON EARL, NICHOLAS
EARL, AND ANNE EARL,

                    Plaintiffs,

          -against-

THE COUNTY OF SUFFOLK, SUFFOLK COUNTY
POLICE DEPARTMENT, PO KAREN GRENIA, LT.
ALEXANDER CRAWFORD, PO NICHOLAS ROBBINS,
PO JANINE LESIEWICZ, PO JAMES V. RIOS,
SGT. KEVIN E. O'REILLY, PO JOSEPH SIMEONE,
PO GEORGE OLIVA, LT. JOHN McHUGH, PO JOHN
BORESHESKY, SGT. JOHN J. DOYLE, PO BRANDI
MCLOUGHLIN, PO LORRAINE ZALESKI, PO DAVID
SAMARTINO, PO BRIAN KLAMMER, AND JOHN
AND JANE DOES 1-15,

                    Defendants.
----------------------------------------------------------------X

CV-13-5943
(JS)(SIL)

**AMENDED SUMMONS**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 06 2015 ★
LONG ISLAND OFFICE

TO:   THE COUNTY OF SUFFOLK
c/o ACA Arlene Zwilling
Suffolk County Attorney's Office
H. Lee Dennison Building
100 Veterans Memorial Highway
Hauppauge, New York 11788

SUFFOLK COUNTY POLICE DEP'T
c/o ACA Arlene Zwilling
Suffolk County Attorney's Office
H. Lee Dennison Building
100 Veterans Memorial Highway
Hauppauge, New York 11788

PO KAREN GRENIA
c/o ACA Arlene Zwilling
Suffolk County Attorney's Office
H. Lee Dennison Building
100 Veterans Memorial Highway
Hauppauge, New York 11788

CAP'N ALEXANDER CRAWFORD
c/o Legal Bureau
Suffolk County Police Department
30 Yaphank Ave
Yaphank, New York 11980

PO NICHOLAS ROBBINS
c/o Seventh Precinct
Suffolk County Police Department
1491 William Floyd Parkway
Shirley, New York 11967

PO JANINE LESIEWICZ
c/o Seventh Precinct
Suffolk County Police Department
1491 William Floyd Parkway
Shirley, New York 11967

PO JAMES V. RIOS
c/o Seventh Precinct
Suffolk County Police Department
1491 William Floyd Parkway
Shirley, New York 11967

1

SGT. KEVIN E. O'REILLY
c/o Seventh Precinct
Suffolk County Police Department
1491 William Floyd Parkway
Shirley, New York 11967

PO JOSEPH SIMEONE
c/o Property Bureau
Suffolk County Police Department
30 Yaphank Ave
Yaphank, N.Y. 11980

PO GEORGE OLIVA
c/o Seventh Precinct
Suffolk County Police Department
1491 William Floyd Parkway
Shirley, New York 11967

DET. JOHN BORESHESKY
c/o Seventh Squad
Suffolk County Police Department
1491 William Floyd Parkway
Shirley, New York 11967

SGT. JOHN J. DOYLE
c/o Highway Enforcement
Suffolk County Police Department
30 Yaphank Ave
Yaphank, N.Y. 11980

PO BRANDI MCLOUGHLIN
c/o Office of the Chief of Patrol
Suffolk County Police Department
30 Yaphank Ave
Yaphank, N.Y. 11980

PO DAVID SAMARTINO
c/o Seventh Precinct
Suffolk County Police Department
1491 William Floyd Parkway
Shirley, New York 11967

PO BRIAN KLAMMER
c/o Seventh Precinct
Suffolk County Police Department
1491 William Floyd Parkway
Shirley, New York 11967

JOHN AND JANE DOES 1-15
c/o Suffolk County Police Department
30 Yaphank Ave
Yaphank, N.Y. 11980

LT. JOHN McHUGH

PO LORRAINE ZALESKI

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon Plaintiffs' Attorneys, **The Law Office of Anthony M. Grandinette, 114 Old Country Road, Suite 420, Mineola, New York 11501**, an answer to the Amended Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Amended Complaint.

DOUGLAS C. PALMER
CLERK

MAY 0 6 2015
DATE

_____
BY DEPUTY CLERK

2