DOH-1961 (8/2011)

RECORDED DISTRICT: 5151
REGISTER NUMBER: 0314

# NEW YORK STATE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

STATE FILE NUMBER:

**1. NAME:** FIRST: Jack  MIDDLE:  LAST: Franqui IV
**2. SEX:** MALE ☒
**3A. DATE OF DEATH:** 01 / 23 / 2013
**3B. HOUR:** Approx. 6:20 P

**4. PLACE OF DEATH:** OTHER (Specify): Jail cell
**4C. NAME OF FACILITY:** Suffolk County Police Dept. 7th Prct., Shirley
**4D. LOCALITY:** TOWN ☒ Brookhaven
**4E. COUNTY OF DEATH:** Suffolk

**5. DATE OF BIRTH:** 12 / 14 / 1986
**6A. AGE IN YEARS:** 26 yrs.
**7A. CITY AND STATE OF BIRTH:** West Islip, NY

**8. SERVED IN U.S. ARMED FORCES?** NO ☒
**9. DECEDENT OF HISPANIC ORIGIN?** C ☒ Yes, Puerto Rican
**10. DECEDENT'S RACE:** A ☒ White/Caucasian

**11. DECEDENT'S EDUCATION:** 3 ☒ High school graduate or GED

**12. SOCIAL SECURITY NUMBER:** 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
**13. MARITAL STATUS:** NEVER MARRIED ☒

**15A. USUAL OCCUPATION:** Cook
**15B. KIND OF BUSINESS OR INDUSTRY:** Food
**15C. NAME AND LOCALITY OF COMPANY OR FIRM:** American Red Cross

**16A. RESIDENCE:** New York
**16B. County or Region/Province:** Suffolk
**16C. LOCALITY:** TOWN ☒ Brookhaven
**16D. STREET AND NUMBER OF RESIDENCE:** 83 Magnolia Dr. Rocky Point
**16E. ZIP CODE:** 11778

**17. BIRTH NAME OF FATHER/PARENT:** Joaquin Franqui
**18. BIRTH NAME OF MOTHER/PARENT:** Phyllis Daily

**19A. NAME OF INFORMANT:** Joaquin Franqui
**19B. MAILING ADDRESS:** 83 Magnolia Dr. Rocky Point, NY 11778

**20A.** 2 ☒ CREMATION
**Date:** 01 / 28 / 2013
**20B. PLACE OF BURIAL, CREMATION, REMOVAL OR OTHER DISPOSITION:** Washington Memorial Park
**20C. LOCATION:** Mount Sinai, NY

**21A. NAME AND ADDRESS OF FUNERAL HOME:** Branch Funeral Home 551 Route 25 A Miller Place, NY 11764
**21B. REGISTRATION NUMBER:** 00208

**22A. NAME OF FUNERAL DIRECTOR:** John H. Vigliante
**22C. REGISTRATION NUMBER:** 13688

**23B. DATE FILED:** 01 / 28 / 2013
**24B. DATE ISSUED:** 01 / 27 / 2013

**25A. CERTIFICATION:**
Certifier's Name: Odette R. Hall, M.D.
License No.: 243777
Date: 01 / 24 / 2013
Title: Medical Examiner / Deputy Medical Examiner ☒
Address: SUFFOLK COUNTY MEDICAL EXAMINER, SUFFOLK COUNTY OFFICE BLDG.

**26C. Pronounced Dead:** 01 / 23 / 2013 at 7:50 PM

**27. MANNER OF DEATH:** SUICIDE ☒
**28. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER?** YES ☒
**29A. AUTOPSY?** YES ☒
**29B. IF YES, WERE FINDINGS USED TO DETERMINE CAUSE OF DEATH?** YES ☒

**30. DEATH WAS CAUSED BY:**
PART I. IMMEDIATE CAUSE:
(A) HANGING

**31A. IF INJURY, DATE:** 01 / 23 / 2013
**HOUR:** 6:20 PM
**31B. INJURY LOCALITY:** Shirley, Suffolk, N.Y.
**31C. DESCRIBE HOW INJURY OCCURRED:** HANGED SELF
**31D. PLACE OF INJURY:** Jail Cell
**31E. INJURY AT WORK?** NO ☒

**32. WAS DECEDENT HOSPITALIZED IN LAST 2 MONTHS?** NO ☒

Name of decedent: Jack Franqui
Date of death: 13-00391