| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE<br>       U.S. MAGISTRATE JUDGE | DATE: 6/3/15<br>TIME:  2:00 pm |

CASE:  **CV 13-5943(JS) Franqui v. The County of Suffolk et al**

TYPE OF CONFERENCE:  STATUS           FTR: 2:03-2:39

APPEARANCES:
   For Plaintiff:   Anthony Gradinette and Mirel Fisch

   For Defendant: Arlene Zwilling

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other: Plaintiffs will serve their deficiency letter on Defendants on or before June 5, 2015. Defendants will respond on or before July 10, 2015, after which Plaintiff's may file an appropriate motion with the Court.

                            SO ORDERED

                             /s/Steven I. Locke
                            STEVEN I. LOCKE
                            United States Magistrate Judge