UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
JOAQUIN FRANQUI III, administrator of THE
ESTATE OF JACK FRANQUI IV, SIMON EARL,           CV-13-5943
NICHOLAS EARL, AND ANNE EARL,                    (JS)(SIL)

                                    Plaintiff,

-against-

THE COUNTY OF SUFFOLK, SUFFOLK COUNTY
POLICY DEPARTMENT, PO KAREN GRENIA,
LT. ALEXANDER CRAWFORD, PO NICHOLAS
ROBBINS, PO JANINE LESIEWICZ, PO JAMES V.
RIOS, SGT. KEVIN E. O'REILLY, in his individual and Official
capacities, PO JOSEPH SIMEONE, POL GEORE OLIVA,
LT. JOHN McHUGH, PO JOHN BORESHESKY, SGT.
JOHN J. DOYLE, PO BRANDI MCLOUGHLIN, PO
LORRAINE ZALESKI, PO DAVID SAMARTINO,
PO BRIAN KLAMMER, AND JOHN AND JANE
DOES 1-15,

                                    Defendants.
----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Brian J. Davis, Esq., an attorney at law admitted to practice before the courts of the State of New York, hereby certify that on the 31st day of July, 2015, I served the within **ANSWER TO AMENDED COMPLAINT**, by electronic mail via ECF upon the following:

Anthony M. Grandinette
Attorney for Plaintiffs
114 Old Country Road
Mineola, NY 11501

Arlene S. Zwilling
Attorney for Defendants
Suffolk County Attorney
P.O. Box 6100
H. Lee Dennison Building-Fifth Floor
100 Veterans Memorial Highway
Hauppauge, NY 11788-0099

                                                        _s/Brian J. Davis_____
                                                        BRIAN J. DAVIS