**COUNTY OF SUFFOLK**



**STEVE BELLONE
SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. BROWN**
**COUNTY ATTORNEY**

**DEPARTMENT OF LAW**

January 3, 2020

Hon. Joanna Seybert, U.S.D.J.
United States District Court
100 Federal Plaza
Central Islip, New York 11722

Re:   <u>Franqui, at al. v.The County of Suffolk, et al.</u>
      Docket No.: 13-cv-5943(JS)(SIL)

Dear Judge Seybert:


This office represents County defendants in this case.

Yesterday, we submitted a proposed Order Issued Pursuant to G.M.L. § 6-n approving Settlement. Plaintiff's counsel has asked us to revise the proposed order to reflect that the settlement referenced therein is in favor of plaintiff Simone Earl, only.  We now file herewith a proposed revised order.

Resolution of this case has been reached with respect to all plaintiffs.  We will be filing an additional 6-n Order for the Estate of Jack Franqui and Stipulations of Discontinuance for the claims of plaintiffs Anne and Nicholas Earl as the settlements with respect to them are effectuated.

Very truly yours,

Dennis M. Brown
Suffolk County Attorney

<u>/s/ Arlene S. Zwilling</u>
By:  Arlene S. Zwilling
Assistant County Attorney