**The Law Office of**
**ANTHONY M. GRANDINETTE**

114 Old Country Rd. Suite 420 • Mineola, NY 11501

Mirel Fisch
Admitted in New York/New Jersey

Of Counsel:
Paul Casteleiro
New Jersey

Telephone: (516) 877-2889
Facsimile: (516) 294-5348
Email: Grandinettelaw@gmail.com

January 11, 2021

Arlene S. Zwilling, Esq.
Suffolk County Attorney's Office
H. Lee Dennison Building
100 Veterans Memorial Highway
Hauppauge, New York 11788
Via email: Arlene.Zwilling@suffolkcountyny.gov

      Re:    Franqui v. The County of Suffolk, et al.
                13-cv-555943 (JS) (SIL)

Dear Arlene:

      Per your request, I am writing to formally acknowledge that my office has accepted a settlement on behalf of the Estate of Jack Franqui, in the amount of two million eight hundred-thousand dollars ($2,800,000).

                              Sincerely,

                              Mirel Fisch