# OFFICE OF THE COUNTY LEGISLATURE
## COUNTY OF SUFFOLK

**Bridget Fleming**
Second Legislative District

**Chair**
Ways & Means Committee

**Vice-Chair**
Health Committee



**Committee Member**
Public Safety
Environment, Planning
and Agriculture
Public Works, Transportation
and Energy

September 26, 2019

Lynne A. Bizzarro
Chief Deputy County Attorney
P.O. Box 6100
H. Lee Dennison Building
100 Veterans Memorial Highway
Hauppauge, New York 11788

**Re: Joaquin Franqui III, administrator of The Estate of Jack Franqui IV v the County of Suffolk et al.**

Dear Ms. Bizzarro:

This letter will confirm that at the September 26, 2019 meeting of the Ways and Means Committee of the Suffolk County Legislature, settlement of the above captioned matter by the County's contribution of the sum of $2.8 million was authorized.

Very truly yours,

Bridget Fleming
Suffolk County Legislator
Chair, Ways and Means Committee