**The Law Office of**
# ANTHONY M. GRANDINETTE

114 Old Country Rd. Suite 420 • Mineola, NY 11501

Mirel Fisch
Admitted in New York/New Jersey

Of Counsel.
Paul Casteleiro
New Jersey

Telephone: (516) 877-2889
Facsimile: (516) 294-5348
Email: Grandinettelaw@gmail.com

February 2, 2021

Joanna Seybert, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

                Re:       Franqui, et al. v. County of Suffolk, et al.,
                              13-cv-5943 (JS)(SIL)

Dear Judge Seybert:

      My office represents the Plaintiffs in the above-referenced action. Pursuant to Your Honor's Order dated January 26, 2021, I am writing, jointly with counsel for Defendants, to advise the Court as to the status of this case.

      At this time, there are no open issues, and this case can be marked closed.

      We thank the Court for its assistance on this matter.

                                                     Respectfully,

                                                     Mirel Fisch

CC: All counsel via ECF